ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 26 2008
U.S. COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| DCX-CHOL ENTERPRISES, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | CFC No. 08-109 C |
| THE UNITED STATES | ) | Judge |
| Defendant. | ) | |

**MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION**

Pursuant to Rule 65 of the Rules of The Court of Federal Claims, DCX-CHOL Enterprises, Inc. ("DCX"), moves the Court for a preliminary injunction pending a final determination of merits by this Court and a permanent injunction enjoining the Defense Logistics Agency, Defense Supply Center Richmond, its agents, employees, officers and representatives, and those acting in concert with or participating with any of the foregoing, from awarding a contract to any party under Solicitation No. SPM4A6-08-R-0148 with the current designation of NAICS Code 334419.

A Memorandum of Points and Authorities in Support of Plaintiff's Motion is filed herewith.

DATE: February 26, 2008

Respectfully submitted,

Richard D. Lieberman
McCarthy, Sweeney & Harkaway, PC
2175 K St., NW, Suite 600
Washington, DC 20037
202-775-5560
fax 202-775-5574
rlieberman@mshpc.com

Counsel to Plaintiff, DCX-CHOL Enterprises, Inc.

Of Counsel

Nicole S. Allen
McCarthy, Sweeney & Harkaway, PC
2175 K St., NW, Suite 600
Washington, DC 20037
202-775-5560
fax 202-775-5574
nallen@mshpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Plaintiff's Motion for Preliminary and Permanent Injunctions to be served on this 26th day of February 2008, by electronic means on the following:

Armando Rodriguez-Feo
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Room 12126
1100 L St, N.W.
Washington, DC 20530
Phone: 202-307-3390
Fax: 202-514-8624
Armando.Rodriguez-Feo@usdoj.gov

Ernest Hood
Contracting Officer
Defense Logistics Agency
Defense Supply Center Richmond
8000 Jefferson Highway
Richmond, VA 23297
Phone: 804-279-4982
Fax: 804-279-3377
ernest.hood@dla.mil

Richard D. Lieberman