# APPENDIX - A

**DLAI 3200.1**
PAM 715.13
NAVSUPINST 4120.30A
AFI 21-408
MCO 4000.18

J-334

31 October, 2002

# ENGINEERING SUPPORT INSTRUCTION FOR ITEMS SUPPLIED BY DEFENSE LOGISTICS AGENCY

A. REFERENCES

1. ANSI/EIA-649-1998, National Consensus Standard for Configuration Management, 10 July, 98.
2. DLAD 3200.1, Engineering Support for Items Supplied by Defense Logistics Agency, (Not Dated).
3. DLAR 4140.38, DLA Weapon Systems Support Program, 10 Jan, 97.
4. DoD 4000.25-1-M, Military Standard Requisitioning and Issue Procedures (MILSTRIP), 8 Nov, 00.
5. DoD 4100.39-M, Federal Logistics Information System, Volume 10, date varies.
6. DoD 4120.24-M, Defense Standardization Program, 9 Mar, 00.
7. DoD 4140.26-M, Defense Integrated Materiel Management Manual for Consumable Items, May 97.
8. DoD 4140.32-M, Defense Inactive Item Program, 12 Aug, 92.
9. DoD-STD-2101, Classification of Characteristics, 10 May, 79.
10. MIL-STD-882, Standard Practice for System Safety, 10 Feb, 00.

B. PURPOSE. This Instruction:

1. Supersedes DLAR 3200.1/AR 715-13/NAVSUPINST 4120.30/AFR 400-40/MCO 4000.18C, Engineering Support Procedures for Items Supplied by Defense Logistics Agency and General Services Administration, 13 Mar 86 and DLAI 3200.1 Engineering Support Procedures for Items Supplied by Defense Logistics Agency and General Services Administration, 31 Oct, 94.

2. Provides instructions for engineering support provided by the Military Services to the Defense Logistics Agency (DLA).

C. APPLICABILITY AND SCOPE

1. This instruction is applicable to HQ DLA; Defense Supply Centers (DSCs), except as noted in subparagraphs 2 and 3 below and the Military Services (Army, Navy, Air Force, and Marine Corps).

2. The Defense Supply Center Philadelphia, Directorate of Subsistence, is excluded from the requirements of this instruction. It has negotiated a separate memorandum of agreement with its only source of engineering support, U.S. Army Natick Research, Development and Engineering Center.

3. The Defense Supply Center Philadelphia, Directorate of Medical, in collaboration with the Joint Readiness Clinical Advisory Board (JRCAB), is the Engineering Support Activity (ESA) for specified medical supplies. This applies to medical, dental, and veterinary equipment in Federal Supply Group (FSG) 65, Federal Supply Classes (FSC) 6630 and 6640, and medical peculiar repair parts within any FSC.

D. DEFINITIONS

1. AIR FORCE MATERIEL MANAGEMENT AGGREGATION CODE (MMAC). A two-position alphabetic code authorized to identify specific items (National Stock Numbers) to be managed by a specific manager. MMACs apply to systems, programs, aggregation to related equipment, and selected FSCs. Reference DoD 4100.39-M, Volume 10, Chapter 4, Table 66.

2. ALTERNATE ITEM. An item being offered which is other than the approved part number cited in the Procurement Document. The alternate item must be identical to, or be physically, mechanically, electrically, and functionally interchangeable with, the product cited in the Procurement Document.

3. ALTERNATE SOURCE. An offer from other than an approved source to provide the identical part number.

4. CONFIGURATION CONTROL. A systematic process which ensures that changes to released configuration documentation are properly identified, documented, evaluated for impact, approved by an appropriate level of authority, incorporated, and verified (ANSI/EIA-649-1998).

5. CRITICAL APPLICATION ITEM (CAI). An item that is essential to weapon system performance or operation, or the preservation of life or safety of operating personnel, as determined by the Military Services.

6. CRITICAL ITEM CODE (CIC). A field in the Contracting Technical Data File (CTDF), Option A, that indicates whether or not the queried NSN has a critical application based on the Essentiality Code or an engineering decision.

7. CRITICAL CHARACTERISTIC. A characteristic that analysis indicates is likely, if defective, to create or increase a hazard to human safety, or to result in failure of a weapon system or major system to perform a required mission. (Reference DoD-STD-2101).

8. CRITICAL SAFETY ITEM (CSI). A part, assembly, installation or production system with one or more critical characteristics (as defined in DoD-STD-2101) that, if not conforming to the design data or quality requirements, would result in an unsafe condition. Unsafe conditions relate to Hazard Severity Categories I and II of MIL-STD-882, and include conditions which could cause loss or serious damage to the end item or major components, loss of control or serious injury to personnel. CSI is a subset of CAI. For the purpose of this instruction, "Critical Safety Item," "Flight Safety Critical Part," and "Flight Safety Part" are synonymous. The term Critical Safety Item will be the encompassing term used throughout this instruction.

9. DEVIATION. A written authorization, granted after contract award and prior to the manufacture of the item, to depart from a particular performance or design requirement of a contract, specification, or referenced document, for a specific number of units or a specified period of time.

10. DEVIATION, CRITICAL. A deviation is designated as critical when the deviation consists of a departure involving safety or when the configuration documentation defining the requirements for the item classifies defects in requirements and the deviations consist of a departure from a requirement classified as critical.

11. DEVIATION, MAJOR. A deviation is designated as major when the deviation consists of a departure involving health, performance, interchangeability, reliability, survivability maintainability, or durability of the item or its repair parts; effective use or operation; weight; or appearance (when a factor) or when the configuration documentation defining the requirements for the item classifies defects in requirements and deviations consist of a departure from a requirement classified as major.

12. DEVIATION, MINOR. A deviation is designated as minor when it consists of a departure that does not qualify as Critical or Major or when the configuration documentation defining the requirements for the item classifies defects in requirements and the deviations consist of a departure from a requirement classified as minor.

13. ENGINEERING CHANGE. A change to the current approved configuration documentation of an item at any point in the life cycle of the item.

14. ENGINEERING SUPPORT. Engineering and technical assistance, including, but not limited to: developing, validating and approving technical data packages (TDPs); developing and reviewing engineering criteria; representing the military service engineering interests; and providing technical guidance and decisions required in the management and procurement of an item (e.g., evaluating sources of supply, waivers, and deviations). Engineering Support does not include the review and coordination of "standardization documents" in accordance with DoD 4120.24-M, Defense Standardization Program (DSP) Policies and Procedures.

15. ENGINEERING SUPPORT ACTIVITY (ESA). The Military Service organization designated as responsible for engineering support and technical decisions for a given part or component in that Service. In the case of multiple recorded users, there may be more than one ESA.

16. ENGINEERING SUPPORT ACTIVITY FOCAL POINT. Entry and exit point for DLA Form 339, Request for Engineering Support, within each service. Focal point interfaces directly with DLA and ensures DLA Form 339 request is forwarded through the correct and proper channels for resolution. The Focal point also maintains records; and tracks funding, associated timeliness and quality metric data.

17. EXTENDED ENGINEERING EFFORT. A DLA request for engineering support that, upon review by the ESA, requires the use of dedicated resources to work a defined requirement, has an end product clearly specified by DLA, and incurs a one-time negotiated charge.

18. FLIGHT SAFETY CRITICAL AIRCRAFT PART (FSCAP). Any part, assembly, or installation containing a critical characteristic whose failure, malfunction, or absence could cause a catastrophic failure resulting in loss or serious damage to the aircraft or an uncommanded engine shutdown resulting in an unsafe condition. See CSI Definition in D.7.

19. FLIGHT SAFETY CRITICAL PART (FSCP). An aircraft part, assembly, installation or production system with one or more critical characteristics, which, if not conforming to the design data or quality requirements, would result in an unsafe condition. See CSI Definition in D.8.

20. FLIGHT SAFETY PART (FSP). Any part, assembly, or installation containing a critical characteristic whose failure, malfunction, or absence could cause loss of or serious damage to the aircraft and/or serious injury or death to the occupants. See CSI Definition in D.8.

21. LIFE SUPPORT ITEM. All man-mounted or aircraft installed equipment and components designed to protect, sustain, or save human lives are categorized as Life support. This includes, but is not limited to, ejection systems, crew seats, passenger seats, emergency escape slides, parachutes, life rafts and preservers, survival kits, emergency radios and beacons, aircrew helmets, oxygen masks, goggles, visors, chemical defense equipment, and selected clothing and uniform items.

22. SURPLUS MATERIAL. Unused material that was purchased and accepted by the US Government and subsequently sold by the Defense Reutilization and Marketing Service (DRMS).

23. TECHNICAL DATA PACKAGE. A technical description of an item adequate for supporting an acquisition strategy, production, engineering and logistics support. The description defines the required design configuration and procedures required to ensure adequacy of item performance. It consists of all applicable technical data such as drawings and associated lists, patterns, specifications, standards, performance standards, quality assurance requirements, software and packaging details.

24. WAIVER. A written authorization granted after contract award to accept an item, which during production, or after having been submitted for inspection or acceptance, is found to depart from specified requirements, but nevertheless is considered suitable for use "as is" or after repair by an approved method.

25. WAIVER, CRITICAL. A waiver shall be designated as critical when the waiver consists of acceptance of an item having a nonconformance with contract or configuration documentation involving safety or when the configuration documentation defining the requirements for the item classifies defects in requirements and waivers consist of a departure from a requirement classified as critical.

26. WAIVER, MAJOR. A waiver shall be designated as major when the waiver consists of acceptance of an item having a nonconformance with contract or configuration documentation requirements involving health, performance, interchangeability, reliability, survivability or maintainability of the item or its repair parts, effective use or operation, weight, or appearance (when a factor) or when the configuration documentation defining the requirements for the item classifies defects in requirements and the waivers consist of a departure from a requirement classified as major.

27. WAIVER, MINOR. A waiver shall be designated as minor when the waiver consists of acceptance of an item having a nonconformance with contract or configuration documentation which does not involve any of the factors of a critical or major waiver or when the configuration documentation defining the requirements for the item classifies defects in requirements and the waivers consist of a departure from a requirement classified as minor.

28. WEAPON SYSTEM ITEM. An item identified in the DLA Weapon System Support Program. (Reference DLAR 4140.38, Weapon System Support Program).

E. PROCEDURES

1. Determining the ESA Focal Point. The DSCs will use Enclosure 1 to determine the appropriate ESA Focal Point.

2. Determining Critical Application Items (CAIs).

    a. For new items, Military Services assign an essentiality code during provisioning and transmit it to DSCs via Supply Support Requests as provided for in DOD 4140.26-M. DSCs will follow Enclosure 2 of this instruction to convert the essentiality code provided by the Service to a Critical Item Code (CIC).

    b. When item management is transferred to DLA, the Services will provide the Weapon System Essentiality Code (WSEC) to the appropriate DSC for identification of the CAI, as specified in DOD 4140.26-M or upon request from the DSC.

    c. For weapon system items DLA already manages, the DSCs will follow Enclosure 2 of this instruction to convert the essentiality code provided by the Services to a CIC before initiating procurement. This action is required in all cases where the Services have not previously provided a critical application determination.

    d. For non-weapon system coded items that have blank CICs, the DSCs will make CAI decisions based on available information or previous ESA communication.

    e. When items are identified as Life Support Equipment by the Military Services, the DSCs will apply "Y" to the SAMMS Contracting Technical Data File (CTDF), Option A, LSE Field. This will automatically put a "Y" in the CIC field.

    f. The Military Services have the final decision on criticality determination.

    g. The CAI determination is recorded in the CTDF, Option A, CIC Field as a "Y" or "N." A blank CIC means that critical application has not been determined.

3. Determining the need for engineering support: The DSCs will use Enclosure 3 to determine when engineering support is required from the Military Service.

4. Obtaining engineering support.

    a. DSCs shall submit to the designated focal point (s) requests for engineering support on DLA Form 339, Request for Engineering Support (herein after referred to as "339"). Enclosure 4 is a sample form with instructions.

For purposes of judicial economy and because they are not relevant to this action, pages 7-31 of the Defense Logistics Agency Instructions, DLAI 3200.1, have been deleted.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of this Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary and Permanent Injunctions to be served on this 26th day of February 2008, by electronic means on the following:

Armando Rodriguez-Feo
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Room 12126
1100 L St, N.W.
Washington, DC 20530
Phone: 202-307-3390
Fax: 202-514-8624
Armando.Rodriguez-Feo@usdoj.gov

Ernest Hood
Contracting Officer
Defense Logistics Agency
Defense Supply Center Richmond
8000 Jefferson Highway
Richmond, VA 23297
Phone: 804-279-4982
Fax: 804-279-3377
ernest.hood@dla.mil

Richard D. Lieberman