ORIGINAL

FILED
FEB 2 6 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| DCX-CHOL ENTERPRISES, INC. | ) | |
| Plaintiff, | ) | 08-109 C |
| v. | ) | CFC No. ________ |
| THE UNITED STATES | ) | Judge__________ |
| Defendant. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

DCX-CHOL Enterprises, Inc., Plaintiff in this action, hereby states that it has no parent corporation, and that there is no publicly held corporation that owns 10 percent or more of its stock.

DATE: February 26, 2008

Respectfully submitted,

Richard D. Lieberman

Richard D. Lieberman
McCarthy, Sweeney & Harkaway, PC
2175 K St., NW, Suite 600
Washington, DC 20037
202-775-5560
fax 202-775-5574
rlieberman@mshpc.com

Counsel to Plaintiff, DCX-CHOL, Enterprises, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Plaintiff's Rule 7.1 Disclosure Statement to be served on this 26th day of February 2008, by electronic means on the following:

Armando Rodriguez-Feo
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Room 12126
1100 L St, N.W.
Washington, DC 20530
Phone: 202-307-3390
Fax: 202-514-8624
Armando.Rodriguez-Feo@usdoj.gov

Ernest Hood
Contracting Officer
Defense Logistics Agency
Defense Supply Center Richmond
8000 Jefferson Highway
Richmond, VA 23297
Phone: 804-279-4982
Fax: 804-279-3377
Ernest.Hood@dla.mil

Richard D. Lieberman