IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-109C

(Filed: February 26, 2008)

DCX-CHOL ENTERPRISES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

An initial conference and hearing on plaintiff's motion for a preliminary injunction shall be held on February 27, 2008, commencing at 2:30 p.m. at the National Courts Building. The particular courtroom to be used for the hearing will be listed in the lobby of the courthouse on the day of the hearing.

It is so ORDERED.

s/ Charles F. Lettow
Judge