IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-109C

(Filed: February 27, 2008)

DCX-CHOL ENTERPRISES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

An initial conference in this pre-award bid protest and a hearing on plaintiff's motion for a preliminary injunction were held on February 27, 2008. The parties proposed a schedule for further proceedings, which the court adopts as follows:

| Event | Deadline |
|---|---|
| Administrative Record Due | March 5, 2008 |
| Plaintiff's Motion Due | March 17, 2008 |
| Defendant's Cross-Motion and Response Due | March 31, 2008 |
| Plaintiff's Reply and Response Due | April 4, 2008 |
| Defendant's Reply Due | April 8, 2008 |
| Hearing | April 10, 2008 at 10:00 a.m. at the National Courts Building |

Pursuant to Rule 65(a)(2) of the Rules of the Court of Federal Claims, consideration of plaintiff's motion for preliminary injunction is remitted to the hearing on the merits. The particular courtroom to be used for the hearing will be listed in the lobby of the courthouse on the day of the proceeding.

It is so ORDERED.

s/ Charles F. Lettow
Judge