IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| DCX-CHOL ENTERPRISE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Court No. 08-109C |
| | ) | (Judge Lettow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# ADMINISTRATIVE RECORD
# VOLUME I

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| DCX-CHOL ENTERPRISE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Court No. 08-109C |
| | ) | (Judge Lettow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

INDEX TO VOLUME I OF THE ADMINISTRATIVE RECORD

TABS DOCUMENTS PAGE(S)


1. Pre-Solicitation Planning and Approvals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DSCR 1

2. Solicitation and Amendments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DSCR 34

3. Correspondence with Offerors re: Amendments . . . . . . . . . . . . . . . . . . . . . . . . DSCR 58

4. Record of Significant Events . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DSCR 61

5. Other Correspondence with Offerors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DSCR 62

6. Small Business Administration Size Determination for DCX-CHOL . . . . . . . . DSCR 66

7. NAICS Challenge Proceedings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DSCR 71

# CERTIFICATION OF CONTRACTING OFFICE ADMINISTRATIVE RECORD FOR SOLICITATION SPM4A6-08-R-0148

I, Ernest E. Hood, hereby certify that to the best of my knowledge and after careful review the following documents constitute the record of administrative actions performed for issuance of solicitation No. SPM4A6-08-R-0148. The documents contained in the administrative record are the documents required to be maintained in accordance with this agency's procurement regulations, as well as the documents identified in Appendix C to the Rules of the United States Court of Federal Claims. The records have been organized as they are maintained in this agency's files.

Ernest E Hood

Ernest E. Hood

# TAB 1

# CONTRACT FILE CONTENT LIST

INSTRUCTIONS: This Checklist is placed in Position 1 of the 6-positioned OFFICIAL CONTRACT FILE established at the time of receipt of the Purchase Request. Included in the list below are essential items to be contained in the file under appropriate circumstances (the extent to which this listing shall apply depends upon the type of contract, dollar value, and actions required). Contracting Officers must insure that all actions required by FAR/DFARS/DLA/DSCAP 4.8 and other such regulatory material are accomplished and documented in the Contract File as prescribed in FAR/DFARS/DSCAP 4.8.

The OFFICIAL CONTRACT FILE must be properly maintained at all times and carefully controlled to assure effective documentation in sufficient detail to permit reconstruction of all significant actions of the procurement in chronological sequence. Documents must be placed in the appropriate section and fastened securely with the latest action on top within the Section grouping. Additional papers other than those listed which are to be retained in the file will be included in the Section to which they pertain, appropriately listed in the "ITEM NO." column and identified by brief description in the "DOCUMENT" column. The file must include a chronological list (with inclusive dates of responsibility) to be kept current of all COs/alternates who assume responsibility for the contract during its active state.

This file will be kept neat and free of extraneous materials not required or appropriate for inclusion in the Contract File. (A separate manila folder will be used to maintain extra copies of solicitations/modifications. The folder will be loosely placed between positions 5 and 6 in the file, but will be removed upon retirement of the Contract File).

## PREAWARD FILE CONTENT LIST

| SECTION A - PLANNING AND SOLICITATION (Position 1) | | | SECTION B - PREAWARD SUPPORT DATA (Position 2) | | |
|---|---|---|---|---|---|
| ITEM NO. | DOCUMENT | "X" IN FILE | ITEM NO. | DOCUMENT | "X" IN FILE |
| 1 | PR/MIPR WITH RELATED ATTACHMENTS | X | 1 | ABSTRACT OF BID/PROPOSAL (SF 1409) | |
| 2 | PR/MIPR AMENDMENTS/CHANGES WITH RELATED ATTACHMENTS (DLA 1128) | | 2 | PACKAGING/TRANSPORTATION/FREIGHT RATE DATA (DSCR 341) | |
| 3 | EVIDENCE OF AVAILABILITY OF FUNDS | | 3 | ABVM AWARD DETERMINATION | |
| 4 | SPECIFICATIONS/DRAWINGS/TECHNICAL PACKAGE (DSCR 407) | | 4 | EXEMPTION (SF 1412) OR COST/PRICING DATA (SF 1411) | |
| 5 | DOCUMENTS RELATING TO PR/MIPR SUSPENSE ACTIONS (DSCR 353) | X | 5 | AUDIT REPORT/WAIVER (DLA 1694) | |
| 6 | OPTION JUSTIFICATION (PREAWARD) (DSCR P64) | | 6 | PRICE/COST ANALYSIS (DSCR 305) | |
| 7 | JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION (DSCR P53) | X | 7 | PRENEGOTIATION BRIEFING MEMORANDUM (DSCR 478) | |
| 8 | OPTION JUSTIFICATION (PREAWARD) (DSCR P83) | | 8 | PRICE NEGOTIATION MEMORANDUM (DSCR 478-1) | |
| 9 | SMALL BUSINESS COORDINATION RECORD (DD 2579) | X | 9 | CERTIFICATE OF CURRENT COST OR PRICING DATA | |
| 10 | BUY AMERICAN ACT (EXCEPTION/EXEMPTION) (DSCR 451 & D&F) | | 10 | GOVERNMENT FURNISHED FACILITIES USE APPROVAL | |
| 11 | PLANNED PRODUCERS LIST | | 11 | EEO CLEARANCE | |
| 12 | LIST OF SOURCES SOLICITED OR JUSTIFICATION FOR LIMITING SUCH SOURCES (MAILING LIST) | | 12 | PREAWARD SURVEY (SF 1403)/VERBAL (DSCR P18) | |
| 13 | PREINVITATION NOTICE | | 13 | DETERMINATION OF RESPONSIBILITY MFR | |
| 14 | STATEMENT AS TO SYNOPSIS OF PROPOSED ACQUISITION (DSCR P56) | X | 14 | SUBCONTRACTING PLAN/RECORDS OF COMPLIANCE WITH LABOR POLICY | |
| 15 | REQUEST FOR TRANSPORTATION DATA (DSCR 341) | | 15 | REQUEST FOR COC ACTION (DLA 1756) | |

DSCR 1

# PREAWARD FILE CONTENT LIST (cont'd)

## SECTION A - PLANNING AND SOLICITATION (Position 1)

| ITEM NO. | DOCUMENT | "X" IN FILE |
|---|---|---|
| 16 | ACQUISITION PLAN | |
| 17 | REQUEST FOR SOLICITATION AMENDMENT WITH SUPPORTING DATA | |
| 18 | COPY IFB/RFP AND AMENDMENTS | |
| 19 | REQUESTS FOR IFB/RFP ANNOTATED WITH DATE MAILED | |
| 20 | CANCELLATION OF IFB AFTER OPENING (DSCR P58) | |
| 21 | CONTRACT FILE CONTENT LIST (DSCR 333) | |

## SECTION B - PREAWARD SUPPORT DATA (Position 2)

| ITEM NO. | DOCUMENT | "X" IN FILE |
|---|---|---|
| 16 | SBA CERTIFICATE OF COMPETENCY | |
| 17 | RECORD OF SIGNIFICANT EVENTS (DSCR 395) | |
| 18 | REQUEST FOR BAFO | |
| 19 | CAGE CODE REQUEST (DD 2051) | |

## SECTION C - OTHER SUPPORT DATA (Evaluation, Selection and Rejection) (Position 3)

| ITEM NO. | DOCUMENT | "X" IN FILE |
|---|---|---|
| 1 | NO BID/PROPOSAL AND CORRESPONDENCE | |
| 2 | UNSUCCESSFUL BIDS/PROPOSALS | |
| 3 | DETERMINATION OF LATE/BID PROPOSAL | |
| 4 | MISTAKE IN BID (DSCR P76) | |
| 5 | CONFIRMATION OF QUALITY AND TECHNICAL REQUIREMENTS (pertains to awards over $100,000) (DSCR P67) | |
| 6 | NOTICE TO UNSUCCESSFUL BIDDERS/OFFERORS | |
| 7 | RESPONSE REGISTER (DSCR 321) | |
| 8 | VERIFICATION OF BID (DSCR P77) | |

## SECTION D - CONTRACT (Position 4)

| ITEM NO. | DOCUMENT | "X" IN FILE |
|---|---|---|
| 1 | WORKSHEET FOR PROPOSED AWARD (DSCR P80) WITH RELATED ATTACHMENTS (DSCR 476) | |
| 2 | ALL REQUIRED APPROVALS OF THE PROPOSED AWARD (DLA 677) | |
| 3 | INDIVIDUAL PROCUREMENT ACTION REPORT (DD 350) | |
| 4 | STATEMENT OF CONTINGENT FEES (SF 119 WHEN APPLICABLE) | |
| 5 | ALL OTHER REPRESENTATIONS REQUIRED | |
| 6 | WAIVER FIRST ARTICLE (CLEARANCES AND JUSTIFICATIONS) | |
| 7 | SUCCESSFUL BID/PROPOSAL AND PERTINENT CORRESPONDENCE | |
| 8 | LETTER/TWX NOTICE OF AWARD | |
| 9 | SIGNED COPY OF CONTRACT ("DUPLICATE ORIGINAL") | |
| 10 | SUMMARY OF CONTRACT DISTRIBUTION (DSCR 313) | |
| 11 | SPECIAL DISTRIBUTION (DSCR P79) | |
| | | |

CROSS REFERENCE: CONTRACT NUMBER(s) APPLICABLE TO THIS FILE:

DSCR 2

## PREAWARD AND REVIEWED IAW DSCRAP 4.8

| PREPARED BY: (Signature of Buyer) | TYPED NAME OF BUYER: | DATE: |
|---|---|---|
| REVIEWED BY: (Signature of POC) | TYPED NAME OF POC: | DATE: |

## POST AWARD FILE CONTENT LIST

| SECTION E - MODIFICATION/QUALITY DATA (Position 5) | | | SECTION F - ADMINISTRATIVE AND CONTRACT COMPLETION DATA (Position 6) | | |
|---|---|---|---|---|---|
| ITEM NO. | DOCUMENT | "X" IN FILE | ITEM NO. | DOCUMENT | "X" IN FILE |
| 1 | DOCUMENTS REQUESTING/AUTHORIZING MODIFICATIONS WITH SIGNED/AUTHENTICATED COPIES OF MODS | | 1 | DOCUMENTS FROM DCMC LISTING PERSONNEL ASSIGNED FUNCTIONAL RESPONSIBILITIES UNDER THE CONTRACT | |
| 2 | INDIVIDUAL PROCUREMENT ACTION REPORT (DD 350) (Pertains to MODS involving increases/ decreases of $25,000 or more) | | 2 | INQUIRIES/ACTIONS RELATING TO EXPEDITING/ PROGRESS/STATUS OF CONTRACT | |
| 3 | DETERMINATION OF FINDINGS TO EXERCISE OPTION CLAUSE WITH RELATED DOCUMENTS | | 3 | ADVICE OF DELAYS OR DELIQUENCIES AND CORRECTIVE FOLLOWUP ACTIONS | |
| 4 | SPECIAL INSPECTION REQUIREMENTS FURNISHED BY QUALITY ON SOURCE INSPECTION CONTRACTS | | 4 | TRANSPORTATION/ITEM/PPP&M DISCREPANCY REPORTS | |
| 5 | APPROVALS/DISAPPROVALS OF WAIVERS OR DEVIATIONS WITH RELATED DOCUMENTS | | 5 | CLAIMS AND WARRANTY ACTIONS, DEMAND LETTERS, ETC. | |
| 6 | OPTION EXERCISE (POSTAWARD) (DSCR P65) | | 6 | SHIPMENT/ACCEPTANCE/RECEIVING DOCUMENTS (e.g., DD 250) | |
| 7 | TERMINATION CORRESPONDENCE/NOTES/ACTIONS | | 7 | CORRESPONDENCE PERTAINING TO FINANCIAL MANNERS | |
| 8 | 1ST ARTICLE APPROVAL | | 8 | ALL OTHER DOCUMENTS/CORRESPONDENCE NOT COVERED BY ABOVE SUBJECTS | |
| | | | 9 | DOCUMENTS DENOTING COMPLETION OF THE CONTRACT | |

## PREPARED AND REVIEWED IN ACCORDANCE WITH DSCAP 4.8

| REVIEWED BY: (Signature of POC) | TYPED NAME OF POC: | DATE: |
|---|---|---|
| REVIEWED BY: (Signature of POC) | TYPED NAME OF POC: | DATE: |

DSCR 3

## Noe, Brenda (DSCR)

**From:** Simpson, Marietta M (DSCR)
**Sent:** Thursday, December 20, 2007 9:24 AM
**To:** Noe, Brenda (DSCR)
**Subject:** RE: PR# 0016122465, Item# 01-304-5490

No increase needed. Go ahead and Solicite with the current qty.

Marietta M. Simpson
BSM-Supply Planner
DSCR-FAKD-POWER IST
PH DSN: 695-3448 Comm: (804) 279-3448
FX DSN: 695-6418 Comm: (804) 279-6418
Email: marietta.simpson@dla.mil

-----Original Message-----
From: Noe, Brenda (DSCR)
Sent: Thursday, December 20, 2007 8:52 AM
To: Simpson, Marietta M (DSCR)
Subject: RE: PR# 0016122465, Item# 01-304-5490

The OA was cancelled by Dedra in October. It will be solicited as a stand alone firm fixed price solicitation. Current qty is 29. Do you want to change it before I solicit? (it's still on hold as it hasn't been urgent and the LTC's have precedence).

Brenda Noe
Contract Specialist
Defense Supply Center Richmond
(804) 279-3006
(804) 279-6009 fax

-----Original Message-----
From: Simpson, Marietta M (DSCR)
Sent: Thursday, December 20, 2007 7:55 AM
To: Noe, Brenda (DSCR)
Subject: FW: PR# 0016122465, Item# 01-304-5490

Brenda,
Can you please provide updated status for the above PR.
Thanks,

Marietta M. Simpson
BSM-Supply Planner
DSCR-FAKD-POWER IST
PH DSN: 695-3448 Comm: (804) 279-3448
FX DSN: 695-6418 Comm: (804) 279-6418
Email: marietta.simpson@dla.mil

-----Original Message-----
From: Simpson, Marietta M (DSCR)
Sent: Friday, September 21, 2007 10:17 AM
To: Noe, Brenda (DSCR)
Subject: PR# 0016122465, Item# 01-304-5490

Brenda,
The above item is on LTC with Seyer Industries, Contract# SPM451-04-D-0686. Do you know when this PR will be sourced against the LTC?

## Noe, Brenda (DSCR)

**From:** Simpson, Marietta M (DSCR)
**Sent:** Wednesday, October 17, 2007 3:23 PM
**To:** Noe, Brenda (DSCR)
**Cc:** Parham, Veronica (DSCR)
**Subject:** RE: 6150-01-304-5490

Yes, the buy is still needed. Go ahead an solicite it as a stand alone. The PR is no longer in my workflow, it had already been released. I checked the PR and it is currently blocked by the Product Sp. waiting for release. Veronica Parham is the Tech, I will CC her on this also.

Marietta M. Simpson
BSM-Supply Planner
DSCR-FAKD-POWER IST
PH DSN: 695-3448 Comm: (804) 279-3448
FX DSN: 695-6418 Comm: (804) 279-6418
Email: marietta.simpson@dla.mil

-----Original Message-----
From: Noe, Brenda (DSCR)
Sent: Wednesday, October 17, 2007 2:23 PM
To: Simpson, Marietta M (DSCR)
Subject: 6150-01-304-5490

Marietta,

An open pr exists for this NSN (16122465) which would have been sourced against the OA for SEMCO. Dedra has cancelled the OA per Semco's request.

Do you want the pr solicited as a stand alone large contract or do you want to initiate another LTC?

The pr is currently showing as DT status in SAP which I have been told means that it is in your workload. If so, and you want it solicited, can you kick it out so it will flow to DPAC? If you don't want to solicit this let me know and I will trashcan the line.

Brenda Noe
Contract Specialist
Defense Supply Center Richmond
(804) 279-3006
(804) 279-6009 fax

10/25 not in DPAC - requested the help desk push it into DPAC

Microsoft Excel - PriRpt 25 Sep 07.xls

File Edit View Insert Format Tools Data Window Help Adobe PDF Type a question for help

G28

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 16 | Frances V | Fran | 15846937 | 6150 | 01465314 | 4600028533 | | |
| 17 | Frances V | Fran | 15846937 | 6150 | 01465314 | 4600028533 | | |
| 18 | Frances V | Fran | 15846937 | 6150 | 01465314 | 4600028533 | | |
| 19 | Frances V | Fran | 15643596 | 6150 | 01458384 | 4600043109 | | |
| 20 | Frances V | Fran | 15643596 | 6150 | 01458384 | 4600043109 | | |
| 21 | Frances V | Fran | 16532277 | 6150 | 01095175 | 4600029366 | | |
| 22 | Frances V | Fran | 16532277 | 6150 | 01095175 | 4600029366 | | |
| 23 | Andree T | Andee | 16510562 | 6150 | 01266515 | 4600004149 | | |
| 24 | Andree T | Andee | 16182690 | 6150 | 00636806 | 4600004220 | | |
| 25 | Andree T | Andee | 16185766 | 6150 | 01091636 | 4600003744 | | |
| 26 | Andree T | Andee | 16405252 | 6150 | 00731956 | 4600004296 | | |
| 27 | Andree T | Andee | 16416380 | 6150 | 01113966 | 4600003224 | | |
| 28 | Richmonc | Andee | 15646572 | 6150 | 01539586 | 4600000299 | | |
| 29 | Melissa W | Missy | 16579763 | 6150 | 00830667 | 4600026053 | Hold Tcher | 10/2 |
| 30 | Richmonc | Missy | 16579763 | 6150 | 00830667 | 4600026053 | | |
| 31 | Brenda N | Brenda | 16122465 | 6150 | 01304549 | 4600025026 | $13,219.00 ea | $383,351.00 |
| 32 | Brenda N | Brenda | 16122465 | 6150 | 01304549 | 4600025026 | min/max 20180 | |
| 33 | ~~Brenda N~~ | ~~Brenda~~ | 16533566 | 6150 | ~~01118449~~ | ~~4600032833~~ | 4600028502 | 04-D-0086 |
| 34 | | | | | | | line #1 | |
| 35 | | | | | | | Del 266 | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | | |
| 41 | | | | | | | | |
| 42 | | | | | | | | |
| 43 | | | | | | | | |
| 44 | | | | | | | | |
| 45 | | | | | | | | |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |

100Score / OA

Ready NUM

Start | 2 Internet | Inbox - Micro... | PriRpt Dead | My Documents | DLA Pre-Awa... | Microsoft E... | 3:23 PM

4505747660

Pid on OA source

Dedra cancelling the OA?

DSCR 6

Wednesday, Sep 26, 2007 03:23 PM

 08-R-0148

ITEM DESCRIPTION FOR PR: 00161224 6150-01-304-5490

CABLE ASSEMBLY, SPECIAL PURPOSE, ELECTRICAL

MIL-STD-130M, DATED 02 DEC 2005.
IDENTIFICATION MARKING OF U.S. MILITARY PROPERTY

1. SAMPLING FOR INSPECTION AND TESTING SHALL BE IAW ANSI/ASQ Z1.4-2003. ANY ALTERNATE PLAN MUST BE APPROVED BY THE PCO. A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS IS REQUIRED.
2. ANY DEFECTIVE ITEM DISCOVERED DURING INSPECTION MAY BE CAUSE FOR REJECTION OF THE ENTIRE CONTRACT QUANTITY.

CRITICAL APPLICATION ITEM

SEYER INDUSTRIES, INC. (19494) P/N 74A756214-9FAA
MIDCON CABLES LLC (51880) P/N 74A756214-9FAA
MCDONNELL DOUGLAS CORPORATION (76301) P/N 74A756214-9FAA

$380,674.59

01529






Monday, Oct 29, 2007 01:57 PM

**View PR Trailer (USPDP998) PARFK41 10/29/2007 2:03:18 PM**

^[&l1O , PR TRAILER for 0016122465

| NSN | PGC | QUANTITY | MAUC | UI | UNIT WT | UNIT | CUBE | LENGTH | WIDTH |
|---|---|---|---|---|---|---|---|---|---|
| DEPTH | | | | | | | | | |
| 6150013045490 | | | | 29 | 13126.71 | EA | 0 | 3.123 | |
| 0 | 0 | 0 | | | | | | | |

| AMC | AMSC | AAC | WS | SPC | PDC | B/O | PMIC |
|---|---|---|---|---|---|---|---|
| QCC | | | | | | | |
| 1 | C | D | Y | 1 | 1 | | A |
| DAB | | | | | | | |

| GFM | VEP | OUT STOCK DT | CI | INSPECTION AT DESTINATION |
|---|---|---|---|---|
| | | | Y | |

PR ESTIMATED VALUE: 380674.59
CONTRACT HISTORY: Y SEE DPACS CONTRACT HISTORY SCREEN (USPDP002)
DPAS RATING: DOA1

CONDITIONS EFFECTING AUTO SOLICITATION OR PR ROLLUP:

Procurement Guidance Information:

TGI DATA:
CAGE_76301_51880_38665_19494
TECHNICAL HISTORY/WS DATA:
SEE AMPL/HERS FOR CAGE - P/N
LOG GAIN CIT KE
96080, RG96049005299, PID, PIC, QCC, PKG. BCI
96101, YPG96089000684, J&A. DAR-6 S6J
96213, F3460190G6713GC02, J & A ($100,000+). BCI
97062 MAINT ADDED MIDCON(51880) AS SOURCE BASED
ON DATA FROM CIT FOLDER AND MIDCON SHOWING THEY
MADE FOR MCDONNELL DOUGLAS NHA ARMAMENT PYLON
MICKYD NOT ABLE TO PROVIDE FOR 2 YEARS BCD
97150 NSN NOT COS, ITEM UNIQUE TO F-18..BCF
98022, YPG97147000952, IMP GROUP LTD, CAGE 38665
P N 74A756214-9FAA ADDED AS A SOURCE OF SUPPLY
PER F-18 PAUL FRANKENBERGER, ASO, 442-5763,
CTDF & CTOL UPDATED. BCI
01019 MDWL RG01007 TOR PID BCD
01164 353 YPG01022001340 TO VERIFY REQUIREMENTS
FOR REQUESTED P N. NEW VERSION -9JAA IS ASSIGNED
TO 6950-01-423-1640. REQUIREMENTS ARE VALID. NEW
NUMBER NOT REQUIRED. BCD
01178 353 YPG01022001340. A O FROM SEYER INDUSTR

Contracting Guidance Information:

DMS RATING: DO-A1 SAR DCX-CHOL TO JBT 7-19-03
COMPAD LTC03136011755 SP0451-04-D-0686 EXP

2/13/2005 SP0451-04-D-0686 FINAL EXP 02/13/2009
LTC03136011755 SP045104D0686 FINAL EXP 02/12/09
NSN IS ON A LONG TERM CONTRACT (LTC). REFER TO LTC
DATABASE FOR DETAILED INFORMATION.

IES. SAR FORWARDED TO KE VIA 339. PROCUREMENT
SHOULD CONTINUE IF REQUIREMENTS DICTATE. BCD
02043, RG0207005552 TOR REQ. BCI
02212, YPG02044000848, SAR CAT 2 OFFER FROM DCX-
CHOL ENTERPRISES, INC., OFFERING THEIR P N
74A756214-9FAA, 339 CASE# -02-02-11001 TO NAV-
PHIL FOR EVALUATION. BCI
03072, RESPONSE RECEIVED FROM NAVICP-PHIL FOR
339 CASE# -02-02-21903, STATING THE DSX CHOL
ENTERPRISES SUBMITTAL DID NOT CITE APPLICABLE
TESTING QUALIFICATIONS, NAVICP-PHIL STATES THE
NSN IS COMPETITIVE AND UNECONOMICAL TO EVALUATE
DXC CHOL FURTHER AT THIS TIME. BHF
03128 ALTERNATE OFFER SUBMITTED BY SEYER IND.,
CAGE 19494 WAS EVALUATED AND DETERMINED TO BE
ACCEPTABLE FOR PROCUREMENT. SINCE THIS WOULD
REPRESENT THE FIRST TIME BUILD FOR SEYER,
DSCR-QAS WILL IMPOSE ORIGIN INSPECTION.
SEYER INDUSTRIES OFFER REPRESENTS A
LARGE COST SAVINGS TO THE GOVERNMENT. BEA
03135 ALTERNATE OFFER REC'D FROM DCX-CHOL. OFFER
WAS NOT PROCESSED. AS PREVIOUSLY STATED BY THE
NAVY, THIS ITEM'S NEXT HIGHER ASSY IS TERMINAL.
THEREFORE, IT WOULD BE UNECONOMICAL AT THIS TIME
TO QUALIFY DCX-CHOL. BEA
03157 INFO FROM PC 53. THIS NSN REPLACED NSN
5995-01-168-4787, PER 339 REPLY KE-03-08541..KAA
03287 ALERNATE OFFER SUBMITTED BY DCX-CHOL WAS
SENT TO THE ESA (KE) FOR EVALUATION. 339 DSCR-JB
-04-00484, WITH A MINIMUM OF 180 DAYS REQUIRED
FOR EVALUATION. RECOMMENDED THAT THE BUYER
PROCEED WITH THE BUY. BEA

THIS NSN HAS BEEN REVIEWED, IS IAW DATA
CLEANSING TEMPLATE, AND SUITABLE FOR
TRANSFER TO BSM PHASE 2.
04160 ABOVE 03157 ENTRY IS IN ERROR. OLD 5995-
01-168-4787 WAS REPLACED BY 5995-01-367-1401 PER
BOEING. NOTHING TO DO WITH THIS NSN KAD
05271 MDWL RG05256002694 TOR REQD. JDT
06012 1PJ BSM PACKAGING REVIEW

PACKAGING HAS BEEN REVIEWED/UPDATED AND IS
SUITABLE FOR TRANSFER TO BSM PHASE 2
06157/RELEASED RSW/PR#0012565917-002. GST5058
07293/TECH QUALITY REVIEW/RSW RELEASED/GST5187

Quality Guidance Information:

QUALITY GUIDANCE DATA:
02043,

03128/PIC REVIEW/ALTERNATE OFFERAPPROVED
FOR SEYER INDUSTRIES. CHG'D PIC FROM 2
TO A 1. FIRST TIME MFR.

PLACE OF INSPECTION (PIC) REVIEWED PER
DSCRD 4155.C DSCR PLACE OF INSPECTION.
ORIGIN INSPECTION REQUIRED.
04034 MASS MID909 PIC CHANGE TO DEST/SPL

Synopsis Guidance Information:

SEE ITEM DESCRIPTION FOR TECH DATA PACKAGE (TDP) AVAILABILITY INFORMATION. IF TABLE A0648 IS CITED (DSCR DOES NOT CURRENTLY HAVE AN APPROVED TECHNICAL DATA PACKAGE AVAILABLE FOR THIS NSN), THE OFFEROR IS REQUIRED TO PROVIDE A COMPLETE DATA PACKAGE INCLUDING DATA FOR THE APPROVED AND ALTERNATE PARTS FOR EVALUATION.

PROCUREMENT HISTORY FOR NSN: 6150013045490

STOCK BUYS:

| TYPE TERM | CAGE CD | REP | SRC BUY | TYPE OPTN | CONTRACT NUMBER DT | PRC RSN | QUANTITY | UNIT COST | AWD DATE |
|---|---|---|---|---|---|---|---|---|---|
| STK | 19494 | | B | | SPM45104D06860002 | BG | 000020 | 13219.00000 | 04/16/07 |
| STK | 19494 | Y | B | | SPM45104D06860003 | BG | 000020 | 13219.00000 | 07/18/07 |
| STK | 19494 | Y | B | | SP045104D06860004 | XX | 000020 | 12833.00000 | 11/18/05 |
| STK | 19494 | Y | B | | SP045104D06860005 | BG | 000020 | 12833.00000 | 12/21/05 |
| STK | 19494 | Y | B | | SP045104D06860006 | BG | 000020 | 12833.00000 | 02/10/06 |

ITEM DESCRIPTION

CRITICAL APPLICATION ITEM
CABLE ASSEMBLY, SPECIAL PURPOSE, ELECTRICAL

MIL-STD-130M, DATED 02 DEC 2005.
IDENTIFICATION MARKING OF U.S. MILITARY PROPERTY
DSCR
1. SAMPLING FOR INSPECTION AND TESTING SHALL BE IAW ANSI/ASQ Z1.4-2003. ANY ALTERNATE PLAN MUST BE APPROVED BY THE PCO. A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS IS REQUIRED.
2. ANY DEFECTIVE ITEM DISCOVERED DURING INSPECTION MAY BE CAUSE FOR REJECTION OF THE ENTIRE CONTRACT QUANTITY.

APPROVED SOURCES OF SUPPLY

| | |
|---|---|
| SEYER INDUSTRIES, INC. | 19494 P/N 74A756214-9FAA |
| MIDCON CABLES LLC | 51880 P/N 74A756214-9FAA |
| MCDONNELL DOUGLAS CORPORATION | 76301 P/N 74A756214-9FAA |

PACKAGING DATA:

PREP FOR DELIVERY

PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = XX: CUSH/DUNN MAT = XX: CUSH/DUNN THKNESS = X:
UNIT CONT = E9: OPI = O:
INTRMDTE CONT = XX: INTRMDTE CONT QTY = AAA:
PACK CODE = U:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
SPECIAL MARKING CODE: 00 -
PALLETIZATION SHALL BE IN ACCORDANCE WITH MD00100452 REV A
DATED 04090

For all shipments of packaged materiel to the government, which includes either Depot (DLA-Direct) or DVD (Customer-Direct) shipments, both DoD linear and two-dimensional (2D) bar code markings are required on Military Shipping Labels in accordance with MIL-STD-129, Revision P, dated December 15, 2002 (but see DLAD 52.211-9010(D) for exceptions to the requirement for MSL and 2D symbols). See the DLA packaging web site identified in DLAD 52.211-9010(E) for change notices to MIL-STD-129P that apply. 2D bar coding shall be in accordance with ISO/IEC 15438, ISO/IEC 15434 (ANSI MH10.8.3) and DoD 4500.9-R. MSL linear (code 3 of 9 or code 39) bar coding shall be in accordance with ISO/IEC 16388. Shipping label stock quality shall meet MIL-PRF-61002. Bar code print quality shall meet ANSI MH10.8-2000 or ANSI X3.182-1990 (R2000) for applicable 2D and/or linear bar codes. All DVD shipments shall meet additional linear bar coding requirements in DLAD 52.211-9010(C). Except for the Transportation Control Number (TCN), which must always be present on the Military Shipping Label, when the contract/order omits any other data elements as defined in MIL-STD-129P and if the information is not available from the Administrative Contracting Office, then the field is not required as part of the Military Shipping Label and may be left blank. If there are inconsistencies between the schedule and MIL-STD-129P, the schedule takes precedence.

DSCR

| | | | | | |
|---|---|---|---|---|---|
| PR LINE 1 | NSN 6150013045490 | W62G2T | QTY: | 12 | RDD 23-AUG-08 |
| PR LINE 2 | NSN 6150013045490 | W25G1U | QTY: | 17 | RDD 23-AUG-08 |

E

# ROUTING AND TRANSMITTAL SLIP

DATE: 01/03/2008

| TO: (NAME, OFFICE SYMBOL, ROOM NUMBER, BUILDING, AGENCY/POST) | DATE DUE | INITIALS | DATE |
|---|---|---|---|
| 1. DSCR-FAKD | | SEA | 1/8 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

| | | | | | |
|---|---|---|---|---|---|
| | ACTION | | FILE | | NOTE AND RETURN |
| x | APPROVAL | | FOR CLEARANCE | | PER CONVERSATION |
| | AS REQUESTED | | FOR CORRECTION | | PREPARE REPLY |
| | CIRCULATE | | FOR YOUR INFORMATION | | SEE ME |
| | COMMENT | | INVESTIGATE | | SIGNATURE |
| | COORDINATION | | JUSTIFY | | |

REMARKS:

Acquisition Plan
SPM4A6-08-R-0148

6150-01-304-5490
cable assembly, special purpose, electrical

Firm Fixed Price solicitaiton
maximum expected value $380,674.59`

DO NOT USE THIS FORM AS A RECORD OF APPROVALS, CONCURRENCES, DISPOSALS, CLEARANCES, AND SIMIILAR ACTIONS.

| FROM: (NAME, ORG. SYMBOL, AGENCY) | ROOM NO. — BLDG. |
|---|---|
| Brenda Noe/DLA/DSCR-FAKD | bldg 32 h bay cube 131 |
| | PHONE NUMBER 3006 |

DSCR 13

DSCR FORM 4072, 01/29/96 (EF) PREVIOUS EDITIONS ARE OBSOLETE

# ACQUISITION PLAN

[x] Initial [ ] Revision

PR/MIPR Number(s): 0016122465
Solicitation Number: SPM4A6-08-R-0148
NSN: 6150-01-304-5490
Quantity: 29 EA
Estimated Unit Price: $13126.71
Estimated Total Price: $380674.59
Item Description: CABLE ASSEMBLY,SPEC

Buyer: Brenda Noe
PARFK41
(804) 279-3006

Supply Criticality (Priority): F
Project Code:
Backorders:

## CONSIDERATIONS

**Set-Aside**

- [ ] Section 8(a) Competitive
- [ ] Section 8(a) Sole Source
- [ ] SDB Set-Aside
- [ ] HBCU/MI Set-Aside: %
- [x] Small Business Set-Aside: 100 %
- [ ] Emerging Small Business Set-Aside
- [ ] HUBZone Set-Aside: %
- [ ] HUBZone Sole Source

**Option**

Percent:
Quantity:
Period (Months):

**Cost/Pricing Data**

- [x] Not Anticipated
- [ ] Will Be Requested
- [ ] Request for Exception

**Preference Program**

- [ ] Evaluation Preference for SDBs
- [ ] HUBZone Price Evaluation Preference

- [ ] Warranty
- [ ] Open Contracts
- [ ] Commercial Item
- [ ] MSDS
- [ ] GFP

**First Article Test**

- [ ] Contractor
- [ ] Government

**Progress Payments**

- [ ] Current Buy
- [ ] Prior Buy

**Environmental Considerations**

- [ ] Class I ODS

## PROPOSED METHOD OF ACQUISITION

**Acquisition Type**

☐ IFB ☒ RFP ☐ RFQ

☐ Other:

**Negotiations**

☒ Written

☐ Oral

**Rationale for Not Using Sealed Bidding**

☐ Time does not permit solicitation, submission, and evaluation of sealed bids.

☐ Award will be made on a basis of other than price and other price-related factors alone.

☐ It is necessary to conduct discussions with offerors about their offers.

☐ A resonable expectation of receiving more than one sealed bid does not exist.

☒ A complete technical data package is not available.

**Order/Contract Contemplated**

☒ Firm Fixed Price (FFP) ☐ Basic Ordering Agreement ☐ Delivery Order

☐ FFP w/Economic Price Adjustment (EPA) ☐ Multi-year

EPA Clause Number/Title:

Price Escalation Ceiling:

Index Name/Source/Number:

☐ Other:

## MARKET RESEARCH

## MARKET SURVEY RESULTS

## PROVISION FOR COMPETITION

☐ Complete, unrestrictive tech data package to be included or referenced in the solicitation.

☐ Full and Open Competition

☒ Full and Open Competition After Exclusion of Sources

☐ Other than Full and Open Competition 10 U.S.C. 2304(c)

## PURCHASE HISTORY

**Method of Acquisition**

☐ Sealed Bid

☒ Negotiated

**Most Recent Award**

**Award Date:** 2007 JUL 18

**PIIN:** SPM451-04-D-0686-0003

**Quantity:** 20

**Unit Price:** 13219

**Competitive Offers**

**Number:**

**Dollar Range:** .00-
.00

### Previous Awards

| PIIN | Source | CAGE | Quantity | U/I | Unit Price | Award Date | FOB | Type |
|---|---|---|---|---|---|---|---|---|
| SP0451-02-C-1156 | A | 51880 | 31 | EA | 11075.00 | 2002 MAY 24 | E | STK |
| SP0451-03-C-0582 | B | 19494 | 35 | EA | 10287.00 | 2003 JUN 27 | D | STK |
| SP0451-04-D-0686-0001 | B | 19494 | 63 | EA | 12639.00 | 2004 FEB 13 | E | STK |
| SP0451-04-D-0686-0002 | B | 19494 | 20 | EA | 13133.00 | 2005 SEP 30 | E | STK |
| SP0451-04-D-0686-0003 | B | 19494 | 20 | EA | 12833.00 | 2005 OCT 25 | E | STK |
| SP0451-04-D-0686-0004 | B | 19494 | 20 | EA | 12833.00 | 2005 NOV 18 | E | STK |
| SP0451-04-D-0686-0005 | B | 19494 | 20 | EA | 12833.00 | 2005 DEC 21 | E | STK |
| SP0451-04-D-0686-0006 | B | 19494 | 20 | EA | 12833.00 | 2006 FEB 10 | E | STK |
| SP0451-04-D-0686-0007 | B | 19494 | 20 | EA | 12997.00 | 2006 MAR 15 | E | STK |
| SP0451-97-C-5243 | A | 51880 | 24 | EA | 14913.37 | 1997 MAR 24 | E | STK |

## SCHEDULE

| | Target | Initial/Revised | Completed |
|---|---|---|---|
| **PR Date** | 2007 OCT 29 | 2007 OCT 29 | 2007 OCT 29 |
| **PR Received by Buyer** | 2007 OCT 29 | 2007 OCT 29 | 2007 OCT 29 |
| **Small Business Review** | 2007 OCT 30 | | |
| **Synopsis to FEDBIZOPPS** | 2008 JAN 03 | | |
| **Solicitation Issued** | 2008 JAN 23 | | |
| **Solicitation Open/Close/Return By** | 2008 FEB 25 | | |
| **Responsiveness Acceptability Review** | | | |
| **Preaward Technical Review** | | | |
| **Transportation Evaluation** | | | |
| **Subcontracting Plan Review** | | | |
| **Cost/Price Analysis** | | | |
| **DCAA Audit** | | | |
| **Pre-Negotiation Briefing** | | | |
| **Review Board Evaluation** | | | |
| **Negotiations Open** | | | |
| **Negotiations Close** | | | |
| **Preaward Survey** | | | |
| **EEO Compliance** | | | |
| **DLA Review** | | | |
| **Legal Review** | | | |
| **Contract Award** | | | |

## ADDITIONAL REMARKS

This requirement is for a firm fixed price contract on NSN 6150-01-304-5490, cable assembly, special purpose, electrical used on the FA-18 Hornet aircraft.
Demand trends do not warrant a solicitation for a Long Term Contract at this time.
The item is sourced to Seyer Industries, Midcon Cables and McDonnell Douglas under part number 74A756214-9FAA.
The solicitation will be issued as small business set-aside, FOB destination with inspection and acceptance at destination and a requested delivery of 218 days ARO. The estimated award value is $380,674.59.
Administrative Lead Time (ALT) of record is 120 days. This pr is currently 65 days old.The pr was received by the buyer on October 29, 2007 and an estimated award date is March 30, 2008 which if met will allow an award to be made in 153 days (33 days over ALT).
Cost and pricing data will not be required as the total expected value does not exceed $650,000.00. Progress payments and subcontracting plans will not be required in the solicitation.
The part is not commercial and is not a critical safety item (verified in SAP on 1/3/08).
Stock Position:
OH: 18
BO: 1/6 (IPG 2)
DI: 65 - 21 on purchase order and 44 on purchase request
RMC Qty: 4.245
ALT: 120
PLT: 291

SIGNATURES/APPROVALS/CONCURRENCES

| | |
|---|---|
| Buyer Brenda Noe | Date 1/3/08 |
| Contracting Officer Eric Elley | Date 1-8-08 |
| Branch Chief | Date |
| Division Chief | Date |
| Director, Business Operations (or Deputy) | Date |
| Commander, Supply Center | Date |
| Office of Counsel Concurrence | Date |
| Cost & Price Analysis Concurrence | Date |
| Contract Clearance and Oversight Concurrence | Date |

## INTEGRATED DATA SHEET

| ICP / SOS | Mat'l Group | NIIN | NOUN | WSIC | WSEC | DLA PRICE | CUST PRICE | UI | Base Unit Of Measure | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| SMS | 6150 | 013045490 | CABLE ASSEMBLY,SPEC | G | 5 | 13108 | 18613.36 | EA | EA | 03-JAN-08 |

| RMC | RMC QTY | MTD FREQ | MTD QTY | ADF | ADQ | ALT | PLT | AAC |
|---|---|---|---|---|---|---|---|---|
| R | 4.245 | 0 | 0 | 53 | 56 | 120 | 291 | D |

| AMC | AMSC | Shelf Life Code | MGR REV CODE | Last Demand Date |
|---|---|---|---|---|
| 1 | C | | | 12-DEC-07 |

| | TOT U/O | NMCS | IPG 1 | IPG 2 | IPG 3 | SOH | | DUE IN PO Data current as of 03-JAN-08 | |
|---|---|---|---|---|---|---|---|---|---|
| LN | 1 | 0 | 0 | 1 | 0 | C/C A | 18 | PO | 21 |
| QTY | 6 | 0 | 0 | 6 | 0 | OTHER | 0 | PR | 44 |

| | TOT DVD | NMCS | IPG 1 | IPG 2 | IPG 3 |
|---|---|---|---|---|---|
| LN | 0 | 0 | 0 | 0 | 0 |
| QTY | 0 | 0 | 0 | 0 | 0 |

### DUE IN SECTION

| PO NUMBER | PR DATE | AWD DATE | CAGE | Vendor Name | Delivery Date | PO DUE IN QTY | RCVD |
|---|---|---|---|---|---|---|---|
| 4504283139 | 19-MAR-07 | 16-APR-07 | 019494 | SEYER INDUSTRIES INC. | 01-FEB-08 | 1 | 7 |
| 4505087356 | 09-MAY-07 | 18-JUL-07 | 019494 | SEYER INDUSTRIES INC. | 09-APR-08 | 20 | |

| PURCHASE REQUEST # | QUANTITY | PR DATE | PR to Procurement | SOLICITATION CLOSE DATE | EST AWD DATE | EST DELVY DATE |
|---|---|---|---|---|---|---|
| 0016122465 | 12 | 06-AUG-07 | 29-OCT-07 | | 26-FEB-08 | 13-DEC-08 |
| 0016122465 | 17 | 06-AUG-07 | 29-OCT-07 | | 26-FEB-08 | 13-DEC-08 |
| 0017340271 | 3 | 17-DEC- | | | | |

DSCR 19

| | | |
|---|---|---|
| | | 07 |
| 0017340271 | 12 | 17-DEC-07 |

**ITEM NOTES/SIMI**

SIMI 12/20/2007; SOH and no existing backorders.***Contract# SPM4 5104D06860002, Qty 2, CDD 2/1/08 - Contractor advised that they can not expedite, but they will ship by the scheduled delivery.***Contract# SPM45104D06860003, Qty 20, CDD 4/9/08 - Contractor advised that they can not expedite, but they will ship by t he scheduled delivery.***PR# 0016122465, Qty 29 - Due to the dollar amount, buyer had to put PR on Hold Table for approval. Sent request to the buyer for updated status. Waiting on reply back.MMS.

| Supply Chain | Profit Center | Office |
|---|---|---|
| Avtn:Electrical Components & Cable:Power: | 0001011349 | FFAKD |

POC Lookup Tool

Cancel | Go To This Page's Top

Report a Problem

DSCR 20

**1st Choice Suppo**
**(Federal Buyer**

Shop | Carts | In Checko
| DLA Orders

» Home » DLA Orders » Weapon System Support

**DLA Orders**

Go Back

Weapon System Support

**Search By:**
- WSDC
- NSN/NIIN
- Service Branch

*Material Number (NSN/NIIN)
6150013045490

Clear Submit

**Weapon System Support by NSN/NIIN**

**Weapon System Data**

**Weapon System NSN Data**

Total: 1

| WSDC | End Item Description | WS1 RIC From | WSMC | WSEC | WSDC Comments | Su U |
|---|---|---|---|---|---|---|
| 43N | AIRCRAFT, HORNET F/A-18 | N32 | | 5 | | |

Copyright 2007. DO
V






Thursday, Jan 03, 2008 01:38 PM






Thursday, Jan 03, 2008 01:38 PM

# JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION

1. The Defense Logistics Agency, Defense Supply Center, Richmond proposes to acquire the supplies cited herein on an other than full and open competition basis under the statutory authority of 10 U.S.C. 2304(c)(1), available from only one or a limited number of sources.

2. The supplies being acquired areCABLE ASSEMBLY,SPEC , NSN(s) 6150013045490 based on Purchase Request(s)0016122465 , for a quantity of 29 EA .

This acquisition:

[ x ] will not include an option.

[ ] will include a _____ % option for increased quantity. Total estimated dollar value of option quantity is $ ________.

[ ] will include an option to extend the term of the contract for a period of _________ exercisable in increments of _______________. Total estimated dollar of all option periods is $ ______________.

The total estimated dollar value of this acquisition (inclusive of any option) is $380,674.59 .

3. The acquisition is restricted to the only source(s) of supply known to have the capability of furnishing the required supplies.
Source(s) are: Seyer Industries
_Midcon Cables LLC
_McDonnell Douglas Corp.

Based upon the technical certification, this acquisition is restricted because:

[ ] AMSC A. The Government's right to use data in its possession is questionable. This code is under review and will be updated when the review is complete.

[ ] AMSC B. This must be acquired from a manufacturing source(s) specified on a source control drawing.

[x] AMSC C. This part required engineering source approval by the design control activity in order to maintain the quality of the part.

[ ] AMSC D. The data needed to acquire this part is not economically available.

[ ] AMSC H. The Government does not have sufficient, accurate, or legible data to purchase this part from other than the current source. This code is under review and will be updated when the review is complete.

[ ] AMSC K. This part must be produced from class 1 castings under MIL-STD-2175.

[ ] AMSC L. The annual buy value of this part falls below the screening threshold established by DoD.

[ ] AMSC M. Manufacture of this part requires use of master or coordinated tooling.

[ ] AMSC N. Manufacture of this part requires special test and/or inspection facilities to maintain function or system integrity.

[ ] AMSC P. The rights to use the data needed to purchase this part from additional source(s) are not owned by the Government and cannot be purchased, developed, or otherwise obtained.

[ ] AMSC Q. The Government does not have adequate data, lacks rights to data, or both. It is not economical to buy the data or rights to the data.

[ ] AMSC R. The Government does not own the data or rights to the data needed to purchase this part from another source. It is not economical to procure the data or rights to the data.

[ ] AMSC S. Acquisition of this item is restricted to Government approved source(s) because the item involves military sensitive technology.

[ ] AMSC U. The cost to the Government to breakout this part and acquire it competitively has been determined to exceed the projected savings over the life span of the part.

[ ] AMSC V. This part has been designated a high reliability part. Probability of failure would be unacceptable. The engineering activity has determined that data to define and control reliability limits cannot be obtained.

[ ] AMSC Y. The design of this part is unstable. Engineering, manufacturing, or performance characteristics indicate that the required design objectives have not been achieved.

[ ] AMSC Z. This part is a commercial/no-developmental/off-the-shelf item.

4. A market survey:

[ ] was conducted, and firms indicating an interest in the acquisition will be solicited. Market research efforts, if any include:

______________________________
______________________________
______________________________

[ ] was not conducted due to the unusual and compelling urgency of the requirement.

[x] was not performed because it would not result in receipt of a competitive data package which would allow the Government to develop a competitive acquisition item description for this acquisition.

[ ] Based on the market survey, the following source(s) will be provided a copy of the solicitation:

______________________________
______________________________
______________________________

5. Efforts to ensure that offers are solicited from as many sources as practicable are:

[x] The acquisition will be synopsized and any firm requesting a solicitation copy will be provided one.

[ ] Manufacturers of similar products identified in the market survey will be solicited.

[ ] Dealers of the manufacturers will be solicited.

[ ] Other (Explain):

______________________________
______________________________
______________________________

6. In addition to the specific actions being taken by the technical specialist to overcome barriers to competition this item is subject to the following methods of locating additional sources:

[x] Products Offered Provision is included in the solicitation.

[ ] Competition Advocate Review

[ ] Replenishment Parts Purchase or Borrow (RPPOB) Program

[ ] Reverse Engineering

[ ] Other: ______________________________

7. I hereby determine that the cost to the Government will be fair and reasonable.

8. Additional facts, if any, supporting this determination:

______________________________
______________________________
______________________________
______________________________
______________________________

9. Any significant market survey or Commerce Business Daily (CBD) results which would change the solicitation from being awarded under other than full and open competition, occurring after this justification has been certified, will require an addendum that this J&A was prematurely certified and is no longer valid.

I hereby certify that the information contained in this justification has been reviewed and is approved.

1-8-08

Date

Contracting Officer

For requirements of $550,000, but not exceeding $11,500,000: This justification has been reviewed and is approved.

Date

Competition Advocate

# FA-18 Hornet cable assembly, special purpose, electrical

## General Information

| | | | |
|---|---|---|---|
| Document Type: | P = Presolicitation Notice | | |
| Solicitation Number: | SPM4A6-08-R-0148 | | |
| Posted Date: | Jan 03, 2008 | | |
| Response Date: | FEB 25, 2008 | | |
| Archive Date: | MAR 11, 2008 | | |
| Classification Code: | 61 -- Electric wire & power & distribution equipment | NAICS Code: | 335931 |
| Set Aside: | Total Small Business | | |

## Contracting Office Address

Defense Logistics Agency, Acquisition Management, Defense Supply Center Richmond - BSM, 8000 Jefferson Davis Highway, Richmond, VA, 23297-5000, UNITED STATES

## Description

PR number 16122465, 6150-01-304-5490, cable assembly, special purpose, electrical used on the F/A-18 Hornet aircraft. Approved sources are Seyer Ind, cage 19494; Midcon Cables, cage 51880; and McDonnell Douglas, cage 76301. Part number is 74A756214-9FAA.

Specifications, plans, or drawings relating to the procurement described are not available and cannot be furnished by the Government. Solicitation is set-aside for small business concerns. Other than full and open competition in accordance with 10 U.S.C. 2304 ( C ) (1G).

Solicitation is for 29 each with a delivery of 218 days ARO or less. Ship to stock locations in the Continental US. Automated Best Value System (AVBS) applies.

The solicitation issue date is January 23, 2008 and the closing date is February 25, 2008.

A copy of the solicitation will be available via the DLA Internet Bid Board System (DIBBS) at https://www.dibbs.bsm.dla.mil/RFP/ on the issue date cited in the RFP. A paper copy of this solicitation will not be available to requesters.

The technical data package for this procurement is only available in CAPRS, (Contract Automated Packages Request System) at https://ric1s-c025.dscr.dla.mil/tdmd/.

## Point of Contact

Brenda Noe, Acquisition Specialist, Phone (804)279-3006, Fax (804)279-6009, Email Brenda.Noe@dla.mil

DSCR 27

**Place of Contract Performance**

| | |
|---|---|
| Address: | Richmond, VA |
| Postal Code: | 23297 |
| Country: | UNITED STATES |

Are you sure you want to post this notice ?

| | | |
|---|---|---|
| Save | Post | <<< Back To Edit >>> |

DSCR 28






Thursday, Jan 03, 2008 02:21 PM

Prepare Invitation for Bid and Request for Proposal (DSPDF234)

# INFORMATION TO OFFERORS OR QUOTERS
## SECTION A - COVER SHEET

*Form Approved*
*OMB No. 9000-0002*
*Expires Oct 31, 2004*

The public reporting burden for this collection of information is estimated to average 35 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (9000-0002), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person will be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM TO THE ADDRESS IN BLOCK 4 BELOW.

| 1. SOLICITATION NUMBER | 2. (X one) | 3. DATE/TIME RESPONSE DUE |
|---|---|---|
| SPM4A6-08-R-0148 | | 2008 FEB 25 2:00 PM |

Message - S2Y369

SPM4A608R0148.pdf posted to DIBBS. Please check DIBBS after 5PM.

OK

Note: The provision entitled "Require

1. If you are not submitting a response, complete the information in Blocks 5 through 11 and return to the issuing office in Block 4 unless a different return address is indicated in Block 7

2. Offerors or quoters must include full, accurate, and complete information in their responses as required by this solicitation (including attachments). "Fill-ins" are provided on Standard Form 18, Standard Form 33, and other solicitation documents. Examine the entire solicitation carefully. The penalty for making false statements in prescribed in 18 U.S.C. 1001.

3. Offerors or quoters must plainly mark their responses with the Solicitation Number and the date and local time for bid opening or receipt of proposals that is in the solicitation document.

4. Information regarding the timeliness of response is addressed in the provision of this solicitation entitled either "Late Submissions, Modifications, and Withdrawals of Bids" or Instructions to Offerors - Competitive Acquisition".

| 4. ISSUING OFFICE (Complete mailing address, including Zip Code) | 5. ITEMS TO BE PURCHASED (Brief description) |
|---|---|
| DEFENSE SUPPLY CENTER RICHMOND<br>AVIATION SUPPLY CHAIN<br>8000 JEFFERSON DAVIS HIGHWAY<br>RICHMOND VA 23297-5770 | 6150-01-304-5490<br>CABLE ASSEMBLY,SPEC |

6. PROCUREMENT INFORMATION (X and complete as applicable)

a. THIS PROCUREMENT IS UNRESTRICTED

1 of 19



Wednesday, Jan 09, 2008 03:34 PM

Prepare Invitation for Bid and Request for Proposal (USPDS20s)

115%

# INFORMATION TO OFFERORS OR QUOTERS
## SECTION A - COVER SHEET

*Form Approved*
*OMB No. 9000-0002*
*Expires Oct 31, 2004*

The public reporting burden for this collection of information is estimated to average 35 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (9000-0002), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware the notwithstanding any other provision of law, no person will be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM TO THE ADDRESS IN BLOCK 4 BELOW.

| 1. SOLICITATION NUMBER | 2. (X one) | 3. DATE/TIME RESPONSE DUE |
|---|---|---|
| SPM4A6-08-R-0148 | | 2008 MAR 03 2:00 PM |

Message - S2Y339

SPM4A608R0148.pdf posted to DIBBS. Please check DIBBS after 5PM

OK

Note: The provision entitled "Required

1. If you are not submitting a response, ... Block 4 unless a different return address is indicated in Block 7

2. Offerors or quoters must include full, accurate, and complete information in their responses as required by this solicitation (including attachments). "Fill-ins" are provided on Standard Form 18, Standard Form 33, and other solicitation documents. Examine the entire solicitation carefully. The penalty for making false statements in prescribed in 18 U.S.C. 1001.

3. Offerors or quoters must plainly mark their responses with the Solicitation Number and the date and local time for bid opening or receipt of proposals that is in the solicitation document.

4. Information regarding the timeliness of response is addressed in the provision of this solicitation entitled either "Late Submissions, Modifications, and Withdrawals of Bids" or Instructions to Offerors - Competitive Acquisition".

| 4. ISSUING OFFICE (Complete mailing address, including Zip Code) | 5. ITEMS TO BE PURCHASED (Brief description) |
|---|---|
| DEFENSE SUPPLY CENTER RICHMOND<br>AVIATION SUPPLY CHAIN<br>8000 JEFFERSON DAVIS HIGHWAY<br>RICHMOND VA 23297-5770 | 6150-01-304-5490<br>CABLE ASSEMBLY,SPEC |

6. PROCUREMENT INFORMATION (X and complete as applicable)

a. THIS PROCUREMENT IS UNRESTRICTED

1 of 20



Tuesday, Feb 19, 2008 10:44 AM

# SMALL BUSINESS COORDINATION RECORD

REPORT CONTROL SYMBOL

| 1. CONTROL NO. *(Optional)* | 2. PURCHASE REQUEST NO./ REQUISITION NO. | 3. TOTAL ESTIMATED VALUE *(Including options)* | 4. SOLICITATION NO./CONTRACT MODIFICATION NO. |
|---|---|---|---|
| | 0016122465 | $ 380674.59 | SPM4A6-08-R-0148 |

5. BUYER

| a. NAME *(Last, First, Middle Initial)* | b. OFFICE SYMBOL | c. TELEPHONE *(Include Area Code)* |
|---|---|---|
| Brenda Noe, PARFK41 | DSCR-FAKD | (804) 279-3006 |

6. ITEM DESCRIPTION *(Including quantity)*

See Attached Page

6a. FEDERAL SUPPLY CLASS/SERVICE (FSC/SVC) CODE: 6150

7. TYPE OF COORDINATION *(X one)*

- X INITIAL CONTRACT
- [ ] MODIFICATION
- [ ] WITHDRAWAL

8. SMALL BUSINESS SIZE STANDARD

| a. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) CODE | b. NO. OF EMPLOYEES | c. DOLLARS |
|---|---|---|
| 335931 | 500 | |

9. RECOMMENDATION *(X as applicable)*

| YES | NO | *(If all recommendations are "No," explain in Remarks.)* |
|---|---|---|
| | X | a. SECTION 8(A) *(X one)* |
| | | [ ] (1) COMPETITIVE [ ] (2) SOLE SOURCE |
| | X | b. SMALL DISADVANTAGED BUSINESS (SDB) SET-ASIDE |
| | X | c. HISTORICALLY BLACK COLLEGES AND UNIVERSITIES/ MINORITY INSTITUTIONS (HBCU/MI) SET-ASIDE *(List percentage)* % |
| X | | d. SMALL BUSINESS (SB) SET-ASIDE *(List percentage)* 100 % |
| | X | e. EMERGING SMALL BUSINESS SET-ASIDE |
| | X | f. EVALUATION PREFERENCE FOR SDBs |
| | X | g. HUBZONE SET-ASIDE % |
| | X | h. HUBZONE SOLE SOURCE |
| | X | i. HUBZONE PRICE EVALUATION PREFERENCE |

10. ACQUISITION HISTORY *(X one)*

| | | |
|---|---|---|
| | | a. FIRST TIME BUY |
| X | | b. PREVIOUS ACQUISITION *(X all that apply)* |
| | | (1) SECTION 8(A) |
| | | (2) SDB SET-ASIDE |
| | | (3) HBCU/MI SET-ASIDE |
| | X | (4) SB SET-ASIDE |
| | | (5) OTHER *(Specify)* |
| | | (6) TWO OR MORE RESPONSIVE SB OFFERS ON PRIOR ACQUISITION |
| | | (7) ONE OR MORE RESPONSIVE SDB OFFER(S) WITHIN 10% OF AWARD PRICE OF PRIOR ACQUISITION |
| | | (8) WOMAN OWNED SB |
| | | (9) SERVICE DISABLED VETERAN SB |

11. SB PROGRESS PAYMENTS *(X one)*: [ ] YES X NO

12. SUBCONTRACTING PLAN REQUIRED *(X one)*: [ ] YES X NO

13. SYNOPSIS REQUIRED *(X one) (If "No," cite FAR 5.202 exception)*: X YES [ ] NO

14. REMARKS

15. REVIEWED BY SMALL BUSINESS ADMINISTRATION (SBA) REPRESENTATIVE

a. NAME *(Last, First, Middle Initial)*: NA

b. SIGNATURE

c. DATE SIGNED *(YYMMDD)*

16. LOCAL USE

17. CONTRACTING OFFICER *(X one)*: [ ] CONCURS [ ] REJECTS

a. RECOMMENDATIONS *(Document rejections on reverse side)*

b. NAME *(Last, First, Middle Initial)*

c. SIGNATURE

d. DATE SIGNED *(YYMMDD)*

18. SMALL BUSINESS SPECIALIST *(X one)*: X CONCURS [ ] APPEALS

NOTE: Any change in the acquisition plan this coordination record describes will require return for re-evaluation by the SB specialist.

a. NAME *(Last, First, Middle Initial)*: C OBER

b. SIGNATURE

c. DATE SIGNED *(YYMMDD)*: 2007 OCT 30

| CONTINUATION SHEET | Purchase Request Number: BPG07302040010 | PAGE 2 | OF PAGES 2 |
|---|---|---|---|

PR: 0016122465 PR TOTAL PRICE: $ 380674.59

| ITEM | NSN | | |
|---|---|---|---|
| 0001 | 6150-01-304-5490 | | |
| DESCRIPTION | | QTY | UNIT PRICE |
| CABLE ASSEMBLY,SPEC | | 12 | $ 13126.71 |

| ITEM | NSN | | |
|---|---|---|---|
| 0002 | 6150-01-304-5490 | | |
| DESCRIPTION | | QTY | UNIT PRICE |
| CABLE ASSEMBLY,SPEC | | 17 | $ 13126.71 |

SOURCE LIST:

| CAGE | VENDOR NAME | SIZE | OWNER | TYPE |
|---|---|---|---|---|

*****************************************************************************************

# TAB 2

# INFORMATION TO OFFERORS OR QUOTERS
# SECTION A - COVER SHEET

*Form Approved*
*OMB No. 9000-0002*
*Expires Oct 31, 2004*

The public reporting burden for this collection of information is estimated to average 35 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (9000-0002), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware the notwithstanding any other provision of law, no person will be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM TO THE ADDRESS IN BLOCK 4 BELOW.

| 1. SOLICITATION NUMBER | 2. (X one) | | 3. DATE/TIME RESPONSE DUE |
|---|---|---|---|
| SPM4A6-08-R-0148 | | a. INVITATION FOR BID (IFB) | 2008 FEB 25 2:00 PM |
| | X | b. REQUEST FOR PROPOSAL(RFP) | |
| | | c. REQUEST FOR QUOTATION (RFQ) | |

**INSTRUCTIONS**

**Note:** The provision entitled "Required Central Contractor Registration" applies to most solicitations.

1. If you are not submitting a response, complete the information in Blocks 9 through 11 and return to the issuing office in Block 4 unless a different return address is indicated in Block 7

2. Offerors or quoters must include full, accurate, and complete information in their responses as required by this solicitation (including attachments). "Fill-ins" are provided on Standard Form 18, Standard Form 33, and other solicitation documents. Examine the entire solicitation carefully. The penalty for making false statements in prescribed in 18 U.S.C. 1001.

3. Offerors or quoters must plainly mark their responses with the Solicitation Number and the date and local time for bid opening or receipt of proposals that is in the solicitation document.

4. Information regarding the timeliness of response is addressed in the provision of this solicitation entitled either "Late Submissions, Modifications, and Withdrawals of Bids" or Instructions to Offerors - Competitive Acquisition".

| 4. ISSUING OFFICE (Complete mailing address, including Zip Code) | 5. ITEMS TO BE PURCHASED (Brief description) |
|---|---|
| DEFENSE SUPPLY CENTER RICHMOND<br>AVIATION SUPPLY CHAIN<br>8000 JEFFERSON DAVIS HIGHWAY<br>RICHMOND VA 23297-5770 | 6150-01-304-5490<br>CABLE ASSEMBLY,SPEC |

6. PROCUREMENT INFORMATION (X and complete as applicable)

| | |
|---|---|
| | a. THIS PROCUREMENT IS UNRESTRICTED |
| X | b. THIS PROCUREMENT IS 100 % SET-ASIDE FOR SMALL BUSINESS. THE APPLICABLE NAICS CODE IS: 335931 |
| | c. THIS PROCUREMENT IS ____ % SET-ASIDE FOR HUB ZONE CONCERNS. THE APPLICABLE NAICS CODE IS: |
| | d. THIS PROCUREMENT IS RESTRICTED TO FIRMS ELIGIBLE UNDER SECTION 8(a) OF THE SMALL BUSINESS ACT. |

7. ADDITIONAL INFORMATION

8. POINT OF CONTACT FOR INFORMATION

| a. NAME (Last, First, Middle Initial) | | b. ADDRESS (Include Zip Code) |
|---|---|---|
| Brenda Noe, PARFK41 | | DEFENSE SUPPLY CENTER RICHMOND<br>AVIATION SUPPLY CHAIN<br>8000 JEFFERSON DAVIS HIGHWAY<br>RICHMOND VA 23297-5770 |
| c. TELEPHONE NUMBER *(Include Area Code and Extension)*<br>(804) 279-3006 | d. E-MAIL ADDRESS<br>Brenda.Noe@dla.mil | |

9. REASONS FOR NO RESPONSE (X all that apply)

| | | | |
|---|---|---|---|
| | a. CANNOT COMPLY WITH SPECIFICATIONS | | d. DO NOT REGULARLY MANUFACTURE OR SELL THE TYPE OF ITEMS INVOLVED |
| | b. UNABLE TO IDENTIFY THE ITEM(S) | | e. OTHER (Specify) |
| | c. CANNOT MEET DELIVERY REQUIREMENT | | |

10. MAILING LIST INFORMATION (X one)

WE [ ] DO [ ] DO NOT DESIRE TO BE RETAINED ON THE MAILING LIST FOR FUTURE PROCUREMENT OF THE TYPE INVOLVED.

| 11a. COMPANY NAME | b. ADDRESS (Include Zip Code) |
|---|---|
| | |

c. ACTION OFFICER

| (1) Typed or Printed Name (Last, First, Middle Initial) | (2) Title | (3) Signature | (4) DATE SIGNED (yyyymmdd) |
|---|---|---|---|
| | | | |

DD FORM 1707, FEB 2002 Previous edition is obsolete.

DD FORM 1707 (BACK) FEB 2002

FOLD

FOLD

FROM

AFFIX
STAMP
HERE

| SOLICITATION NUMBER | |
|---|---|
| SPM4A6-08-R-0148 | |
| DATE (YYMMDD) | LOCAL TIME |
| 2008 FEB 25 | 2:00 PM |

TO DEFENSE SUPPLY CENTER RICHMOND
AVIATION SUPPLY CHAIN
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5770

## SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) -> RATING: DOA1 | PAGE 1 OF PAGES 17

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | SPM4A6-08-R-0148 | ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 2008 JAN 23 | 0016122465 |

7. ISSUED BY CODE SPM4A1
DEFENSE SUPPLY CENTER RICHMOND
AVIATION SUPPLY CHAIN
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5770

8. ADDRESS OFFER TO (If other than Item 7)
DEFENSE SUPPLY CENTER RICHMOND
AVIATION SUPPLY CHAIN
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5770

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

### SOLICITATION

9. Sealed offers in original and no copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in Reception Area (Bldg. 33) until 2:00 PM (Hour) local time 2008 FEB 25 (Date)

FAX Number(s): (804)279-4165

CAUTION - LATE Submissions, Modifications, and Withdrawals: Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: ->
A. NAME: Brenda Noe, PARFK41
B. PHONE / FAX (NO COLLECT CALLS): (804) 279-3006 / FAX: (804)279-6009
C. E-MAIL ADDRESS: Brenda.Noe@dla.mil

11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 7 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | 5 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 6 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 11 |
| X | F | DELIVERIES OR PERFORMANCE | 7 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 12 |
| | H | SPECIAL CONTRACT REQUIREMENTS | | X | M | EVALUATION FACTORS FOR AWARD | 15 |

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | CALENDAR DAYS |
|---|---|---|---|---|
| | % | % | % | % |

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated: -> | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE ______ FACILITY ______

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

15B. TELEPHONE NO. (Include area code)

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. ☐

17. SIGNATURE

18. OFFER DATE

15D. FAX NO.

15E. E-MAIL ADDRESS

### AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c) (   ) ☐ 41 U.S.C. 253(c) (   )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) -> ITEM

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER (Type or print)

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 2 | OF PAGES 17 |
|---|---|---|---|

SECTION B

PR: 0016122465
NSN: 6150-01-304-5490

ITEM DESCRIPTION:
CABLE ASSEMBLY, SPECIAL PURPOSE, ELECTRICAL

MIL-STD-130M, DATED 02 DEC 2005.
IDENTIFICATION MARKING OF U.S. MILITARY PROPERTY

1. SAMPLING FOR INSPECTION AND TESTING SHALL BE IAW ANSI/ASQ Z1.4-2003. ANY ALTERNATE PLAN MUST BE APPROVED BY THE PCO. A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS IS REQUIRED.
2. ANY DEFECTIVE ITEM DISCOVERED DURING INSPECTION MAY BE CAUSE FOR REJECTION OF THE ENTIRE CONTRACT QUANTITY.

CRITICAL APPLICATION ITEM

| | | | |
|---|---|---|---|
| SEYER INDUSTRIES, INC. | (19494) | P/N | 74A756214-9FAA |
| MIDCON CABLES LLC | (51880) | P/N | 74A756214-9FAA |
| MCDONNELL DOUGLAS CORPORATION | (76301) | P/N | 74A756214-9FAA |

| CLIN | PR | PRLI | U/I | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 0001 | 0016122465 | 0001 | EA | 12 | $_______ | $_______ |

| NSN | UPC | SIZE | PGC |
|---|---|---|---|
| 6150013045490 | N/A | N/A | N/A |

DELIVER FOB: See Clause
QTY VARIANCE: PLUS See Clause MINUS See Clause
INSP/ACCEP POINT: See Clause

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 3 OF PAGES 17 |
|---|---|---|

SECTION B

PREP FOR DELIVERY:

PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = XX: CUSH/DUNN MAT = XX: CUSH/DUNN THKNESS = X:
UNIT CONT = E9: OPI = O:
INTRMDTE CONT = XX: INTRMDTE CONT QTY = AAA:
PACK CODE = U:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
SPECIAL MARKING CODE: 00 -
PALLETIZATION SHALL BE IN ACCORDANCE WITH MD00100452 REV A
DATED 4090

For all shipments of packaged materiel to the government, which includes either Depot (DLA-Direct) or DVD (Customer-Direct) shipments, both DoD linear and two-dimensional (2D) bar code markings are required on Military Shipping Labels in accordance with MIL-STD-129, Revision P, dated December 15, 2002 (but see DLAD 52.211-9010(D) for exceptions to the requirement for MSL and 2D symbols). See the DLA packaging web site identified in DLAD 52.211-9010(E) for change notices to MIL-STD-129P that apply. 2D bar coding shall be in accordance with ISO/IEC 15438, ISO/IEC 15434 (ANSI MH10.8.3) and DoD 4500.9-R. MSL linear (code 3 of 9 or code 39) bar coding shall be in accordance with ISO/IEC 16388. Shipping label stock quality shall meet MIL-PRF-61002. Bar code print quality shall meet ANSI MH10.8-2000 or ANSI X3.182-1990 (R2000) for applicable 2D and/or linear bar codes. All DVD shipments shall meet additional linear bar coding requirements in DLAD 52.211-9010(C). Except for the Transportation Control Number (TCN), which must always be present on the Military Shipping Label, when the contract/order omits any other data elements as defined in MIL-STD-129P and if the information is not available from the Administrative Contracting Office, then the field is not required as part of the Military Shipping Label and may be left blank. If there are inconsistencies between the schedule and MIL-STD-129P, the schedule takes precedence.

PARCEL POST ADDRESS:

W62G2T
XU DEF DIST DEPOT SAN JOAQUIN
TRANSPORTATION OFFICER
PO BOX 960001
STOCKTON CA 95296-0130
US

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 4 OF PAGES 17 |
|---|---|---|

SECTION B

FREIGHT SHIPPING ADDRESS

W62G2T
XU DEF DIST DEPOT SAN JOAQUIN
25600 S CHRISMAN ROAD
REC WHSE 10 PH 209 839 4307
TRACY CA 95304-5000
US

NON-MILSTRIP
PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| CLIN | PR | PRLI | U/I | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 0002 | 0016122465 | 0002 | EA | 17 | $ | $ |

| NSN | UPC | SIZE | PGC |
|---|---|---|---|
| 6150013045490 | N/A | N/A | N/A |

DELIVER FOB: See Clause
QTY VARIANCE: PLUS See Clause MINUS See Clause
INSP/ACCEP POINT: See Clause

PREP FOR DELIVERY:

PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
MIL-STD-2073 PACKAGING DATA SAME AS PRIOR LINE

PARCEL POST/FREIGHT ADDRESS:

W25G1U
TRANSPORTATION OFFICER
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 134
NEW CUMBERLAND PA 17070-5001
US

NON-MILSTRIP
PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 5 | OF PAGES 17 |
|---|---|---|---|

SECTION B

B47F03 47-3A-9G DSCR FORM P-41 FREIGHT SHIPPING INFORMATION (OCT 1999)

Freight shipping addresses and scheduling instructions, if applicable, are available in the DSCR Aquisition Reference List, Section 3.
http://www.dscr.dla.mil/procurement/mastersol.htm.

SECTION D

D11B03 252.211-7006 RADIO FREQUENCY IDENTIFICATION (FEB 2007) DFARS

(a) Definitions. As used in this clause-
'Advance shipment notice' means an electronic notification used to list the contents of a shipment of goods as well as additional information relating to the shipment, such as order information, product description, physical characteristics, type of packaging, marking, carrier information, and configuration of goods within the transportation equipment.
'Bulk commodities' means the following commodities, when shipped in rail tank cars, tanker trucks, trailers, other bulk wheeled conveyances, or pipelines:
(1) Sand.
(2) Gravel.
(3) Bulk liquids (water, chemicals, or petroleum products).
(4) Ready-mix concrete or similar construction materials.
(5) Coal or combustibles such as firewood.
(6) Agricultural products such as seeds, grains, or animal feed.
'Case' means either a MIL-STD-129 defined exterior container within a palletized unit load or a MIL-STD-129 defined individual shipping container.
'Electronic Product Code: (EPC)' means an identification scheme for universally identifying physical objects via RFID tags and other means. The standardized EPC data consists of an EPC (or EPC identifier) that uniquely identifies an individual object, as well as an optional filter value when judged to be necessary to enable effective and efficient reading of the EPC tags. In addition to this standardized data, certain classes of EPC tags will allow user-defined data. The EPC tag data standards will define the length and position of this data, without defining its content.
'EPCglobal:' means a joint venture between EAN International and the Uniform Code Council to establish and support the EPC network as the global standard for immediate, automatic, and accurate identification of any item in the supply chain of any company, in any industry, anywhere in the world.
'Exterior container' means a MIL-STD-129 defined container, bundle, or assembly that is sufficient by reason of material, design, and construction to protect unit packs and intermediate containers and their contents during shipment and storage. It can be a unit pack or a container with a combination of unit packs or intermediate containers. An exterior container may or may not be used as a shipping container.
'Palletized unit load' means a MIL-STD-129 defined quantity of items, packed or unpacked, arranged on a pallet in a specified manner and secured, strapped, or fastened on the pallet so that the whole palletized load is handled as a single unit. A palletized or skidded load is not considered to be a shipping container. A loaded 463L System pallet is not considered to be a palletized unit load. Refer to the Defense Transportation Regulation, DoD 4500.9-R, Part II, Chapter 203, for marking of 463L System pallets.
'Passive RFID tag' means a tag that reflects energy from the reader/interrogator or that receives and temporarily stores a small amount of energy from the reader/interrogator signal in order to generate the tag response.
(1) Until February 28, 2007, the acceptable tags are-
(i) EPC Class 0 passive RFID tags that meet the EPCglobal Class 0 specification; and
(ii) EPC Class 1 passive RFID tags that meet the EPCglobal Class 1 specification. This includes both the Generation 1 and Generation 2 Class 1 specifications.
(2) Beginning March 1, 2007, the only acceptable tags are EPC Class 1 passive RFID tags that meet the EPCglobal Class 1 Generation 2 specification. Class 0 and Class 1 Generation 1 tags will no longer be accepted after February 28, 2007.
'Radio Frequency Identification (RFID)' means an automatic identification and data capture technology comprising one or more reader/interrogators and one or more radio frequency transponders in which data transfer is achieved by means of suitably modulated inductive or radiating electromagnetic carriers.
'Shipping container' means a MIL-STD-129 defined exterior container that meets carrier regulations and is of sufficient strength, by reason of material, design, and construction, to be shipped safely without further packing (e.g., wooden boxes or crates, fiber and metal drums, and corrugated and solid fiberboard boxes).
(b)(1) Except as provided in paragraph (b)(2) of this clause, the Contractor shall affix passive RFID tags, at the case and palletized unit load packaging levels, for shipments of items that-
(i) Are in any of the following classes of supply, as defined in DoD 4140.1-R, DoD Supply Chain Materiel Management Regulation, AP1.1.11:
(A) Subclass of Class I - Packaged operational rations.
(B) Class II - Clothing, individual equipment, tentage, organizational tool kits, hand tools, and administrative and housekeeping supplies and equipment.
(C) Class III - Packaged petroleum, lubricants, oils, preservatives, chemicals, and additives.
(D) Class IV - Construction and barrier materials.
(E) Class VI - Personal demand items (non-military sales items).
(F) Subclass of Class VIII - Medical materials (excluding pharmaceuticals, biologicals, and reagents - suppliers should limit the mixing of excluded and non-excluded materials).
(G) Class IX - Repair parts and components including kits, assemblies and subassemblies, reparable and consumable items required for maintenance support of all equipment, excluding medical-peculiar repair parts; and
(ii) Are being shipped to any of the following locations:
(A) Defense Distribution Depot, Susquehanna, PA: DoDAAC W25G1U or SW3124.
(B) Defense Distribution Depot, San Joaquin, CA: DoDAAC W62G2T or SW3224.
(C) Defense Distribution Depot, Albany, GA: DoDAAC SW3121.
(D) Defense Distribution Depot, Anniston, AL: DoDAAC W31G1Z or SW3120.
(E) Defense Distribution Depot, Barstow, CA: DoDAAC SW3215.
(F) Defense Distribution Depot, Cherry Point, NC: DoDAAC SW3113.
(G) Defense Distribution Depot, Columbus, OH: DoDAAC SW0700.
(H) Defense Distribution Depot, Corpus Christi, TX: DoDAAC W45H08 or SW3222.
(I) Defense Distribution Depot, Hill, UT: DoDAAC SW3210.
(J) Defense Distribution Depot, Jacksonville, FL: DoDAAC SW3122.
(K) Defense Distribution Depot, Oklahoma City, OK: DoDAAC SW3211.
(L) Defense Distribution Depot, Norfolk, VA: DoDAAC SW3117.
(M) Defense Distribution Depot, Puget Sound, WA: DoDAAC SW3216.
(N) Defense Distribution Depot, Red River, TX: DoDAAC W45G19 or SW3227.
(O) Defense Distribution Depot, Richmond, VA: DoDAAC SW0400.
(P) Defense Distribution Depot, San Diego, CA: DoDAAC SW3218.
(Q) Defense Distribution Depot, Tobyhanna, PA: DoDAAC W25G1W or SW3114.
(R) Defense Distribution Depot, Warner Robins, GA: DoDAAC SW3119.
(S) Air Mobility Command Terminal, Charleston Air Force Base, Charleston, SC: Air Terminal Identifier Code CHS.
(T) Air Mobility Command Terminal, Naval Air Station, Norfolk, VA: Air Terminal Identifier Code NGU.
(U) Air Mobility Command Terminal, Travis Air Force Base, Fairfield, CA: Air Terminal Identifier Code SUU.
(V) A location outside the contiguous United States when the shipment has been assigned Transportation Priority 1.
(2) The following are excluded from the requirements of paragraph (b)(1) of this clause:
(i) Shipments of bulk commodities.
(ii) Shipments to locations other than Defense Distribution Depots when the contract includes the clause at FAR 52.213-1, Fast Payment Procedures.
(c) The Contractor shall-
(1) Ensure that the data encoded on each passive RFID tag are unique (i.e., the binary number is never repeated on any and all contracts) and conforms to the requirements in paragraph (d) of this clause;
(2) Use passive tags that are readable; and
(3) Ensure that the passive tag is affixed at the appropriate location on the specific level of packaging, in accordance with MIL-STD-129 (Section 4.9.2) tag placement specifications.

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 6 | OF PAGES 17 |
|---|---|---|---|

(d) Data syntax and standards. The Contractor shall encode an approved RFID tag using the instructions provided in the EPC: Tag Data Standards in effect at the time of contract award. The EPC: Tag Data Standards are available at http://www.epcglobalinc.org/standards/.
(1) If the Contractor is an EPCglobal: subscriber and possesses a unique EPC: company prefix, the Contractor may use any of the identity types and encoding instructions described in the most recent EPC: Tag Data Standards document to encode tags.
(2) If the Contractor chooses to employ the DoD Identity Type, the Contractor shall use its previously assigned Commercial and Government Entity (CAGE) Code and shall encode the tags in accordance with the tag identity type details located at http://www.acq.osd.mil/log/rfid/tag_data.htm. If the Contractor uses a third party packaging house to encode its tags, the CAGE code of the third party packaging house is acceptable.
(3) Regardless of the selected encoding scheme, the Contractor is responsible for ensuring that each tag contains a globally unique identifier.
(e) Receiving report. The Contractor shall electronically submit advance shipment notice(s) with the RFID tag identification (specified in paragraph (d) of this clause) in advance of the shipment in accordance with the procedures at http://www.acq.osd.mil/log/rfid/advance_shipment_ntc.htm.

**D11C02 52.211-9010 SHIPPING LABEL REQUIREMENTS - MIL-STD-129P (MAY 2006) DLAD**

**D11C03 52.211-9010 SHIPPING LABEL REQUIREMENTS - MIL-STD-129P (MAY 2006) ALT I (AUG 2005)**

**D11F39 52.211-9G73 PACKAGING AND MARKING REQUIREMENTS (MAR 2004) DSCR**

(a) Unless stated otherwise, commercial packaging in accordance with ASTM-D-3951 is required for CONUS shipments from the contractor directly to the customer. Commercial packaging and marking is not sufficient for vendor shipments requiring movement through the Defense Transportation System (also referred to as the Military Distribution System or DLA Depot) as the shipment could ultimately be moved via Military Air.

(b) Higher level packaging in accordance with MIL-STD-2073 is mandatory for all shipments that meet the below criteria:

Movement through the Defense Transportation System including shipments to a Military Distribution facility or depot.
OCONUS shipments
FMS shipments
Hazardous material, as cited in the AID or in the Quality Requirements Matrix.

(c) Materials not considered as HAZMAT for CONUS or OCONUS commercial air shipments may be considered HAZMAT for MILAIR shipments OCONUS. As such, contractors/shippers shall ensure that material meeting HAZMAT definitions in DLAI 4145.3, Preparing Hazardous Materials for Military Air Shipment, is packaged in accordance with that instruction when the consignee is OCONUS and the shipment will be moved through the Defense Transportation System. DLAI 4145.3 is available on the internet at: www.dscc.dla.mil/downloads/packaging/dlai4145_3.pdf.

(d) All items shall be marked in accordance with MIL-STD-129. Hazardous items and shelf life items, as cited in the AID or in the Quality Requirements Matrix, shall be marked in accordance with MIL-STD-129 and the appropriate clauses cited in the appendix to the matrix and the contract. The contractor is required to package material in accordance with Quantity Unit Pack (QUP), specified in MIL-STD-2073 and the Unit of Issue (UI), specified in each delivery order. A packing slip shall be located in a plastic pouch on the outside of the package. For HAZMAT destined OCONUS, a hard copy of the Material Safety Data Sheet (MSDS) must also be included.

(e) In the event of deployments, this clause may be invoked when shipments originally destined for a CONUS location are diverted to OCONUS destinations thereby necessitating movement of the material through the Defense Transportation System. In such an event, contractors will be notified by the Contracting Officer and an equitable adjustment will be made in the contract price as deemed appropriate.

NOTE: Applicable to negotiated solicitations. Offers that do not comply with the packaging and marking requirements as specified in Section D of this solicitation may be subject to rejection as being technically unacceptable.

**D47C01 52.247-9012 REQUIREMENTS FOR TREATMENT OF WOOD PACKAGING MATERIAL (WPM) (FEB 2007) DLAD**

(a) THIS CLAUSE ONLY APPLIES WHEN WOOD PACKAGING MATERIAL (WPM) WILL BE USED TO MAKE SHIPMENTS UNDER THIS CONTRACT AND/OR WHEN WPM IS BEING ACQUIRED UNDER THIS CONTRACT.
(b) Definition.
Wood packaging material (WPM) means wood pallets, skids, load boards, pallet collars, wooden boxes, reels, dunnage, crates, frame and cleats. The definition excludes materials that have undergone a manufacturing process, such as corrugated fiberboard, plywood, particleboard, veneer, and oriented strand board (OSD).
(c) All Wood Packaging Material (WPM) used to make shipments under DOD contracts and/or acquired by DOD must meet requirements of International Standards for Phytosanitary Measures (ISPM) 15, 'Guidelines for Regulating Wood Packaging Materials in International Trade.' DOD shipments inside and outside of the United States must meet ISPM 15 whenever WPM is used to ship DOD cargo.
(1) All WPM shall comply with the official quality control program for heat treatment (HT) or kiln dried heat treatment (KD HT) in accordance with American Lumber Standard Committee, Incorporated (ALSC) Wood Packaging Material Program and WPM Enforcement Regulations (see http://www.alsc.org/).
(2) All WPM shall include certification/quality markings in accordance with the ALSC standard. Markings shall be placed in an unobstructed area that will be readily visible to inspectors. Pallet markings shall be applied to the stringer or block on diagonally opposite sides of the pallet and be contrasting and clearly visible. All containers shall be marked on a side other than the top or bottom, contrasting and clearly visible. All dunnage used in configuring and/or securing the load shall also comply with ISPM 15 and be marked with an ASLC approved DUNNAGE stamp.
(d) Failure to comply with the requirements of this restriction may result in refusal, destruction, or treatment of materials at the point of entry. The Agency reserves the right to recoup from the Contractor any remediation costs incurred by the Government.

**SECTION E**

**E46A02 52.246-2 INSPECTION OF SUPPLIES--FIXED-PRICE (AUG 1996) FAR**

**E46A18 52.246-16 RESPONSIBILITY FOR SUPPLIES (APR 1984) FAR**

**E46B01 252.246-7000 MATERIAL INSPECTION AND RECEIVING REPORT (MAR 2003) DFARS**

**E46F02 46-8A-9G DSCR NOTE TO CLAUSE 252.246-7000 MATERIAL INSPECTION AND RECEIVING REPORT (MAR 2003)**

DSCR NOTES:

In addition to the distribution required in DFARS Appendix F, Tables 1 and 2, a copy of the Material Inspection and Receiving Report is required to the following address:

[x] Defense Supply Center,Richmond 1 CY
8000 Jefferson Davis Highway
Directorate of Business Operations
ATTN: Inventory Control Manager
Richmond, VA 23297-5862

[ ] OTHER: NO. CY(s)

Payment will not be made until a completed Material Inspection and Receiving Report, DD Form 250, is received By the Government. The form shall reflect that a duly authorized Government representative has inspected and accepted the supplies or has otherwise authorized acceptance.

WHEN ORIGIN INSPECTION AND ACCEPTANCE IS SPECIFIED IN THE AWARD, the form shall reflect the signature of a Government Quality Assurance Representative (QAR).

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 7 OF PAGES 17 |
|---|---|---|

WHEN ORIGIN INSPECTION AND DESTINATION ACCEPTANCE IS SPECIFIED IN THE AWARD, the form shall reflect the signatures of both the Government Quality Assurance Representative and the Government consignee's representative.

WHEN DESTINATION INSPECTION AND ACCEPTANCE IS SPECIFIED IN THE AWARD, the form shall reflect the signature of the Government consignee's representative.

EXCEPTION: If the award is for an Indefinite Delivery Contract citing FAR Clause 52.213-1, Fast Payment Procedure, in Section I, the contractor has the option of including on the invoice the information specified in FAR 52.213-1, paragraph (c)(3), rather than submitting a DD Form 250. This option applies only to those delivery orders that specify Fast Pay.

When the DD Form 250, Material Inspection and Receiving Report, is submitted via Wide Area Workflow (WAWF-RA), The contractor is still required to provide a copy of The DD Form 250 in the material shipment itself.

DD Forms 250 are available at: http://www.dtic.mil/whs/directives/infomgt/forms/formsprogram.htm.

DSCR (APR 2004)

E46F33 52.246-9G16 INSPECTION AND ACCEPTANCE POINT (FEB 1996) DSCR

Inspection point: [x] Destination [ ] Origin

Acceptance point: [x] Destination [ ] Origin

[ ] Inspection and Acceptance will take place at:

Origin - First Shipment Only
Destination - Subsequent Shipments

SECTION F

F11A06 52.211-16 VARIATION IN QUANTITY (APR 1984) FAR

(b) The permissible variation shall be limited to:

00 % (Percent) Increase 00 % (Percent) Decrease

This increase or decrease shall apply to the quantity at the line item level, or for phased delivery at the sub-clin level, as designated by item number followed by two alphas, i.e. 0001AA. The variation (if any) shall be shipped with the quantity for the line item, or for phased delivery the quantity specified for each sub-clin. Under no circumstances will the contractor ship a variation in quantity against any line item/sub-clin other than as specified in the delivery schedule.

F11A07 52.211-17 DELIVERY OF EXCESS QUANTITIES (SEP 1989) FAR

F11F41 52.211-9G52 TIME OF DELIVERY (JAN 1998) DSCR

(a) Delivery is required to be made in accordance with the following schedule:

| ITEM NO. | QUANTITY | TIME OF DELIVERY: FOB ORIGIN ON OR BEFORE | TIME OF DELIVERY: FOB DESTINATION ON OR BEFORE |
|---|---|---|---|
| 0001 | 29 | n/a | 218 days ARO |

(b) The foregoing delivery requirements are based on the assumption that the Government will make award by n/a . Each delivery date in the delivery schedule set forth herein will be extended by the number of calendar days after the above date that the contract is in fact awarded. Attention is directed to Provision 52.214-10 or 52.215-1, Section L, as applicable to the solicitation, which provides that a written award mailed or otherwise furnished to the successful offeror results in a binding contract. Therefore, in computing the available time for performance, the offeror should take into consideration the time required for notice of award to arrive through the ordinary mails.

(c) If award is made for less than the total quantity of any item or sub-item, pro rata delivery based on the applicable delivery schedule will be required except when a single delivery is called for.

F11F42 52.211-9G52 TIME OF DELIVERY ALT I (APR 2004) DSCR

F42A02 52.242-15 STOP-WORK ORDER (AUG 1989) FAR

F42A05 52.242-17 GOVERNMENT DELAY OF WORK (APR 1984) FAR

F47A03 52.247-34 F.O.B. DESTINATION (NOV 1991) FAR

F47A10 52.247-58 LOADING, BLOCKING, AND BRACING OF FREIGHT CAR SHIPMENTS (APR 1984) FAR

F47F38 52.247-9G11 MANUFACTURER'S LOADING PRACTICES (JAN 1996) DSCR

SECTION I

I02A01 52.202-1 DEFINITIONS (JUL 2004) FAR

I03A01 52.203-3 GRATUITIES (APR 1984) FAR

I03A02 52.203-5 COVENANT AGAINST CONTINGENT FEES (APR 1984) FAR

I03A03 52.203-6 RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (SEP 2006) FAR

I03A05 52.203-7 ANTI-KICKBACK PROCEDURES (JUL 1995) FAR

I03A06 52.203-8 CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) FAR

I03A07 52.203-10 PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) FAR

I03A08 52.203-12 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (SEP 2007) FAR

I03B01 252.203-7001 PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES (DEC 2004) DFARS

I04A04 52.204-4 PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000) FAR

I04A05 52.204-7 CENTRAL CONTRACT REGISTRATION (JUL 2006) FAR

I04B03 252.204-7003 CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992) DFARS

I04B04 252.204-7004 ALTERNATE A, CENTRAL CONTRACTOR REGISTRATION (SEP 2007) DFARS

I08F30 52.208-9G01 NOTIFICATION TO GOVERNMENT OF CONTEMPLATED PRODUCTION PHASEOUT (NOV 2006) DSCR

I09A08 52.209-6 PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (SEP 2006) FAR

I09B02 252.209-7004 SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A TERRORIST COUNTRY (DEC 2006) DFARS

I11A01 52.211-5 MATERIAL REQUIREMENTS (AUG 2000) FAR

I11B01 252.211-7005 SUBSTITUTIONS FOR MILITARY OR FEDERAL SPECIFICATIONS AND STANDARDS (NOV 2005) DFARS

SPI Process: ______________________ (Vendor Fill-in)

Facility: ______________________

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 8 | OF PAGES 17 |
|---|---|---|---|

Military or Federal Specification or Standard: ____ (Vendor Fill-in)

____ (Vendor Fill-in)

Affected Contract Line Item Number, Subline Item Number, Component, or Element:

____ (Vendor Fill-in)

I11C01 52.211-9000 GOVERNMENT SURPLUS MATERIAL (APR 2002) DLAD

***

(c) With respect to the surplus material being offered, the Offeror represents that:
(1) The material is new, unused, and not of such age or so deteriorated as to impair its usefulness or safety.
( ) Yes ( ) No (Vendor Fill-in). The material conforms to the technical requirements cited in the solicitation (e.g., Contractor and Government Entity (CAGE) code and part number, specification, etc.).
( ) Yes ( ) No (Vendor Fill-in). The material conforms to the revision letter/number, if any is cited.
( ) Yes ( ) No ( ) Unknown (Vendor Fill-in)
If no, the revision offered does not affect form, fit, function, or interface. ( ) Yes ( ) No
( ) Unknown. The material was manufactured by:
Name ____ (Vendor Fill-in)
Address ____ (Vendor Fill-in)
____ (Vendor Fill-in)

(2) The Offeror currently possesses the material.
( ) Yes ( ) No. If no, the Offeror must attach or forward to the Contracting Officer an explanation as to how the offered quantities will be secured. If yes, the Offeror purchased the material from a Government selling agency or other source.
( ) Yes ( ) No. If yes, provide the information below:
Government Selling Agency ____ (Vendor Fill-in)
Contract Number ____ (Vendor Fill-in)
Contract Date (Month/Year) ____ (Vendor Fill-in)
Other Source ____ (Vendor Fill-in)
Address ____ (Vendor Fill-in)
Date Acquired (Month/Year) ____ (Vendor Fill-in)

(3) The material has been altered or modified.
( ) Yes ( ) No (Vendor Fill-in)
If yes, the Offeror must attach or forward to the Contracting Officer a complete description of the alterations or modifications.

(4) The material has been reconditioned. ( ) Yes
( ) No. (Vendor Fill-in). If yes, (i) the price offered includes the cost of reconditioning/refurbishment. ( ) Yes ( ) No (Vendor Fill-in); and (ii) the Offeror must attach or forward to the Contracting Officer a complete description of any work done or to be done, including the components to be replaced and the applicable rebuild standard.
The material contains cure-dated components. ( ) Yes
( ) No (Vendor Fill-in). If yes, the price includes replacement of cure-dated components. ( ) Yes ( ) No (Vendor Fill-in)

(5) The material has data plates attached. ( ) Yes
( ) No (Vendor Fill-in). If yes, the Offeror must state below all information contained thereon, or forward a copy or facsimile of the data plate to the Contracting Officer.

(6) The offered material is in its original package.
( ) Yes ( ) No (Vendor Fill-in). (If yes, the Offeror has stated below all original markings and data cited on the package; or has attached or forwarded to the Contracting Officer a copy or facsimile of original package markings.)
Contract Number ____ (Vendor Fill-in)
NSN ____ (Vendor Fill-in)
Cage Code ____ (Vendor Fill-in)
Part Number ____ (Vendor Fill-in)
Other Markings/Data ____ (Vendor Fill-in)

(7) The Offeror has supplied this same material (National Stock Number) to the Government before. ( ) Yes ( ) No (Vendor Fill-in). If yes, (i) the material being offered is from the same original Government contract number as that provided previously. ( ) Yes ( ) No; and (ii) state below the Government Agency and contract number under which the material was previously provided:
AgencyContract Number ____ (Vendor Fill-in)

(8) The material is manufactured in accordance with a specification or drawing. ( ) Yes ( ) No. If yes, (i) the specification/drawing is in the possession of the Offeror. ( ) Yes ( ) No (Vendor Fill-in); and (ii) the Offeror has stated the applicable information below, or forwarded a copy or facsimile to the Contracting Officer.
( ) Yes ( ) No (Vendor Fill-in)
Specification/Drawing Number ____ (Vendor Fill-in)
Revision (if any) ____ (Vendor Fill-in)
Date ____ (Vendor Fill-in)

(9) The material has been inspected for correct part number and for absence of corrosion or any obvious defects.
( ) Yes ( ) No. If yes,
(i) Material has been re-preserved. ( ) Yes ( ) No (Vendor Fill-in); (ii) Material has been repackaged.
( ) Yes ( ) No (Vendor Fill-in);
(iii) Percentage of material that has been inspected is %____(Vendor Fill-in) and/or number of items inspected is ____ (Vendor Fill-in); and
(iv) a written report was prepared. ( ) Yes ( ) No (Vendor Fill-in). If yes, the Offeror has attached it or forwarded it to the Contracting Officer. ( ) Yes ( ) No (Vendor Fill-in)

(d) The Offeror agrees that in the event of award and notwithstanding the provisions of the solicitation, inspection and acceptance of the surplus material will be performed at source or destination subject to all applicable provisions for source or destination inspection.

(e) The Offeror has attached or forwarded to the Contracting Officer one of the following, to demonstrate that the material being offered was previously owned by the Government (Offeror check which one applies):
( ) (Vendor Fill-in) For national or local sales, conducted by sealed bid, spot bid or auction methods, a solicitation/Invitation For Bid and corresponding DRMS Form 1427, Notice of Award, Statement and Release Document.
( ) (Vendor Fill-in) For DRMS Commercial Venture (CV) Sales, the shipment receipt/delivery pass document and invoices/receipts used by the original purchaser to resell the material.
( ) (Vendor Fill-in) For DRMS Recycling Control Point (RCP) term sales, the statement of account or billing document.
( ) (Vendor Fill-in) For property sold under the exchange or sale regulation, conducted by sealed bid, auction or retail methods, a solicitation/Invitation for Bid and corresponding DRMS Form 1427.
( ) (Vendor Fill-in) When the above documents are not available, or if they do not identify the specific NSN being acquired, a copy or facsimile of all original package markings and data, including NSN, Commercial and Government Entity (CAGE) code and part number, and original contract number. (This information has already been provided in paragraph (c)(6) of this clause. ( ) Yes ( ) No.
( ) (Vendor Fill-in) When none of the above are available, other information to demonstrate that the offered material was previously owned by the Government. Describe and/or attach.

____ (Vendor Fill-in)

____ Vendor Fill-in)

(f) This clause only applies to offers of Government surplus material. Offers of commercial surplus, manufacturer's overruns, residual inventory resulting from terminated Government contracts, and any other material that meets the technical requirements in the solicitation but was not previously owned by the Government will be evaluated in accordance with the provision at 52.217-9002.

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 9 | OF PAGES 17 |
|---|---|---|---|

**I11C02 52.211-9002 PRIORITY RATING (MAR 2000) DLAD**

**I11C08 52.211-9014 CONTRACTOR RETENTION OF TRACEABILITY DOCUMENTATION (FEB 2006) DLAD**

**I11F01 11-20-9G DSCR NOTE TO 52.211-9000 GOVERNMENT SURPLUS MATERIAL (JUL 2002)**

For electronic quotes, if the information requested by Clause 52.211-9000 (Section I) cannot be submitted with your offer, it must be submitted off-line to the contracting officer prior to the solicitation closing date.

Awards citing origin inspection that authorize the furnishing of surplus material will contain a Quality Assurance Provision (QAP) S01 in lieu of the QAP (if any) specified in this solicitation. If destination inspection will apply to the award, the QAP cited in the purchase order text will apply.

A copy of surplus QAP S01 is available on the DSCR Acquisition Reference List, Section 2
http://www.dscr.dla.mil/userweb/dscrbat/qaps.htm.
DSCR (SEP 2007)

**I15A01 52.215-2 AUDIT AND RECORDS NEGOTIATION (JUN 1999) FAR**

**I15A05 52.215-8 ORDER OF PRECEDENCE -- UNIFORM CONTRACT FORMAT (OCT 1997) FAR**

**I15A10 52.215-14 INTEGRITY OF UNIT PRICES (OCT 1997) FAR**

**I15A11 52.215-14 INTEGRITY OF UNIT PRICES (OCT 1997) ALT I (OCT 1997) FAR**

**I19A06 52.219-6 NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE (JUN 2003) FAR**

**I19A10 52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS (MAY 2004) FAR**

**I19A17 52.219-14 LIMITATIONS ON SUBCONTRACTING (DEC 1996) FAR**

**I19A31 52.219-28 POST-AWARD SMALL BUSINESS PROGRAM REREPRESENTATION (JUN 2007) FAR**

***

(g) If the Contractor does not have representations and certifications in ORCA, or does not have a representation in ORCA for the NAICS code applicable to this contract, the Contractor is required to complete the following rerepresentation and submit it to the contracting office, along with the contract number and the date on which the rerepresentation was completed:

The Contractor represents that it ( ) is ( ) is not a small business concern under NAICS Code assigned to contract number
Contractor to sign and date and insert authorized signer's name and title:

Signature:____________________ (Vendor Fill-in)

Date:____________________ (Vendor Fill-in)

Title:____________________ (vendor Fill-in)

**I22A15 52.222-19 CHILD LABOR-COOPERATION WITH AUTHORITIES AND REMEDIES (AUG 2007) FAR**

**I22A16 52.222-20 WALSH-HEALEY PUBLIC CONTRACTS ACT (DEC 1996) FAR**

**I22A17 52.222-21 PROHIBITION OF SEGREGATED FACILITIES (FEB 1999) FAR**

**I22A18 52.222-26 EQUAL OPPORTUNITY (MAR 2007) FAR**

**I22A22 52.222-35 EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (SEP 2006)**

**I22A24 52.222-36 AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998) FAR**

**I22A26 52.222-37 EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (SEP 2006) FAR**

**I22A34 52.222-39 NOTIFICATION OF EMPLOYEE RIGHTS CONCERNING PAYMENT OF UNION DUES OR FEES (DEC 2004) FAR**

**I22A35 52.225-50 COMBATING TRAFFICKING IN PERSONS (AUG 2007) FAR**

**I23A04 52.223-6 DRUG-FREE WORKPLACE (MAY 2001) FAR**

**I23B03 252.223-7004 DRUG-FREE WORK FORCE (SEP 1988) DFARS**

**I25A04 52.225-13 RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (FEB 2006) FAR**

**I25B05 252.225-7012 PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (JAN 2007) DFARS**

(a) Definitions. As used in this clause--
(1) 'Component' means any item supplied to the Government as part of an end product or of another component.
(2) 'End product' means supplies delivered under a line item of this contract.
(3) 'United States' means the 50 States, the District of Columbia, and outlying areas.
(4) 'U.S.-flag vessel' means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.
(b) The Contractor shall deliver under this contract only such of the following items, either as end products or components, that have been grown, reprocessed, reused, or produced in the United States:
(1) Food.
(2) Clothing and the materials and components thereof, other than sensors, electronics, or other items added to, and not normally associated with, clothing and the materials and components thereof. Clothing includes items such as outerwear, headwear, underwear, nightwear, footwear, hosiery, handwear, belts, badges, and insignia.
(3) Tents, tarpaulins, or covers.
(4) Cotton and other natural fiber products.
(5) Woven silk or woven silk blends.
(6) Spun silk yarn for cartridge cloth.
(7) Synthetic fabric, and coated synthetic fabric, including all textile fibers and yarns that are for use in such fabrics.
(8) Canvas products.
(9) Wool (whether in the form of fiber or yarn or contained in fabrics, materials, or manufactured articles).
(10) Any item of individual equipment (Federal Supply Class 8465) manufactured from or containing fibers, yarns, fabrics, or materials listed in this paragraph (b).
(c) This clause does not apply:
(1) To items listed in section 25.104(a) of the Federal Acquisition Regulation (FAR), or other items for which the Government has determined that a satisfactory quality and sufficient quantity cannot be acquired as and when needed at U.S. market prices;
(2) To end products incidentally incorporating cotton, other natural fibers, or wool, for which the estimated value of the cotton, other natural fibers, or wool--
(i) Is not more than 10 percent of the total price of the end product; and
(ii) Does not exceed the simplified acquisition threshold in FAR Part 2;
(3) To waste and byproducts of cotton or wool fiber for use in the production of propellants and explosives;
(4) To foods, other than fish, shellfish, or seafood, that have been manufactured or processed in the United States, regardless of where the foods (and any component if applicable) were grown or produced. Fish, shellfish, or seafood manufactured or processed in the United States and fish, shellfish, or seafood contained in foods manufactured or processed in the United States shall be provided in accordance with paragraph (d) of this clause;
(5) To chemical warfare protective clothing produced in the countries listed in subsection 225.872-1 of the Defense FAR Supplement; or
(6) To fibers and yarns that are for use in synthetic fabric or coated synthetic fabric (but does apply to the synthetic or coated synthetic fabric itself), if:
(i) The fabric is to be used as a component of an end product that is not a textile product. Examples of textile products, made in whole or in part of fabric, include:
(A) Draperies, floor coverings, furnishings, and bedding

CONTINUED ON NEXT PAGE