| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 10 | OF PAGES 17 |
|---|---|---|---|

(Federal Supply Group 72, Household and Commercial Furnishings and Appliances);
(B) Items made in whole or in part of fabric in Federal Supply Group 83,textile/leather/furs/apparel/findings/tents/flags, or Federal Supply Group 84, Clothing, Individual Equipment and Insignia;
(C) Upholstered seats (whether for household, office, or other use); and
(D) Parachutes (Federal Supply Class 1670); or
(ii) The fibers and yarns are para-aramid fibers and yarns manufactured in the Netherlands.
(d)(1) Fish, shellfish, and seafood delivered under this contract, or contained in foods delivered under this contract:
(i) Shall be taken from the sea by U.S.-flag vessels; or
(ii) If not taken from the sea, shall be obtained from fishing within the United States; and
(2) Any processing or manufacturing of the fish, shellfish, or seafood shall be performed on a U.S.-flag vessel or in the United States.

I25B06 252.225-7013 DUTY-FREE ENTRY (OCT 2006) DFARS

I25B08 252.225-7014 PREFERENCE FOR DOMESTIC SPECIALTY METALS ALT I (DEVIATION 2007-O0011) OCT 2007 DFARS

(a) Definitions. As used in this clause-
(1) 'Commercially available off-the-shelf item' --
(i) Means any item of supply, including any component, that is -
(A) A commercial item (as defined in FAR 2.101);
(B) Sold in substantial quantities in the commercial marketplace; and
(C) Offered to the Government, without modification, in the same form in which it is sold in the commercial marketplace: and
(ii) Does not include bulk cargo, as defined in section 3 of the Shipping Act of 1984 (46 U.S.C. App. 1702, such as agricultural products and petroleum products.
(2) 'Electronic component' means an item that operates by controlling the flow of electrons or other electrically charged particles in circuits, using interconnections of electrical devices such as resistors, inductors, capacitors, diodes, switches, transistors, or integrated circuits. An item can be an 'electronic component' regardless of the tier of the end product at which it is installed.
(3) 'End product' means supplies delivered under a line item of this contract.
(4) 'Qualifying country' means any country listed in subsection 225.872-1 of the Defense Federal Acquisition Regulation Supplement.
(5) 'Specialty metals' means any of the following:
(i) Steel-
(A) With a maximum alloy content exceeding one or more of the following limits: manganese, 1.65 percent; silicon, 0.60 percent; or copper, 0.60 percent; or
(B) Containing more than 0.25 percent of any of the following elements: aluminum, chromium, cobalt, columbium, molybdenum, nickel, titanium, tungsten, or vanadium;
(ii) Metal alloys consisting of nickel, iron-nickel, and cobalt base alloys containing a total of other alloying metals (except iron) in excess of 10 percent;
(iii) Titanium and titanium alloys.
(iv) Zirconium and zirconium base alloys.
(b) Any specialty metals incorporated in articles delivered under this contract shall be melted or produced in the United States or its outlying areas.
(c) This clause does not apply to specialty metals-
(1) Melted in a qualifying country or incorporated in an article manufactured in a qualifying country
(2) Contained in commercially available off-the-shelf items, acquired either as end items or components; or
(3) Incorporated in a commercially available electronic component, if the value of the specialty metal content in the electronic component does not exceed 10 percent of the overall value of the lowest level electronic component, containing specialty metal, that is -
(i) Produced by the Contractor; or
(ii) If the Contractor does not produce the electronic component, produced by the subcontractor from which the electronic component was acquired.
(d) The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts for items containing specialty metals.

I27A01 52.227-1 AUTHORIZATION AND CONSENT (DEC 2007) FAR

I27A04 52.227-2 NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (DEC 2007) FAR

I29A02 52.229-3 FEDERAL, STATE, AND LOCAL TAXES (APR 2003) FAR

I31B01 252.231-7000 SUPPLEMENTAL COST PRINCIPLES (DEC 1991) DFARS

I32A01 52.232-1 PAYMENTS (APR 1984) FAR

I32A06 52.232-8 DISCOUNTS FOR PROMPT PAYMENT (FEB 2002) FAR

I32A08 52.232-11 EXTRAS (APR 1984) FAR

I32A13 52.232-17 INTEREST (JUN 1996) FAR

I32A19 52.232-23 ASSIGNMENT OF CLAIMS (JAN 1986) FAR
I32A22 52.232-25 PROMPT PAYMENT (OCT 2003) FAR

I32A28 52.232-33 PAYMENT BY ELECTRONIC FUNDS TRANSFER--CENTRAL CONTRACTOR REGISTRATION (OCT 2003) FAR

I32B02 252.232-7003 ELECTRONIC SUBMISSION OF PAYMENT REQUESTS (MAR 2007) DFARS

I32B10 252.232-7010 LEVIES ON CONTRACT PAYMENTS DFARS (DEC 2006)

I33A01 52.233-1 DISPUTES (JUL 2002) FAR

I33A03 52.233-3 PROTEST AFTER AWARD (AUG 1996) FAR

I33A05 52.233-4 APPLICABLE LAW FOR BREACH OF CONTRACT (OCT 2004) FAR

I33C01 52.233-9001 DISPUTES: AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION (JUN 2001) DLAD

(c) If you wish to opt out of this clause, check here ( ) (Vendor Fill-in).

I33F01 33-1A-9G DSCR NOTE TO 52.233-1 DISPUTES (JUL 2002) DSCR

DSCR NOTE:

DSCR has in place a process to mediate two types of contract disputes: (1) contract claims filed pursuant to the Contract Disputes Act of 1978, as amended, 41 U.S.C. 601-613, (CDA), prior to issuance of a final decision by the contracting officer, that arise as a result of either a contractor or government claim, except for proposed Terminations for Default, and (2) other contract disputes, resulting from an issue in controversy, that the contracting officer determines suitable for mediation. Mediation involves a neutral, called a mediator, who assists both parties as they try to resolve their dispute voluntarily and produce a solution that is acceptable and beneficial to both. After unassisted negotiations over an issue in controversy have proven ineffective in either situation, the contracting officer will contact the contractor seeking to resolve the dispute through mediation. In either situation, a contractor's decision not to engage in mediation shall be conveyed in writing to the contracting officer.

Mediation undertaken pursuant to this process does not waive the statutory time limitations of the CDA, within which a contracting officer must issue a final decision on a claim filed pursuant to the CDA, as expressed in FAR Clause 52.233-1, Disputes, paragraph (e). If mediation is unsuccessful, the parties retain their existing rights under the CDA. (99140)

I39C01 52.239-9000 Y2K COMPLIANCE NOTICE (JUN 2002) DLAD

I42A08 52.242-13 BANKRUPTCY (JUL 1995) FAR

I43A01 52.243-1 CHANGES -- FIXED PRICE (AUG 1987) FAR

I43B01 252.243-7001 PRICING OF CONTRACT MODIFICATIONS (DEC 1991) DFARS

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 11 | OF PAGES 17 |
|---|---|---|---|

I43B02 252.243-7002 REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998) DFARS

I44A05 52.244-6 SUBCONTRACTS FOR COMMERCIAL ITEMS (MAR 2007) FAR

I44B01 252.244-7000 SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (DOD CONTRACTS) (JAN 2007) DFARS

I46A17 52.246-23 LIMITATION OF LIABILITY (FEB 1997) FAR

I46B05 252.246-7003 NOTIFICATION OF POTENTIAL SAFETY ISSUES (JAN 2007) DFARS

I46F32 52.246-9G05 WARRANTY PPP&M (APR 2000) DSCR

I46F36 52.246-9G33 MISDIRECTED SHIPMENTS (JAN 1996) DSCR

I48A01 52.248-1 VALUE ENGINEERING (FEB 2000) FAR

I49A03 52.249-2 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (MAY 2004) FAR

I49A15 52.249-8 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984) FAR

I49C01 52.249-9000 ADMINISTRATIVE COSTS OF REPROCUREMENT AFTER DEFAULT. (MAY 1988) DLAD

I49F01 49-1-9G DSCR NOTE TO 52.249-9000 ADMINISTRATIVE COSTS OF REPROCUREMENT AFTER DEFAULT (AUG 06)

The contractor and the Government expressly agree that, in addition to any excess costs of repurchase, as provided in Paragraph (b) of the 'Default' clause of the contract, or any other damages resulting from such default, the contractor shall pay, and the Government shall accept, the sum of $385 as payment in full for the administrative costs of such repurchase. This assessment of damages for administrative costs shall apply for any termination for default following which the Government repurchases the terminated supplies or services, regardless of whether any other damages are incurred and/or assessed.

I52A01 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) FAR

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.dla.mil/j-3/j-336/icps.htm

I52A02 52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984) FAR

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter1) clause with an authorize deviation is indicated by the addition of '(DEVIAITON)' after the date of the clause.

(b) The use in this solicitation or contract of any DoD FAR Supplement (DFARS) (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of '(DEVIATION)' after the name of the regulation.

I53A01 52.253-1 COMPUTER GENERATED FORMS (JAN 1991) FAR

SECTION K

K04A03 52.204-8 ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2006) FAR

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is____________335931

(Vendor Fill-in)[insert NAICS code].

(2) The small business size standard is 500 [insert size standard].

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b)(1) If the clause at 52.204-7, Central Contractor Registration, is included in this solicitation, paragraph (c) of this provision applies.

(2) If the clause at 52.204-7 is not included in this solicitation, and the offeror is currently registered in CCR, and has completed the ORCA electronically, the offeror may choose to use paragraph (c) instead of completing the corresponding individual representations and certifications in the solicitation. The offeror shall indicate which option applies by checking one of the following boxes:

( ) (Vendor Fill-in) (i) Paragraph (c) applies.

( ) (Vendor Fill-in) (ii) Paragraph (c) does not apply and the offeror has completed the individual representations and certifications in the solicitation.

(c) The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below [offeror to insert changes, identifying change by clause number, title, date]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

| FAR Clause # | Title | Date | Change |
|---|---|---|---|
| | | | (Vendor Fill-in) |
| | | | (Vendor Fill-in) |
| | | | (Vendor Fill-in) |
| | | | (Vendor Fill-in) |

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.

K07A01 52.207-4 ECONOMIC PURCHASE QUANTITY - SUPPLIES (AUG 1987) FAR

(a) Offerors are invited to state an opinion on whether the quantity(ies) of supplies on which bids, proposals or quotes are requested in this solicitation is (are) economically advantageous to the Government.

________________________________________ (Vendor Fill-in)

________________________________________ (Vendor Fill-in)

________________________________________ (Vendor Fill-in)

________________________________________ (Vendor Fill-in)

OFFEROR RECOMMENDATIONS

ITEM ________________________________ (Vendor Fill-in)

QUANTITY ____________________________ (Vendor Fill-in)

PRICE QUOTATION _____________________ (Vendor Fill-in)

TOTAL _______________________________ (Vendor Fill-in)

K17B01 252.217-7026 IDENTIFICATION OF SOURCES OF SUPPLY (NOV 1995) DFARS

(b) The apparently successful Offeror agrees to complete and submit the following table before award:

TABLE

Commercial

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 12 | OF PAGES 17 |
|---|---|---|---|

| Line Item (1) | NSN (2) | Item (Y or N) (3) | SOURCE OF SUPPLY Company (4) | Address (4) | Part No. (5) | Actual Mfg. (6) |
|---|---|---|---|---|---|---|

________________________________ (Vendor Fill-in)

________________________________ (Vendor Fill-in)

________________________________ (Vendor Fill-in)

**K25A01 52.225-18 PLACE OF MANUFACTURE (SEP 2006) FAR**

(a) Definitions. As used in this clause:
'Manufactured end product' means any end product in Federal Supply Classes (FSC) 1000-9999, except:
(1) FSC 5510, Lumber and Related Basic Wood Materials;
(2) Federal Supply Group (FSG) 87, Agricultural Supplies;
(3) FSG 88, Live Animals;
(4) FSG 89, Food and Related Consumables;
(5) FSC 9410, Crude Grades of Plant Materials;
(6) FSC 9430, Miscellaneous Crude Animal Products, Inedible;
(7) FSC 9440, Miscellaneous Crude Agricultural and Forestry Products;
(8) FSC 9610, Ores;
(9) FSC 9620, Minerals, Natural and Synthetic; and
(10) FSC 9630, Additive Metal Materials.

'Place of manufacture' means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.

(b) For statistical purposes only, the offeror shall indicate whether the place of manufacture of the end products it expects to provide in response to this solicitation is predominantly:

(1) ( ) [Vendor Fill-in] In the United States (Check this box if the total anticipated price of offered end products manufactured in the United States exceeds the total anticipated price of offered end products manufactured outside the United States); or
(2) ( ) [Vendor Fill-in] Outside the United States.

**K25F04 25-3-9G DSCR NOTE TO 252.225-7031 SECONDARY ARAB BOYCOTT OF ISRAEL (JUN 2005) DFARS**

**DSCR NOTE REGARDING OFFERS FROM THE CANADIAN COMMERCIAL CORPORATION:** Pursuant to Defense FAR Supplement 225.770-2, the Canadian Commercial Corporation (CCC) will submit, with other precontractual material, a certification from its proposed subcontractor. The certification shall conform to paragraph (b) of Clause 252.225-7031 above.
DSCR (APR 2003)

**K47F30 52.247-9G17 PRODUCTION FACILITIES (AUG 2000) DSCR**

Offeror must provide shipping and inspection locations for the supplies. Each location will be provided in the appropriate paragraph below. DO NOT put all location information into one paragraph.

**(a) SHIPPING LOCATION: Insert below the location where supplies will be delivered to, or picked-up by, the freight carrier, post office, or small parcel carrier, for final shipment to the consignee.**

ITEM NUMBER: ________________ (Vendor Fill-in)
PLANT NAME: ________________ (Vendor Fill-in)
ADDRESS: ________________ (Vendor Fill-in)
STREET: ________________ (Vendor Fill-in)
CITY: ________________ (Vendor Fill-in)
STATE: ________________ (Vendor Fill-in)
ZIP CODE: ________________ (Vendor Fill-in)
PHONE: ________________ (Vendor Fill-in)

**(b) LOCATION WHERE THE END ITEMS WILL BE INSPECTED: Insert below the location where the end items (not the packaging) will be inspected.**

ITEM NUMBER: ________________ (Vendor Fill-in)
PLANT NAME: ________________ (Vendor Fill-in)
ADDRESS: ________________ (Vendor Fill-in)
STREET: ________________ (Vendor Fill-in)
CITY: ________________ (Vendor Fill-in)
STATE: ________________ (Vendor Fill-in)
ZIP CODE: ________________ (Vendor Fill-in)
PHONE: ________________ (Vendor Fill-in)

**(c) LOCATION WHERE PACKAGING/PACKING WILL BE INSPECTED: Insert below the location where the packaging/packing will be inspected.**

ITEM NUMBER: ________________ (Vendor Fill-in)
PLANT NAME: ________________ (Vendor Fill-in)
ADDRESS: ________________ (Vendor Fill-in)
STREET: ________________ (Vendor Fill-in)
CITY: ________________ (Vendor Fill-in)
STATE: ________________ (Vendor Fill-in)
ZIP CODE: ________________ (Vendor Fill-in)
PHONE: ________________ (Vendor Fill-in)

## SECTION L

**L11A03 52.211-14 NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990) FAR**

As cited on the front page of this solicitation.

**L14A18 52.214-34 SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE (APR 1991) FAR**

**L14A19 52.214-35 SUBMISSION OF OFFERS IN U.S. CURRENCY (APR 1991) FAR**

**L15A01 52.215-1 INSTRUCTIONS TO OFFERORS -- COMPETITIVE ACQUISITION (MAY 2001) FAR**

**L15A05 52.215-5 FACSIMILE PROPOSALS (OCT 1997) FAR**

**L15C02 52.215-9008 FACSIMILE BIDS AND PROPOSALS (JUL 2005) DLAD**

(a) Facsimile bids, proposals, amendments (including final proposal revisions (FPRs)), and withdrawals will be considered only if authorized in the solicitation by FAR 52.214-31, Facsimile Bids, or 52.215-5, Facsimile Proposals (Sec L). Fax machines should be programmed to include the telephone number as the distant station ID. This information is required to assist in properly documenting receipt.
(b) DLA/DSCC Internet Bid Board System (DIBBS) and Internet Quoting System (IQS). DIBBS and IQS do not permit facsimile proposals. Facsimile proposals in response to DIBBS or IQS solicitations will be rejected and returned to the offeror.
(c) DSC Richmond. The telephone number of the receiving facsimile equipment is 804-279-4165. For bid/proposal security reasons facsimile equipment is not located in the place designated for receipt of offers. Regular interoffice pick-up of facsimile transmissions occurs daily at 10:30 a.m. and 1:30 p.m., Eastern time zone.
(1) Bids, bid amendments, and bid withdrawals received by the facsimile equipment prior to 10:30 a.m. on the day of bid opening will be presumed to have been received on time.
(2) Proposals, amendments to proposals, withdrawals of proposals, and FPRs received by facsimile equipment prior to 1:30 p.m. on the day of closing will be presumed to have been received on time.
(d) DSC Columbus. The telephone number of the receiving facsimile equipment is 614-692-4275.

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 13 | OF PAGES 17 |
| --- | --- | --- | --- |

(e) DSC Philadelphia. The telephone number of the receiving facsimile equipment is 215-737-9300 / 01.

L15F01 15-5-9G DSCR NOTE TO CLAUSE 52.215-1 INSTRUCTIONS TO OFFERORS - COMPETITIVE ACQUISITION (JAN 2004)

In accordance with paragraph (b), the offeror hereby acknowledges receipt of solicitation amendment(s) by listing the amendment number and date below.

AMENDMENT NO. (Vendor Fill-in)

DATE (Vendor Fill-in)

AMENDMENT NO. (Vendor Fill-in)

DATE (Vendor Fill-in)

AMENDMENT NO. (Vendor Fill-in)

DATE (Vendor Fill-in)

AMENDMENT NO. (Vendor Fill-in)

DATE (Vendor Fill-in)

AMENDMENT NO. (Vendor Fill-in)

DATE (Vendor Fill-in)

Contractors are reminded of the requirements of paragraph (c)(1). The Government will automatically reject and will not consider any submission marked or that appears to be only a quote, whether submitted electronically or in paper media.

DSCR (OCT 2001)

L16A01 52.216-1 TYPE OF CONTRACT (APR 1984) FAR

The Government contemplates award of a
[x] FIRM FIXED PRICE
[ ] FIXED PRICE/ECONOMIC PRICE ADJUSTMENT
[ ] FIXED PRICE/PRICE REDETERMINATION
contract resulting from this solicitation.

L17C01 52.217-9002 CONDITIONS FOR EVALUATION AND ACCEPTANCE OF OFFERS FOR PART NUMBERED ITEMS (JUN 2006) DLAD

(a) The product described in the acquisition identification description (AID) of this solicitation is that product which the Government has determined to be acceptable. All Offerors shall indicate below, or through an alternative means in an electronic quoting system, whether they are offering an 'exact product,' an 'alternate product' (which includes a 'previously reverse-engineered product'), a 'superceding part number,' or a 'previously-approved product;' and shall furnish the data required for whichever is applicable. (To determine which type of product to indicate, Offerors must refer to the criteria in subparagraphs (b)-(e) of this provision, respectively.) Any product offered must be either a product cited in the AID; or be physically, mechanically, electrically, and functionally interchangeable with a product cited in the AID, including additional requirements referred to in the AID, if any.

Exact Product - Applies to CLIN(s):
__________ (Vendor Fill-in)

Alternate/Previously Reverse-Engineered Product - Applies to CLIN(s): __________ (Vendor Fill-in)

Superceding Part Number - Applies to CLIN(s):
__________ (Vendor Fill-in)

Previously-Approved Product - Applies to CLIN(s):
__________ (Vendor Fill-in)

(b) 'Exact product.'
(1) 'Exact product' means a product described by the name of an approved source and its corresponding part number, as currently cited in the AID; modified (if necessary) to conform to any additional requirements set forth in the AID; and manufactured by, or under the direction of, that approved source. If an Offeror indicates that an 'exact product' is being offered, the Offeror must meet one of the descriptions in subparagraphs (i)-(iv) below. (Any Offeror not meeting one of these descriptions is not considered to be offering 'exact product;' even though the item may be manufactured in accordance with the drawings and/or specifications of an approved source currently cited in the AID.) For any offeror other than the manufacturer cited in the AID, the Contracting Officer may request evidence to demonstrate technical acceptability of the supplies offered. Evidence requested will generally include information tracing the supplies back to the original equipment manufacturer or its authorized distributor. At a minimum, evidence must be sufficient to establish the identity of the product and its manufacturing source. The Contracting Officer determines the acceptability and sufficiency of documentation or other evidence, at his or her sole discretion. If an offeror fails to provide the requested evidence/information or provides information that the Contracting Officer finds unacceptable, its offer may be rejected without further consideration under this solicitation.
(i) An approved source currently cited in the AID offering its corresponding part number as cited in the AID;
(ii) A dealer/distributor offering the product of an approved source that meets the description in subparagraph (i) above;
(iii) A manufacturer who (A) produces the offered item under the direction of an approved source currently cited in the AID; and (B) has authorization from that approved source to manufacture the item, identify it as that approved source's name and part number, and sell the item directly to the Government. If requested by the Contracting Officer, the Offeror must provide documentation to demonstrate such authorization, or other evidence of technical acceptability such as information that traces the supplies back to the original equipment manufacturer. Such evidence could be documentation obtained directly from the approved source or identification on a Web site maintained by the approved source confirming that the manufacturer is an acceptable source for the item identified by that approved source's name and part number. If evidence cannot be obtained directly from the approved source, this does not necessarily preclude acceptance of the offer, if the Offeror provides adequate documentation or other evidence allowing the Contracting Officer to determine the approved source has oversight of and involvement in the manufacturing process.
(iv) A dealer/distributor offering the product of a manufacturer that meets the description in subparagraph (iii) above. If requested by the Contracting Officer, the Offeror/Contractor must provide documentation that demonstrates such authorization or other evidence of technical acceptability such as information that traces the supplies back to the original equipment manufacturer or its authorized distributor. Such evidence could be documentation obtained directly from the approved source or identification on a Web site maintained by the approved source confirming that the item being offered is produced by a manufacturer that is an acceptable source for the item identified by that approved source's name and part number. If evidence cannot be obtained directly from the approved source or manufacturing source, this does not necessarily preclude acceptance of the offer, if the Contracting Officer can adequately document that the approved source has oversight of and involvement in the manufacturing process by other means.
(2) When the AID identifies the item being acquired as a critical safety item (CSI), offers of exact product will be evaluated in accordance with 52.211-9005.
(c) 'Alternate product.'
(1) The Offeror must indicate that an 'alternate product' is being offered if the Offeror is any one of the following:
(i) An Offeror who (A) manufactures the item for an approved source currently cited in the AID; and (B) does not have authorization from that approved source to manufacture the item, identify it as the approved source part number, and sell

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 14 | OF PAGES 17 |
|---|---|---|---|

the item directly to the Government;
(ii) A dealer/distributor offering the product of a manufacturer that meets the description in subparagraph (i) above;
(iii) An Offeror of a previously reverse-engineered product that is not currently cited in the AID; or
(iv) Any other Offeror who does not meet the criteria in subparagraphs (b)(1), (d), or (e) of this provision.
(2) If an alternate product is offered, the Offeror shall furnish with its offer legible copies of all drawings, specifications, or other data necessary to clearly describe the characteristics and features of the alternate product being offered. Data submitted shall cover design, materials, performance, function, interchangeability, inspection and/or testing criteria, and other characteristics of the offered product. If the offered product is to be manufactured in accordance with data the Offeror has obtained from elsewhere within the Government, the Offeror shall either furnish the detailed data specified in this paragraph, or supply a description of the data package in its possession; i.e., basic data document and revision, the date the data was obtained and from whom (Government agency/activity). If the Offeror does not furnish the detailed data with its offer, the Contracting Officer will be unable to begin evaluation of the offered product until such time as the detailed data can be obtained from the Government agency/activity possessing the data. If the alternate product is a previously reverse-engineered product, the Offeror shall provide: traceability documentation to establish that the offered item represents the item specified in the AID (i.e., invoice from an approved source or submission of samples having markings of an approved source); number of samples that were examined; the process/logic used; raw data (measurements, lab reports, test results) used to prepare drawings or specifications for the offered item; any additional evidence that indicates the reverse-engineered item will function properly in the end item; and any evidence that life cycle/reliability considerations have been analyzed.
(3) In addition, the Offeror may be required to furnish data describing the 'exact product' cited in the AID. The data required from the Offeror depends on the level of technical data describing the exact product, if any, available to the Government. The possible levels of technical data the Government may have and the corresponding data submission requirements for Offerors are identified in subparagraphs (a)-(d) below. For the item(s) being acquired under this solicitation, the level of data in the Government's possession and the corresponding requirements for data submission are identified in the AID; or, if not specified in the AID, are as follows: a [buyer insert (a), (b), (c), or (d), as applicable, if AID does not identify]. (If the level of data in the Government's possession and Offeror requirements for data submission are not identified in either the AID or in this subparagraph (c)(3), then subparagraph (a) below applies.)
(a) No data: This Agency has no data available for evaluating the acceptability of alternate products offered. In addition to the data required in subparagraph (c)(2) of this provision, the Offeror must furnish drawings and other data covering the design, materials, etc., of the exact product cited in the AID, sufficient to establish that the Offeror's product is equal to the product cited in the AID.
(b) Adequate proprietary (i.e., limited rights) data: This Agency possesses adequate drawings and/or specifications for the exact product as cited in the AID, but such data are proprietary (i.e., limited rights) and shall be used only for evaluation purposes. The Offeror must furnish the data required in subparagraph (c)(2) of this provision, but is not required to submit data on the exact product.
(c) Inadequate data: This Agency does not have adequate data available for evaluating the acceptability of alternate products offered. In addition to the data required in subparagraph (c)(2) of this provision, the Offeror must furnish drawings and other data covering the design, materials, etc., of the exact product cited in the AID, sufficient to establish that the Offeror's product is equal to the product cited in the AID.
(d) Adequate catalog data: This is a commercial off the shelf item. Adequate catalog data are available at the contracting office to evaluate alternate offers. In addition to the data required in subparagraph (c)(2) of this provision, the Offeror must furnish with its offer a commercially-acceptable cross reference list; or legible copies of all drawings, specifications or other data necessary to clearly describe the characteristics and features of the alternate product being offered, sufficient to establish that the Offeror's product is equal to the product cited in the AID. The Offeror is not required to submit data on the exact product.
(4) Except for indefinite delivery purchase orders (IDPOs), if this solicitation is automated (i.e., if the solicitation number begins with SPE; or begins with SP0 and contains 'T' or 'U' in the ninth position of the procurement instrument identification number (PIIN)), the Contracting Officer will not evaluate offers of alternate product (which includes offers of previously reverse-engineered product) for the current procurement. Instead, the Offeror shall submit a request to the location below for evaluation of the alternate product's technical acceptability for future procurements of the same item. The request for evaluation shall cite the National Stock Number (NSN) of the exact product and, as identified in this provision, include the applicable level of technical data on the alternate and exact products. All offers of alternate product will be handled in accordance with DLAD 17.7501(b)(4).
(i) For solicitation numbers beginning with SPE7 or SPE9; or beginning with SP0 and containing 'T' or 'U' in the ninth position of the PIIN:

Defense Supply Center Columbus
Directorate of Procurement
Alternate Offer Monitor, DSCC-PPPB
P.O. Box 3990
Columbus, OH 43218-3990

(ii) For solicitation numbers beginning with SPE4; or beginning with SP0 and containing 'T' or 'U' in the ninth position of the PIIN:

Defense Supply Center Richmond
Office of the Competition Advocate
ATTN: DSCR-DU
8000 Jefferson Davis Highway
Richmond, VA 23297-5100

(iii) For solicitation numbers beginning with SPE5; or beginning with SP0 and containing 'T' or 'U' in the ninth position of the PIIN:

Defense Supply Center Philadelphia
ATTN: Richard A. Ryons, DSCP-NASA
700 Robbins Avenue
Philadelphia, PA 19111-5096

(d) 'Superceding part number.'
(1) The Offeror must indicate that a 'superceding part number' is being offered if the offered item otherwise qualifies as an 'exact product,' except that the part number cited in the AID has been superceded. The Offeror may be requested to furnish data, or provide confirmation through some other means, sufficient to establish that there are no changes in the configuration of the part. However, if such data are unavailable, the Offeror may be required to furnish technical data as required in paragraph (c) for 'alternate products.' (If such data indicate there have been changes in the configuration of the part, the offered item must be identified as an 'alternate product.')
(2) For solicitation numbers beginning with SPE, any data to be furnished with an offer of a 'superceding part number' should be mailed to the buyer at the procuring activity address on the solicitation. (Uploading the information with the quotation, or including it in the 'Remarks' section, will make the offer a 'bid with exception,' causing it not to be evaluated.)
(e) 'Previously-approved product.'
(1) If the product offered has previously been furnished to the Government or otherwise previously evaluated and approved, the Offeror shall indicate in the space provided below, or through an alternative means in an electronic quoting system, the contract and/or solicitation number under which the product was furnished or approved.
CLIN NR(s) ______________________ (Vendor Fill-in)
have been previously furnished or evaluated and approved under contract/solicitation number ______________. (Vendor Fill-in)
(2) If the product was furnished or evaluated and approved by a contracting activity different from the one issuing this solicitation, Offerors are advised that the Contracting Officer may not have access to records of another activity or other information sufficient to reasonably determine the offered product's acceptability. Therefore, in order to ensure that adequate data is available for evaluation, Offerors may elect to furnish with their offer the information requested by subparagraph (b) or (c) of this provision, whichever is applicable for the offered product. Offerors are advised that if the additional data is not furnished, the Government may not be able to evaluate the offer. (For solicitation numbers beginning with SPE, the information should be mailed to the buyer at the procuring activity address on the solicitation. Uploading the information with the quotation, or including it in the 'Remarks' section, will make the offer a 'bid with exception,' causing it not to be evaluated.)
(f) For all types of offers ('exact product,' 'alternate product,' 'superceding part number,' or 'previously-approved product'), Offerors shall provide the Contractor and Government Entity (CAGE) Code of the manufacturer and the part

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 15 | OF PAGES 17 |
| --- | --- | --- | --- |

number being offered for each item in the solicitation.
(g) Failure to furnish adequate data and/or information as prescribed in subparagraph (b), (c), (d) or (e) of this provision (when required for the current procurement) within 10 business days or less, or as otherwise required by the Contracting Officer or elsewhere in this solicitation, may preclude consideration of the offer. For automated procurements, it is the responsibility of the Offeror when offering a 'superceding part number' or a 'previously-approved part number' to ensure that supporting documentation arrives at the contracting activity within 2 business days after the data is requested, or the offer may not be considered. The Agency will make every effort to determine, prior to award, the acceptability of the products offered which meet the dollar savings threshold shown below, and/or which have a reasonable chance to receive an award. Generally, the Agency will not evaluate alternate offers not meeting the dollar threshold. The savings potential is based on the cost of evaluation ($200.00 if only a local technical evaluation is involved, plus an additional $1,500.00 for each required Engineering Support Activity evaluation). If the time before proposed award does not permit evaluation and delay of award would adversely affect the Government, alternate offers will not be considered for the current procurement. Instead, they will be evaluated for technical acceptability for future procurements of the same item, if adequate data is submitted as stipulated above. When an alternate offer will not be considered for the current procurement, the Contracting Officer may request that the Offeror, at its discretion, provide a sample product for testing and evaluation in addition to the data required in this provision. Although not mandatory, Offerors are encouraged to provide the sample. This may facilitate the post-award evaluation and, if the alternate product is approved, increase the likelihood of its being added to the acquisition identification description in time for the next acquisition of the item. The Offeror shall not submit a sample product until requested to do so. The testing of the sample product will be done at a testing facility; therefore, the shipping instructions will be provided with the request. Unless otherwise specified in the solicitation, samples shall be submitted at no expense to the Government, may be damaged or destroyed during testing, and consequently may not be returned to the Offeror; samples that are not damaged or destroyed will be returned only at the Offeror's request and expense. For alternate offers not evaluated, the Offeror's complete technical data package will be returned.
(h) If Offerors desire to restrict the Government's use of data submitted for evaluation, the data must bear the appropriate legends as prescribed by FAR 52.215 1(e). In the event an award is made to an Offeror submitting data without the appropriate legend, the Government will have unlimited rights to its use as defined in DFARS 252.227 7013.
(i) It is the Government that determines if the documentation or other evidence furnished by an Offeror is adequate to satisfy the requirements in this provision. The Contracting Officer may at any time, pre-award or post-award, request evidence of the technical acceptability of the supplies offered in response to this solicitation. At a minimum, evidence must be sufficient to establish the identity of the product and its manufacturing source. The Contracting Officer determines the acceptability and sufficiency of documentation or other evidence, at his or her sole discretion. If the Contracting Officer requests evidence from a Contractor who received an award resulting from this solicitation, and the Contracting Officer subsequently finds the evidence to be unacceptable, or if the Contractor fails to provide the requested evidence, the award may be cancelled.

L17C02 52.217-9003 MANUFACTURING OR PRODUCTION INFORMATION (FEB 1996) DLAD

L33A01 52.233-2 SERVICE OF PROTEST (SEP 2006) FAR

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from
Defense Supply Center Richmond
8000 Jefferson Davis Hwy, DSCR-FAKD Mr. E. Hood
Richmond, Va 23297-5848
[Contracting Officer designate the official or location where a protest may be served on the Contracting Officer.]
(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

L33C01 52.233-9000 AGENCY PROTESTS (SEP 1999) DLAD

L33F01 33-3-9G DSCR NOTE TO 52.233-9000 AGENCY PROTESTS (SEP 1999) DLAD

Companies protesting this procurement may file a protest

1. with the contracting officer,
2. with the General Accounting Office, or
3. pursuant to Executive Order No. 12979, with the Agency for a decision by the Activity's Chief of the Contracting Office.

Protests filed with the agency should clearly state that they are an 'Agency Level Protests filed under Executive Order No. 12979.' (Note: DLA procedures for Agency Level Protests filed under Executive Order No. 12979 allow for a higher level decision on the initial protest than would occur with a protest to the contracting officer; this process is not an appellate review of a contracting officer's decision on a protest previously filed with the contracting officer). Absent a clear indication of the intent to file an agency level protest, protests will be presumed to be protests to the contracting officer.

DSCR NOTE:

Executive Order 12979 encourages the use of Alternative Dispute Resolution in resolving Agency-level protests. Therefore, DSCR has in place a process to mediate Agency-level protests filed pursuant to Executive Order 12979. Mediation is a voluntary process where the parties meet with a third party neutral (the mediator) to discuss their positions and open a dialogue. The mediator does not make any decisions on the dispute, but rather helps the parties explore their concerns and possible avenues for solutions. Any mediation will occur at DSCR. A trained DSCR mediator who has not had previous personal involvement in the procurement will conduct the mediation. If resolution of the protest is not reached through the mediation process, the protest will be forwarded to the Chief of the Contracting Office for a written decision on the record. If an offeror wishes to file an Agency-level protest, but does not wish to engage in a mediation, the Agency-level protest should state that the protesting party does not wish to participate in a mediation and would like a decision on the written record.

L52A01 52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998) FAR

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):
http://www.dla.mil/j-3/j-336/icps.htm

L52A02 52.252-5 AUTHORIZED DEVIATIONS IN PROVISIONS (APR 1984) FAR

(a) The use in this solicitation of any Federal Acquisitin regulation (48 CFR Chapter 1) provision with an authorized deviation is indicated by the addition of '(DEVIATION)' after the date of the provision.

(b) The use in this solicitation of any DoD FAR Supplement (DFARS) (48 CFR Chapter 2) provision with an authorized deviation is indicated by the addition of '(DEVIATION)' after the name of the regulation.

SECTION M

M11C01 52.211-9003 CONDITIONS FOR EVALUATION OF OFFERS OF GOVERNMENT SURPLUS MATERIAL (DEC 2004) DLAD

M11C02 52.211-9011 BUSINESS SYSTEMS MODERNIZATION (BSM) DELIVERY TERMS AND EVALUATION (MAY 2006) DLAD

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 16 | OF PAGES 17 |
|---|---|---|---|

M14C01 52.214-9002 TRADE DISCOUNTS (JUN 1983) DLAD

M15F31 52.215-9G05 AUTOMATED BEST VALUE SYSTEM (JAN 2006) DSCR

(a) The Automated Best Value System (ABVS) Score as an Element of Past Performance Evaluation.

(1) ABVS scores do not determine eligibility for award or technical acceptability. The Government shall use ABVS scores to compare past performance among offerors, not to make determinations of responsibility.

(2) To evaluate each offeror's past performance, DLA will assign an ABVS score to each offeror based on the offeror's past performance. ABVS scores for performance in each Federal Supply Class (FSC score) will be based on DLA consolidated performance history. (Performance for items not identified to a FSC (e.g., non-NSN items) will be captured under 'FSC 0000'.) An offeror may have multiple FSC scores but will have only one DLA score, which is a compilation of the offeror's FSC scores for all business conducted with DLA. These scores will be calculated monthly and remain in effect for a month. The ABVS score is a combination of an offeror's delivery and quality scores. The quality score reflects validated contractor caused product and packaging nonconformances during the rating period. For administrative purposes, the rating period excludes the most recent 30 days. The delivery score reflects all lines shown as delinquent during the rating period. For administrative purposes, the rating period excludes the most recent 60 days. For ABVS purposes, delinquent lines represent shipments not shipped and/or received in their entirety by the contract delivery date. The 30 and 60 day offset periods are NOT grace periods.

(3) DSCR will make negative quality and delivery data reflected in the ABVS score available to offerors by the 15th day of the month via the ABVS Wedsite. The offeror's negative performance data will be posted before it is reflected in the ABVS score (Preview Period), to give offerors an opportunity to review and verify data. An offeror must challenge any negative data within the Preview Period to assure corrections are posted before calculation of the score. Offerors must submit challenges and substantiating evidence (e.g. invoices, DD Form 250s, modifications) to the ABVS Administrator. The 'Center' field will identify the appropriate focal point. For those identified as 'DSCR,' send challenges to:

Defense Supply Center Richmond
Attn: DSCR-CSS (ABVS)
8000 Jefferson-Davis Highway
Richmond, VA 23297-5516
Telephone (804) 279-6431
FAX (804) 279-5042

(4) Though offerors may challenge negative data at any time, it is to the offeror's advantage to challenge negative data during the Preview Period before it has an opportunity to be reflected in the ABVS score. Accordingly, an offeror should review performance data on a monthly basis at a minimum. When a challenge is received, the ABVS score will be flagged. The flag will remain until the challenge is resolved. If an offer under evaluation involves a challenged score, then the Contracting Officer will consider the nature of the challenged data and its relevance to the acquisition as part of the award decision. The ABVS Administrator will adjust the ABVS score if the Administrator upholds an offeror's challenge. Scores created in the update cycle immediately following the determination will reflect the adjustment.

(5) When there is a discrepancy between the offeror's challenged data and the Government's data, it becomes disputed data. The Government will make every effort to resolve the discrepancy expeditiously. However, the Government is the final authority for resolution of disputed data and its use in the source selection process, and may make an award decision despite the existence of an unresolved challenge.

(b) Using the ABVS score for evaluation.

(1) For NSN items, the contracting officer will first evaluate offers using the FSC score for the solicited FSC in effect at the time offers are evaluated. The contracting officer will use an offeror's DLA score to evaluate an offeror without an FSC score for that particular FSC. The contracting officer may consider the volume of business on which the FSC score is based as a measure of confidence in the score's indication of performance risk. The contracting officer may choose to use the DLA score if he or she lacks confidence in the FSC score. The contracting officer also may use the DLA score if the FSC scores among offerors are relatively equal. For non-NSN items, the contracting officer will evaluate using an offeror's DLA score in effect at the time offers are evaluated. An offeror with no performance history will not be evaluated favorably or unfavorably and will be assigned a '999.9' in the ABVS. A '999.9' is used to designate those instances wherein the offeror has no past performance history, has no history for the particular FSC or has no history for the timeframe being rated.

(2) Contractor caused discrepancies or delinquencies will be reflected in the ABVS as an indicator of past performance. Repair, replacement or reimbursement of quality and packaging defects will not provide relief of negative ABVS data. Contractor caused delivery extensions, regardless of consideration paid, will be reflected in the delivery score.

M15F32 52.215-9G06 EVALUATION AND AWARD (FEB 2000) DSCR

(a) AWARD. The Government intends to evaluate proposals and, if necessary, conduct discussions with all responsible offerors within the competitive range. The award will be made to the offeror whose proposal conforms to the terms and conditions of the solicitation and represents the best value to the Government. Therefore, award may be made to other than the lowest priced or the highest technically rated offer.

(b) RELATIVE IMPORTANCE AND TRADE-OFFS. The Government will base the determination of best value on a comparative assessment of the offerors' prices, past performance, and the other evaluation factors identified elsewhere in this solicitation. The determination of best value also considers the relative importance of the evaluation factors. All evaluation factors, when combined, are:

[ ] significantly more important than cost or price. As other evaluation factors become more equal, the evaluated cost or price becomes more important.

[x] approximately equal to cost or price; or

[ ] significantly less important than cost or price. As the evaluated cost/price becomes more equal, relative importance of all other evaluation factors becomes more significant.

The final award decision may involve a trade-off among cost or price and the non-price factors. Factors that may be considered in the trade-off process include, but are not limited to:

Item criticality and weapons system application
Delivery schedule and current inventory status
Historical delivery or quality problems
Concerns over limited supply sources and industrial base
Benefits from obtaining new sources

(c) COST OR PRICE. The Government will evaluate the offered cost or price for cost realism, as defined in FAR 15.401, and reasonableness. The Government will add any other cost or price evaluation factors identified elsewhere in this solicitation (e.g. Buy American Act or FOB Origin transportation costs) to arrive at the offeror's evaluated cost or price. The evaluated cost or price will be used in conjunction with the other non-price factors to determine the best value to the Government.

(d) PAST PERFORMANCE EVALUATION FACTORS. The Government will use the past performance evaluation factors marked below in addition to cost or price and other evaluation factors specified in the solicitation. Unless indicated otherwise, past performance is significantly more important than other non-price factors. Within the past performance subfactors, ABVS scores will be weighed most heavily because of their relevance to DSCR awards. Quality history and delivery schedule compliance will be weighed more heavily than the remaining past performance subfactors. All other non-price evaluation factors specified in this solicitation weigh equally, unless otherwise indicated.

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 17 | OF PAGES 17 |
|---|---|---|---|

[x] ABVS Score (52.215-9G05)

[ ] Quality History

[ ] Delivery Schedule Compliance

[ ] Javits-Wagner-O'Day (JWOD) (52.215-9005)

[ ] Mentoring Business Agreements (MBA) (52.219-9003)

[ ] Socioeconomic Support (52.215-9003)

[ ] Other (specify):

(e) PAST PERFORMANCE. Past performance includes, but is not limited to, the offeror's record of conforming to contract requirements and standards of good workmanship; adherence to contract schedules, including the administrative aspects of performance; the offeror's reputation for reasonable and cooperative behavior and commitment to customer satisfaction; and generally, the offeror's business-like concern for the customer's interest.

(i) Offerors may submit with their offer information on past and current Federal (non-DSCR), State and local government and private sector contracts performed by the offeror at the proposed performance location within the last three years that are similar in nature to this acquisition. Offerors electing to submit this data must furnish at least the following information: name and address of the contracting entity; the contract number; award and completion dates; the dollar value; the contract type; the items or services provided; two references, with title and phone number; and any problems encountered and the corrective action taken by the offeror.

(ii) By submitting past performance information, the offeror agrees to permit the Government's representatives to contact the listed references and inquire of the offeror's performance. If more than three contracts are identified, the Government reserves the right to randomly select and limit its review to three contracts. In addition to the information provided, the Government may consider information obtained from other sources when evaluating the offeror's past performance. Offerors will be given the opportunity to discuss negative past performance information obtained from references if the offeror has not had a previous opportunity to comment on that information.

(iii) In addition to the information above, DSCR will use the Automated Best Value System (ABVS) to evaluate quality and past performance on DLA awards (see 52.215-9G05).

(iv) Offerors with no past performance history (whether internal or external to the Federal government) will not be evaluated favorably or unfavorably.

**M47F31 52.247-9G21 BASIS FOR SUBMISSION AND EVALUATION OF OFFERS (JAN 1996) DSCR**

(a) Offers are invited on an f.o.b. destination basis for items all , , . Bids submitted on any other basis will be rejected as non-responsive.

(b) Offers are invited on the basis of both f.o.b. origin and destination for items N/A , , .

(c) Offers are invited on an f.o.b. origin basis for items N/A , , . When supplies are regionally priced the applicable regions shall be specified below. If regional price(s) are offered and the region is not specified, the bid will not be considered.

______________________________

______________________________

______________________________

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF 3 PAGES

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0001 | 2008 JAN 30 | 0016122465 | |

6. ISSUED BY CODE SPM4A1

DEFENSE SUPPLY CENTER RICHMOND
AVIATION SUPPLY CHAIN
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5770
Initiator: Brenda Noe
PARFK41 (804)279-3006 / FAX: (804)279-6009
E-mail: Brenda.Noe@dla.mil

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, city, county, State and ZIP Code)*

CODE FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.
X SPM4A6-08-R-0148

9B. DATED *(SEE ITEM 11)*
2008 JAN 23

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offeror must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the closing hour and date specified.

12. Accounting and Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**NSN: 6150-01-304-5490**
**This amendment is issued to notify all interested parties that a potential offeror has filed an appeal to the North American Industry Classification System (NAICS)used in this solicitation with the Small Business Administration.**

**A copy of the Notice and Order from the Small Business Administration is attached to this amendment.**

**Pursuant to FAR 19.303(c)(5), we reserve the right to award the contract based on the existing NAICS code if SBA OHA does not issue an opinion prior to the closing date.**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SPM4A6-08-R-0148
Amendment 0001
Page 2 of 3

# United States Small Business Administration
# Office of Hearings and Appeals

NAICS APPEAL OF:

DCX/Chol Enterproises, Inc.

Appellant

Solicitation No. SPM4A6-08-R-0148
Defense Logistics Agency
Defense Supply Center Richmond
Richmond, Virginia

Issued: January 28, 2008

Docket No. NAICS-2008-01-24-08

## NOTICE AND ORDER

The Office of Hearings and Appeals (OHA) hereby notifies all parties (defined in 13 C.F.R. § 134.101) and other persons (defined in 13 C.F.R. § 134.205(c)) of the January 24, 2008, filing of a North American Industry Classification System (NAICS) code appeal from the above-captioned solicitation.

## I. Instructions to the Contracting Officer

The Contracting Officer who designated the NAICS code in this solicitation MUST:

A. Submit a paper copy of the original solicitation and all amendments to OHA only, as required by 13 C.F.R. § 134.306(b) and FAR § 19.303(c)(4). Also, if the solicitation is posted on the Internet, inform OHA of the URL.

B. Submit to OHA any additional amendments made while this appeal is pending.

C. Notify all who have expressed an interest in the solicitation of the pendency of this appeal, including a copy of this Notice and Order. *See Advanced Systems Technology, Inc. v. United States*, 69 Fed.Cl. 474 (2006). After providing the required notice, attach a list of those notified to the "Fax-Back Memorandum." *See* "D." below.

D. Complete and return the "Fax-Back Memorandum" as soon as possible.

E. File and serve written notice of any contract award (including date awarded and name of awardee), cancellation, stop-work order, or other litigation affecting the procurement.

The Contracting Officer may also respond to the appeal by the close of record.

SBAHQ-08-R-0148
Amendment 0001
Page 38

Docket No. NAICS-2008-01-24-08

## II. Responses to the Appeal and Close of Record

Any response to this appeal must be served on all parties to the proceeding or on their attorneys and be **RECEIVED by OHA no later than February 12, 2008.** Except for good cause shown, the record will close on that date.

OHA's rules of practice are at 13 C.F.R. §§ 134.101-317. More information on NAICS code appeals is available at:
www.sba.gov/aboutsba/sbaprograms/oha/ohaappeals/OHA_APPEALS_NAICS.html

## III. Filing and Service Instructions

A party filing any pleading or other submission must include a Certificate of Service stating how and when the party accomplished service. 13 C.F.R. §§ 134.305(d), 134.204(d). The attached Certificate of Service lists all currently known parties (or their representatives), record addresses, and facsimile numbers.

The filing and service requirements for all pleadings and other submissions are at 13 C.F.R. §§ 134.204, 134.305(c), and 134.307. Filing means the **RECEIPT** by OHA of the pleading or other submission. Any filing received by OHA after 5 p.m. eastern time is considered filed on the next day. 13 C.F.R. § 134.204(b). Service means providing a copy of the pleading or other submission to any attorneys or authorized representatives of parties, and to unrepresented parties, at their record addresses. 13 C.F.R. § 134.204(c). All filings must contain the Docket No. and must be faxed (recommended method), personally delivered, commercially delivered, or mailed to:

Office of Hearings and Appeals
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416
ATTENTION: Patricia Lee, Assistant Size Specialist
(Fax) 202-205-7059 (Phone) 202-401-8200

Thomas B. Pender

THOMAS B. PENDER
Administrative Judge

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE 1 OF PAGES 1 |
|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0002 | 2008 FEB 07 | 0016122465 | |

6. ISSUED BY CODE SPM4A1

**DEFENSE SUPPLY CENTER RICHMOND**
**AVIATION SUPPLY CHAIN**
**8000 JEFFERSON DAVIS HIGHWAY**
**RICHMOND VA 23297-5770**
**Initiator: Brenda Noe**
**PARFK41 (804)279-3006 / FAX: (804)279-6009**
**E-mail: Brenda.Noe@dla.mil**

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, city, county, State and ZIP Code)*

CODE FACILITY CODE

(X) X 9A. AMENDMENT OF SOLICITATION NO.
**SPM4A6-08-R-0148**

9B. DATED *(SEE ITEM 11)*
**2008 JAN 23**

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offeror must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the closing hour and date specified.

12. Accounting and Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**NSN: 6150-01-304-5490**
**The North American Industry Classification System (NAICS) code used in this solicitation is corrected to 334419 in lieu of 335931.**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE 1 OF PAGES 1

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0003 | 2008 FEB 20 | 0016122465 | |

6. ISSUED BY CODE SPM4A1

**DEFENSE SUPPLY CENTER RICHMOND**
**AVIATION SUPPLY CHAIN**
**8000 JEFFERSON DAVIS HIGHWAY**
**RICHMOND VA 23297-5770**
**Initiator: Brenda Noe**
**PARFK41 (804)279-3006 / FAX: (804)279-6009**
**E-mail: Brenda.Noe@dla.mil**

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, city, county, State and ZIP Code)*

(X) X 9A. AMENDMENT OF SOLICITATION NO.
**SPM4A6-08-R-0148**

9B. DATED *(SEE ITEM 11)*
**2008 JAN 23**

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

CODE FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offeror must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the closing hour and date specified.

12. Accounting and Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**NSN: 6150-01-304-5490**
**Previous Opening/Closing Date: 2008 FEB 25**
**Extended to: 2008 MAR 03 Time: 2:00 p.m. Eastern Standard Time**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# TAB 3

## Noe, Brenda (DSCR)

**From:** pstone@midconcables.com
**Sent:** Monday, February 18, 2008 2:03 PM
**To:** Noe, Brenda (DSCR)
**Cc:** "Melissa Martin"
**Subject:** Solicitation no. SPM4A6-08-R-0148

Brenda:

We are in receipt of the above solicitation that has a due date of 2/25/08. The NSN is 6150013045490; Requisition/Purchase no. 0016122465.

We would like to request an extension to 3/3/08. Please advise if this will be acceptable and thanks for your help.

Sincerely,

Perry Stone

Regional Sales Manager

(417) 781-4331 ext. 129

(417) 825-5330 (cell)

www.midconcables.com

lead time for connector

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE | PAGE 1 OF 1 PAGES

2. AMENDMENT/MODIFICATION NO. 0003

3. EFFECTIVE DATE 2008 FEB 20

4. REQUISITION/PURCHASE REQ NO. 0016122465

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE SPM4A1

DEFENSE SUPPLY CENTER RICHMOND
AVIATION SUPPLY CHAIN
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5770
Initiator: Brenda Noe
PARFK41 (804)279-3806 / FAX: (804)279-6009
E-mail: Brenda.Noe@dla.mil

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, city, county, State and ZIP Code)*

(27456)
DCX\CHOL ENTERPRISES, INC.
12831 S. FIGUEROA ST.
LOS ANGELES, CA 90061

CODE FACILITY CODE

(X) X 9A. AMENDMENT OF SOLICITATION NO. SPM4A6-08-R-0148

9B. DATED *(SEE ITEM 11)* 2008 JAN 23

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

X The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the closing hour and date specified.

12. Accounting and Appropriation Data *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

NSN: 6150-01-304-5490
Previous Opening/Closing Date: 2008 FEB 25
Extended to: 2008 MAR 03 Time: 2:00 p.m. Eastern Standard Time

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*
Mark Uslan - Government Sales Manager

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*

15B. CONTRACTOR/OFFEROR [signature]
*(Signature of person authorized to sign)*

15C. DATE SIGNED 02-20-08

16B. UNITED STATES OF AMERICA
BY
*(Signature of Contracting Officer)*

16C. DATE SIGNED

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE | PAGE 1 OF PAGES 1

2. AMENDMENT/MODIFICATION NO. 0002
3. EFFECTIVE DATE 2008 FEB 07
4. REQUISITION/PURCHASE REQ. NO. 0016122465
5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE SPM4A1

DEFENSE SUPPLY CENTER RICHMOND
AVIATION SUPPLY CHAIN
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5770
Initiator: Brenda Noe
PARFK41 (804)279-3006 / FAX: (804)279-6009
E-mail: Brenda.Noe@dla.mil

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, city, county, State and ZIP Code)*

**(27456)**
**DCX\Chol Enterprises, Inc.**
**12831 S. Figueroa St.**
**Los Angeles, CA 90061**

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.
X SPM4A6-08-R-0148
9B. DATED *(SEE ITEM 11)* 2008 JAN 23
10A. MODIFICATION OF CONTRACT/ORDER NO.
10B. DATED *(SEE ITEM 13)*

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

X The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offeror must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the closing hour and date specified.

12. Accounting and Appropriation Data *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
NSN: 6150-01-304-5490
The North American Industry Classification System (NAICS) code used in this solicitation is corrected to 334419 in lieu of 335931.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*
**Mark Uslan - Government Sales Manager**

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*

15B. CONTRACTOR/OFFEROR [signature]
*(Signature of person authorized to sign)*

15C. DATE SIGNED 02-13-08

16B. UNITED STATES OF AMERICA
BY
*(Signature of Contracting Officer)*

16C. DATE SIGNED

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
PerFORM (DLA)
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# TAB 4

## RECORD OF SIGNIFICANT EVENTS

**0016122465** **SPM4A608R0148** **Brenda Noe** **PARFK41**

This form shall be included in the OFFICIAL CONTRACT FILE for Simplified and Formal Acquisitions. It will be established in the preaward stage of the acquisition and maintained throughout the life of the contract to relate significant details as necessary to support actions taken, to provide information concerning problems which adversely affect PALT, or to state essential facts as needed to comply with the provisions of FAR Subpart 4.8.

| DATE | EVENT/ACTION | INITIALS |
|---|---|---|
| 10/17/07 | Pr was issued for sourcing against the Semco OA 04-D-0686. This OA has been cancelled by Dedra at Semco's request as they were losing money. Per Marietta Simpson, the supply planner, this buy is still needed. Solicit as a stand-alone pr. | B. Noe |
| 10/25/07 | PR not in DPAC. Requested the help desk push the pr from SAP into DPAC | bn |
| 10/29/07 | 2579 to Small Business Office | bn |
| 10/30/07 | 2579 returned concurring with a small business set-aside | bn |
| 12/20/07 | Validated quantity with supply planner, Marietta Simpson, thru email. | bn |
| 1/3/08 | Acquisition Plan to KO for review/approval | bn |
| 1/9/08 | Posted to Dibbs | bn |
| 1/24/08 | Received NAICS appeal from DCX/Chol | bn |
| 1/30/08 | Faxed a copy of the "fax-back-memo" from the SBA to DCX/Chol as advised in SBA's request. Faxed the "fax-back-memo" and a copy of the RFP and amendment to Ms.Lee at the SBA. | bn |
| 2/5/08 | Received ORDER from the SBA to respond as to whether the part is a specialized component of the F/A-18 Hornet | bn |
| 2/6/08 | Talked to John Henley in the Small Business Office who recommended amending the solicitation to change the NAICS code to 334419. He will write up a response and run it thru legal. | bn |
| 2/7/08 | Amended the RFP to change the NAICS code and scanned into the ECF to post to DIBBS. Prepared letter and fax cover sheets for Ernest. PR REFERRED TO PRODUCT SPECIALIST- PER EMAIL FROM MARK USLAN OF DCX/CHOL THE NAVY HAS REPLACED THIS PART WITH NSN 6150-01-423-1640. POC AT NAVICP IS DAVID NAIRNS (215-697-5220). | bn |
| 2/14/08 | Received decision from the SBA upholding DSCRs decision to use NAICS code 334419 and denying DCX's appeal. | |
| 2/19/08 | Faxed copy of the SBA decision to John Henley in the Small Business Ofc. Issued amendment 0003 extending the closing date until 3/3/08 per request from Midcon Cables who is an approved source of supply. They need more time to obtain pricing for the connectors. Updated the closing date on the RFP and re-posted to DIBBS. Amend 3 was scanned and imported into the ECF for upload to DIBBS. | bn |
| 2/25/08 | per email from Janice Hicks + Ed Murray | |
| | do not award prior to 4/2/08 | Bn |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# TAB 5

**Noe, Brenda (DSCR)**

**From:** Noe, Brenda (DSCR)
**Sent:** Wednesday, January 09, 2008 3:45 PM
**To:** #Masterite Div, DCX-CHOL Entr. Inc
**Subject:** RE: SPM4A6-08-R-0148 - DCX REF 27125

Mark,

I tried to call but you were out of the office. A 1C is a configuration controlled item. A technical data package is not available. The second paragraph of the description states that specs/dwgs etc. are not available. I inadvertently left the last paragraph in my working copy of the synopsis format when I sent this out. It would only apply when a tech data package is referenced in the item description.

The approved sources are Seyer Ind; Midcon Cables; and McDonald Douglas.

I have spoken with Mr. Henley in the Small Business Office about the change in the NAICS code and he advised that it would not be appropriate to select a generic code such as aircraft parts when a more specific code applies such as current carrying wiring device for a cable assembly even thought the cable may be used on an aircraft.

What is DCX's size when EME's employees are included?

Brenda Noe
Contract Specialist
Defense Supply Center Richmond
(804) 279-3006
(804) 279-6009 fax

-----Original Message-----
From: DCX\Chol Enterprises, Inc. [mailto:dcxchol-dodsales@earthlink.net]
Sent: Friday, January 04, 2008 9:19 AM
To: Noe, Brenda (DSCR)
Cc: Neal Castleman
Subject: SPM4A6-08-R-0148 - DCX REF 27125

Brenda,

The synopsis for this requirement indicates that a TDP will be avail. when the sol is posted. This NSN is coded 1C not 1G: what is 1C?

We believe that the correct NAICS code for this item is 336413 - Other aircraft part and auxillary equip. mfg. - SB size 1,000 employees.

Mark

## Noe, Brenda (DSCR)

**From:** Noe, Brenda (DSCR)
**Sent:** Wednesday, January 09, 2008 3:32 PM
**To:** Henley, John (DSCR)
**Subject:** RE: NAICS codes and small business status - DCX/Chol

No. It was just synopsized and opens on 1/23/08 with a closing date of 2/25/08.

Brenda Noe
Contract Specialist
Defense Supply Center Richmond
(804) 279-3006
(804) 279-6009 fax

-----Original Message-----
From: Henley, John (DSCR)
Sent: Wednesday, January 09, 2008 3:16 PM
To: Noe, Brenda (DSCR)
Cc: Carter, Donna D (DSCR); Sayers, Judy (DSCR)
Subject: RE: NAICS codes and small business status - DCX/Chol

I agree the more specific code is appropriate when available. Has the solicitation closed?

-----Original Message-----
From: Noe, Brenda (DSCR)
Sent: Wednesday, January 09, 2008 3:11 PM
To: Henley, John (DSCR)
Cc: Carter, Donna D (DSCR)
Subject: NAICS codes and small business status - DCX/Chol

John,

I spoke with Donna Carter and she advised that I contact you for further guidance.

DCX/Chol is requesting that I change the NAICS code for a proposed solicitation for a cable assembly, special purpose, electrical under FSC 6150 from code 335931, current carrying wiring device manufacturing to 336413 -Other aircraft part and auxiliary equipment manufacturing.

This change in NAICS would increase the size standard of employees from 500 to 1000.

This would prevent DCX from being determined a large business on our small business set-asides if they employee less than 1,000 employees.

I could not find an employee count in the response from the SBA where they determined DCX to be a large business. The protested award was solicited under code 335931 with an employee count of 500 and SBA's response addressed only that size standard.

Donna and I talked, and we agreed that it would be inappropriate to use a generic NAICS such as aircraft parts for a cable that will be used on the aircraft when a more specific code is available.

Any advice/guidance before I response to DCX?

Brenda Noe
Contract Specialist
Defense Supply Center Richmond
(804) 279-3006

**Refer Purchase Request (USPDP017) Thursday, Feb 7 2008 09:25:03 AM**

Buyer: PARFK41 - BRENDA NOE

PR: 0016122465
NOMEN: CABLE ASSEMBLY,SPEC

NSN: 6150-01-304-5490
Dollar Value: 380674.59

Event Code: PROD
Referral Code: QD

Requested Return Date: Sunday, Feb 24 2008
Referral Date: **/**/**
Reply Date: **/**/**
Delay Reason Date: **/**/**

Offline Data: N
Event Message: REQUEST QUAL ASSIST - OTHER
Priority Category: F
From: PARFK41 2793006 BRENDA NOE
To: SARKD06 VERONICA PARHAM

Remarks:
Mark Uslan of DCX/Chol Enterprises (937-436-4709)has advised that the Navy has replaced the part with NSN 6150-01-423-1640 - p/n 74A756214-9JAA and that the current part is considered obsolete.

The POC at NAVICP is David Nairns, 215-697-5220, david.nairns@navy.mil.

Please review and advise if we should continue with this procurement or if the NSN will be cancelled and the part procured under the new NSN.

Reply:

**Noe, Brenda (DSCR)**

**From:** DCX\Chol Enterprises, Inc. [dcxchol-dodsales@earthlink.net]
**Sent:** Monday, February 04, 2008 11:00 AM
**To:** Noe, Brenda (DSCR)
**Cc:** Neal Castleman; david.nairns@dla.mil
**Subject:** SPM4A6-08-R-0148 - 6150-01-304-5490 - 74A756214-9FAA

**Importance:** High

Brenda,

The Navy has replaced the subject part with NSN 6150-01-423-1640 - P/N 74A756214-9JAA.

The part being procured under the subject requirement is, for all intents and purposes, oboleted and replaced by the "9JAA".

David Nairns, NAVICP, would like to talk with you regarding this matter: T/ 215-697-5220 - E/ david.nairns@navy.mil .

Please call him as soon as possible.

Thanks,

Mark

Mark Uslan
Government Sales Manager
DCX\Chol Enterprises, Inc.
1400 E. Centerville Station Road
Centerville, OH 45459

T- 937-436-4709
F- 937-436-4589

# TAB 6

**U. S. SMALL BUSINESS ADMINISTRATION**
**Office of Government Contracting – Area VI**
**455 Market Street, 6th Floor**
**San Francisco, California 94105**

NOV 29 2007

DCX-CHOL Enterprises, Inc.
12831 South Figueroa Street
Los Angeles, CA 90061-1157

Attention: Neal Castleman
President

Subject: Size Determination Case No: 6-2008-018
NAICS Code: 335931
Size Standard: 500 employees

Dear Mr. Castleman:

The Small Business Administration (SBA) has made a formal size determination that your business is other than small under the size standard listed above. A copy of the formal size determination is enclosed.

Section 16(d) of the Small Business Act, 15 U.S.C. 645(d), provides severe criminal penalties for knowingly misrepresenting the small business size status of a concern in connection with procurement programs.

Any person adversely affected by this decision may appeal to SBA's Office of Hearings and Appeals (OHA). An appeal petition must be filed with OHA at the following address:

Office of Hearings and Appeals
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416

An appeal petition must include the following information:

- the Area Office which issued the size determination;
- the solicitation or contract number;
- name, address and telephone number of the contracting officer;
- the date of receipt of the size determination;
- a full and specific statement as to why the size determination is alleged to be in error, together with argument supporting such allegations; and
- the name, address, telephone number and signature of the appellant or its attorney.

A copy of the OHA regulations (13 CFR Part 134) is enclosed for your assistance. Please read them carefully for very specific filing instructions.

If additional information or assistance is needed, please contact Tracey Brown, Size Specialist, at (602) 745-7217.

Sincerely,

Robert S. Paccione
Area Director
for Government Contracting

Enclosures: Size Determination
13 CFR Part 134 (OHA regulations)

cc: DLA, DSC Richmond
Spencer Industries, Inc.

**U. S. SMALL BUSINESS ADMINISTRATION**
**Office of Government Contracting – Area VI**
**455 Market Street, 6th Floor**
**San Francisco, California 94105**

NOV 29 2007

Size Determination
File Number 6-2008-018

DCX-CHOL Enterprises, Inc.
12831 South Figueroa Street
Los Angeles, CA 90061-1157

| | |
|---|---|
| Solicitation No.: | SPM4A6-07-R-0346 |
| Procuring Activity: | Defense Logistics Agency |
| NAICS Code: | 335931 |
| Size Standard: | 500 employees |

INTRODUCTION

On April 23, 2007, the Defense Logistics Agency, Defense Supply Center Richmond, Richmond, Virginia, issued Request for Proposal ("RFP") No. SPM4A6-07-R-0346 as a total small business set-aside. The RFP is for a Cable Assembly, Special Purpose and was assigned North American Industry Classification ("NAICS") Code 335931 (Current-Carrying Wire Device Manufacturing) which has a size standard of 500 employees averaged over the previous 12 completed calendar months prior to self-certification. There is a secondary size standard of 500 employees for non-manufacturers.

The Contracting Officer sent notification to unsuccessful offerors via facsimile on October 17, 2007 that DCX-CHOL Enterprises, Inc. ("DCX-CHOL" or the "Company") was the apparent successful offeror.

On October 23, 2007, Spencer Industries, Incorporated filed a timely size protest alleging that DCX-CHOL exceeds the small business size standard based on Dunn & Bradstreet reports for various divisions of DCX-CHOL which it alleges support employee counts exceeding the applicable size standard for this procurement.

EVIDENCE

The revised SBA form 355, Application for Small Business Size Determination, submitted by DCX-CHOL indicates that it is owned equally by Neal Castleman, President, and Brian Gamberg, Vice President. Since both Messrs. Castleman and Gamberg equally own DCX-CHOL, they are both considered to have the power to control the Company. 13 CFR § 121.103(c).

DCX-CHOL has six operating divisions: DCX-Colorado, Teltronics, Elecsys, Masterite, NewVac and Corporate Headquarters. DCX-CHOL, including its divisions, has fewer employees than the applicable size standard. In addition, DCX-CHOL wholly owns EME Holding GmbH ("EME Holding") which is an acknowledged affiliate and does not have any employees. Further, EME Holding owns EME which owns EME-Paks ("EMP") located in Hungary.

EME Holding, as the exclusive shareholder of EME, appoints the managing director of EME/EMP as stated in a letter dated March 5, 2004 signed by Neal Castleman, President. DCX-CHOL asserts the managing director has sole authority to represent EME/EMP, full responsibility for all areas of business and 100 percent control of EME/EMP as prescribed by German Law. Furthermore, DCX-CHOL asserts that it is merely a stockholder in EME Holding and has no control in EME/EMP and, therefore, should not be considered an affiliate of EME/EMP under 13 C.F.R. § 121.103(b)(5)(vi). However, this argument is inapposite since that section provides a certain exception to applicants of financial, management and technical assistance under the Small Business Investment Act of 1958. Such is not the case here.

13 CFR § 121.103(c)(1) states:

> A person (including any individual, concern or other entity) that owns, or has the power to control, 50 percent or more of a concern's voting stock, or a block of voting stock which is large compared to other outstanding blocks of voting stock, controls or has the power to control the concern.

Despite DCX-CHOL's argument it does not control EME/EMP, and, therefore should not be considered an affiliate of EME/EMP, it is presumed the Company has the power to control EME/EMP since DCX-CHOL wholly owns EME Holding which has the authority as the sole shareholder of EME to appoint or remove the managing director of EME/EMP thereby giving DCX-CHOL the power to control EME/EMP whether it is exercised or not.

Therefore, for the purpose of this size determination, EME and EMP are considered affiliates of DCX-CHOL.

13 CFR § 121.103(a)(6) states:

> In determining the concern's size, SBA counts the receipts, employees, or other measure of size of the concern whose size is at issue and all of its domestic and foreign affiliates, regardless of whether the affiliates are organized for profit.

SBA relied upon the revised SBA Form 355 and employee calculation worksheets to evaluate DCX-CHOL's employee count and its acknowledged affiliates' employees for the proceeding 12 calendar months. For EME and EMP, SBA used the total employee count provided by DCX-CHOL in an email dated November 27, 2007 which did not include a breakdown of the number of employees for each entity into pay periods.

Thus, the average number of employees for DCX-CHOL was calculated by adding the average number of employees of DCX-CHOL including its acknowledged affiliate with the total number of employees for EME and EMP for the applicable period of measurement.

The combined number of employees of DCX-CHOL, its divisions, and its affiliates exceed the applicable size standard of 500 employees averaged over the 12 completed calendar months prior to DCX-CHOL's self-certification on April 24, 2007.

CONCLUSION

Accordingly, as the Area Director for Government Contracting, I find that DCX-CHOL Enterprises, Inc., plus its affiliates, exceeds the applicable size standard of 500 employees averaged over the last 12 completed calendar months. DCX-CHOL shall not certify as a small business concern on future Government procurements with a size standard as stated above unless it is determined to be a small business concern by the Office of Hearings and Appeals or recertified by an appropriate SBA office.

For further information regarding this determination, please contact Tracey Brown, Size Specialist, at (602) 745-7217.

Robert S. Paccione
Area Director
For Government Contracting
Area Office VI

# TAB 7

**DCX\Chol Enterprises, Inc.**
DOD Sales Office
1400 E. Centerville Station Road
Centerville, OH 45459

OH - Tel (937) 436-4709 - Fax (937) 436-4589

E-Mail – dcxchol-dodsales@earthlink.net

January 24, 2008

VIA TELEPHONICALLY CONFIRMED
FACSIMILE

Office of Hearings and Appeals
U.S. Small Business Administration
409 3rd St, SW
Washington, DC 20416

Phone: 202-401-8203
Fax: 202-205-7059

ATTN: Docketing Clerk

RE: NAICS Appeal of Solicitation No. SPM4A6-08-R-0148 – PR 0016122465
Improper NAICS Code No. 335931

Dear Sir/Madam:

This is a North American Industry Classification System ("NAICS") Appeal of DCX-CHOL on Solicitation No. SPM4A6-08-R-0148, NAICS code 335031, pursuant to 15 U.S.C. § 631 et seq. and 13 C.F.R. Parts 121 & 134. The following required information is provided:

(1) The contracting office which designated the incorrect NAICS code is DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297

(2) The solicitation and the name, address and telephone number of the contracting officer is Brenda Noe - DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297 – Tel 804-279-3006 – Fax 804-279-6009 – e-Mail brenda.noe@dla.mil .

(3) A full and specific statement as to why the NAICS code designation is in error, with argument supporting such allegations (see below); and

(4) The name, address, telephone number, facsimile number of the appellant is Mark Uslan, Government Sales Manager – DCX\Chol Enterprises, Inc., 1400 E. Centerville Station Rd., Centerville, OH 45459 – Tel: 937-436-4709 – Fax: 937-436-4589 – e-Mail: dcxchol-dodsales@earthlink.net. Appellant's signature is at the conclusion of this letter.

(5) The proper NAICS code is 336413

(6) The Appellant is adversely affected by the Contracting Officer's NAICS code designation since it is not a small business under that code, but is a small business under the proper code, and Appellant seeks to submit an offer in response to this solicitation.

FULL AND SPECIFIC STATEMENT AS TO WHY THE NAICS CODE DESIGNATION IS IN ERROR, WITH ARGUMENT SUPPORTING SUCH ALLEGATIONS

1. NAICS CODES

The Contracting Officer has classified this procurement in NAICS code 335931, which is an improper classification. The proper classification for the work or product in the Solicitation is NAICS 336413.

*NAICS 335931* is identified in the NAICS manual as follows:

Current-Carrying Wiring Device Manufacturing (Size Standard 500 employees)

| Index entry | NAICS Code 2007 | 2007 U.S. NAICS Title |
|---|---|---|
| Arrestors and coils, lighting, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Automotive electrical switches manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Bus bars, electrical conductors (except switchgear-type), manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Caps and plugs, attachment, electric, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Conductor connectors, solderless connectors, sleeves, or soldering lugs, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Connectors and terminals for electrical devices manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Connectors, electric cord, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Connectors, solderless (wiring devices), manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Connectors, twist on wire (i.e., nuts), manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Contacts, electrical (except carbon and | 335931 | Current-Carrying Wiring Device Manufacturing |

| | | |
|---|---|---|
| graphite), manufacturing | | |
| Convenience outlets, electric, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Cord connectors, electric, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Current taps, attachment plug and screw shell types, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Cutouts, switch and fuse, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Dimmer switches, outlet box mounting-type, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Duplex receptacles, electrical, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Fuse cutouts manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| GFCI (ground fault circuit interrupters) manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Ground clamps (i.e., electric wiring devices) manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Ground fault circuit interrupters (GFCI) manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Lamp holders manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Lamp sockets and receptacles (i.e., electric wiring devices) manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Lightning arrestors and coils manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Lightning protection equipment manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Lugs and connectors, electrical, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Outlets (i.e., receptacles), electrical, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Outlets, convenience, electrical, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Plugs, electric cord, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Rail bonds, propulsion and signal circuit electric, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Receptacles (i.e., outlets), electrical, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Rheostats (i.e., dimmer switches), current carrying wiring device, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Snap switches (i.e., electric wiring devices) manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Sockets, electric, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Solderless connectors (electric wiring devices) manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Switch cutouts manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Switches for electrical wiring (e.g., pressure, pushbutton, snap, tumbler) manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Switches, outlet box mounting-type, manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |
| Taps, current, attachment plug and screw shell | 335931 | Current-Carrying Wiring Device Manufacturing |

| | | |
|---|---|---|
| types, manufacturing | | |
| Terminals and connectors for electrical devices manufacturing | 335931 | Current-Carrying Wiring Device Manufacturing |

*NAICS 336413* which is the proper NAICS code, is identified in the NAICS Manual as follows:

Other Aircraft Part and Auxiliary Equipment Manufacturing.

| Index entry | NAICS Code 2007 | 2007 U.S. NAICS Title |
|---|---|---|
| Aircraft assemblies, subassemblies, and parts (except engines) manufacturing | 336413 | Other Aircraft Parts and Auxiliary Equipment Manufacturing |
| Aircraft auxiliary parts (e.g., crop dusting, external fuel tanks, inflight refueling equipment) manufacturing | 336413 | Other Aircraft Parts and Auxiliary Equipment Manufacturing |
| Aircraft control surface assemblies manufacturing | 336413 | Other Aircraft Parts and Auxiliary Equipment Manufacturing |
| Aircraft fuselage wing tail and similar assemblies manufacturing | 336413 | Other Aircraft Parts and Auxiliary Equipment Manufacturing |
| Aircraft propellers and parts manufacturing | 336413 | Other Aircraft Parts and Auxiliary Equipment Manufacturing |
| Airframe assemblies (except for guided missiles) manufacturing | 336413 | Other Aircraft Parts and Auxiliary Equipment Manufacturing |
| Developing and producing prototypes for aircraft parts (except engines) and auxiliary equipment | 336413 | Other Aircraft Parts and Auxiliary Equipment Manufacturing |
| Joints, universal, aircraft, manufacturing | 336413 | Other Aircraft Parts and Auxiliary Equipment Manufacturing |
| Targets, trailer type, aircraft, manufacturing | 336413 | Other Aircraft Parts and Auxiliary Equipment Manufacturing |
| Tow targets, aircraft, manufacturing | 336413 | Other Aircraft Parts and Auxiliary Equipment Manufacturing |
| Universal joints, aircraft, manufacturing | 336413 | Other Aircraft Parts and Auxiliary Equipment Manufacturing |

2. SOLICITATION

The Solicitation at issue is for the following items, and contains the following description or specification

NSN – 6150-01-304-5490 - (76301) 74A756214-9FAA - Description: Cable Assembly, Special Purpose. Electrical

The referenced NSN / Part number is a component of the F/A 18 Hornet aircraft, specifically the weapons pylon

3. ARGUMENT

NAICS 335931 is a code which can be used to describe any electronic current carrying device used in any application from a building wall to aircraft carrier.

NAICS 336413 is a specific code used to describe components used in an aircraft. In this case, the F/A 18 Hornet.

The Contracting Officer's NAICS code designation is based on a clear error of fact or law. 13 C.F.R. § 134.314. Appellant submits that the preponderance of evidence indicates that this is an improper NAICS code. The correct NAICS code is that which best describes the principal purpose of the product or service being procured. 13 C.F.R. § 121.402(b). Factors considered in the selection of the proper NAICS code include: industry descriptions in the NAICS Manual, the product or service description in the solicitation, the relative weight of each element in the solicitation, the function of the goods or services, previous procurement classifications of the same or similar products or services, and the classification which would best serve the purposes of the Small Business Act. Id. See also Inklings Media Company, LLC, NAICS-4850 (2007). As noted above, this component is a part of a military aircraft. As such, it is most appropriately classified to NAICS 336413 Other Aircraft Part and Auxiliary Equipment Manufacturing.

For these reasons the NAICS code is incorrect. NAICS 335931 is an inappropriate classification because it is a very general one, and fails to take into consideration the specialized nature of the item being manufactured. The function of the product is to serve in a military aircraft ( NOT a generalized Current-Carrying Wiring Device, which is NAICS 335931). For these reasons, NAICS 336413 is the proper code.

Respectfully submitted,

Mark W. Uslan

Government Sales Manager

Certificate of Service - NAICS Appeal of DCX-CHOL dated: Thursday, January 24, 2008.

I certify that on January 24, 2008 I caused the foregoing document to be served by sending a copy by e-Mail upon the foregoing persons:

> Brenda Noe - DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297 – brenda.noe@dla.mil.
>
> John Henley - DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297 – john.henley@dla.mil .

I certify that on January 21, 2008 I caused the foregoing document to be served by sending a copy by facsimile upon the foregoing persons:

> John Klein, Esq., U.S. Small Business Administration, Associate General Counsel for Procurement Law, 409 3rd St, SW, Washington, DC 20416, 202-619-1772, fax 202-205-7059.

Mark W. Uslan
Government Sales Manager

# Fax Cover Sheet

www.sba.gov

U.S. Small Business Administration

SBA

*Your Small Business Resource*

To:

Organization:

Phone: Fax:

Date: 1-28-2008 Time:

From: Pat Lee

Office: Hearings and Appeals

Phone: 202-401-8200 Fax: 202-205-7059

No. of pages (including this cover sheet) 4

As America's Small Business Resource, the SBA can connect you with a network of services to fit your needs.

We help small businesses:

- Get funding to grow.
- Open doors to contracts.
- Find local resources.
- Recover from disasters.

And more.

**Message:** to:

Mark Allen - 937-436-4589
Brenda Noe - 804-279-6009
Frank Borchert 202-205-6846
John Klein - 202-205-6873

CONFIDENTIALITY NOTE: the information contained in this facsimile transmittal sheet and the document(s) that follow are for the exclusive use of the addressee and may contain information protected by the Privacy Act, 5 U.S.C. 552a, or otherwise confidential, privileged, or non-disclosable information. If the recipient of this facsimile is not the addressee or is not the person responsible for delivering this facsimile to the addressee, the recipient may violate the law by reading, photocopying, distributing or otherwise using this facsimile transmission or its contents in any way. If the recipient has received this facsimile transmission in error, call the sending office immediately.

# United States Small Business Administration
# Office of Hearings and Appeals

| | |
|---|---|
| NAICS APPEAL OF:<br><br>DCX/Chol Enterproises, Inc.<br><br>Appellant<br><br>Solicitation No. SPM4A6-08-R-0148<br>Defense Logistics Agency<br>Defense Supply Center Richmond<br>Richmond, Virginia | Issued: January 28, 2008<br><br>Docket No. NAICS-2008-01-24-08 |

## NOTICE AND ORDER

The Office of Hearings and Appeals (OHA) hereby notifies all parties (defined in 13 C.F.R. § 134.101) and other persons (defined in 13 C.F.R. § 134.205(c)) of the January 24, 2008, filing of a North American Industry Classification System (NAICS) code appeal from the above-captioned solicitation.

## I. Instructions to the Contracting Officer

The Contracting Officer who designated the NAICS code in this solicitation MUST:

A. Submit a paper copy of the original solicitation and all amendments to OHA only, as required by 13 C.F.R. § 134.306(b) and FAR § 19.303(c)(4). Also, if the solicitation is posted on the Internet, inform OHA of the URL.

B. Submit to OHA any additional amendments made while this appeal is pending.

C. Notify all who have expressed an interest in the solicitation of the pendency of this appeal, including a copy of this Notice and Order. *See Advanced Systems Technology, Inc. v. United States*, 69 Fed.Cl. 474 (2006). After providing the required notice, attach a list of those notified to the "Fax-Back Memorandum." *See* "D." below.

D. Complete and return the "Fax-Back Memorandum" as soon as possible.

E. File and serve written notice of any contract award (including date awarded and name of awardee), cancellation, stop-work order, or other litigation affecting the procurement.

The Contracting Officer may also respond to the appeal by the close of record.

Docket No. NAICS-2008-01-24-08

## II. Responses to the Appeal and Close of Record

Any response to this appeal must be served on all parties to the proceeding or on their attorneys and be **RECEIVED by OHA no later than February 12, 2008.** Except for good cause shown, the record will close on that date.

OHA's rules of practice are at 13 C.F.R. §§ 134.101-317. More information on NAICS code appeals is available at:
www.sba.gov/aboutsba/sbaprograms/oha/ohaappeals/OHA_APPEALS_NAICS.html

## III. Filing and Service Instructions

A party filing any pleading or other submission must include a Certificate of Service stating how and when the party accomplished service. 13 C.F.R. §§ 134.305(d), 134.204(d). The attached Certificate of Service lists all currently known parties (or their representatives), record addresses, and facsimile numbers.

The filing and service requirements for all pleadings and other submissions are at 13 C.F.R. §§ 134.204, 134.305(c), and 134.307. Filing means the **RECEIPT** by OHA of the pleading or other submission. Any filing received by OHA after 5 p.m. eastern time is considered filed on the next day. 13 C.F.R. § 134.204(b). Service means providing a copy of the pleading or other submission to any attorneys or authorized representatives of parties, and to unrepresented parties, at their record addresses. 13 C.F.R. § 134.204(c). All filings must contain the Docket No. and must be faxed (recommended method), personally delivered, commercially delivered, or mailed to:

Office of Hearings and Appeals
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416
ATTENTION: Patricia Lee, Assistant Size Specialist
(Fax) 202-205-7059 (Phone) 202-401-8200

Thomas B. Pender

THOMAS B. PENDER
Administrative Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on January 28, 2008, I served the foregoing, by facsimile transmission upon the following:

Mark W. Uslan
Government Sales Manager
DCX/Chol Enterprises, Inc.
1400 Centerville Station Road
Centerville, OH 45459
Fax (937) 436-4589

Brenda Noe, Contracting Officer
Defense Logistics Agency
Defense Supply Center Richmond
8000 Jefferson Davis Hwy.
Richmond, VA 23297
Fax (804) 279-6009

Frank Borchert, Esq.
General Counsel
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416-0005
Fax (202) 205-6846

John W. Klein, Esq.
Assoc. General Counsel for Procurement Law
U.S. Small Business Administration
409 Third Street, S.W., Fifth Floor
Washington, DC 20416-0005
Fax (202) 205-6873

Patricia Lee

Patricia Lee
Office of Hearings and Appeals

| U.S. Small Business Administration<br>Office of Hearings and Appeals (OHA)<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 | **"FAX-BACK MEMO"** |
|---|---|

To: Brenda Noe, Contracting Officer
Defense Logistics Agency
Defense Supply Center Richmond
Richmond, VA

From: Pat Lee, Ass't. Size Specialist, OHA
Tel. (202) 401-8200 • Fax (202) 205-7059.

Solicitation: SPM4A6-08-R-0148

Subject: NAICS Appeal of DCX/Chol Enterperises, Inc., Docket No. SIZ-2008-01-24-08

**Instructions:**

Please answer the following questions about this solicitation and return ASAP to Ms. Lee by fax. Send a copy to all known parties (protested firm, protestors, etc.) by fax and/or first class mail. If needed, OHA will contact you to request any needed additional documents (award letter, etc.). The CO's office must send OHA a paper copy of the original solicitation and each amendment. If you don't receive the OHA Judge's Notice and Order in a few days, please call.

If you wish to file a substantive response to an appeal, please file it separately. See OHA's rules of practice for information on how to file and serve. The Notice and Order gives the deadline. Our website contains OHA's rules of practice (13 CFR §§ 134.101 - 134.318), a sample certificate of service, much of OHA's caselaw, and other information: http://www.sba.gov/oha

1. Issuance Date: 1/23/08 NAICS Code: 335931 Size Standard: 500

2. Purpose of Solicitation: procure 29ea of nsn 6150-01-304-5490

3. If Bid, date of Bid Opening: ____

4. If Negotiated, date Initial Offers due: 2/25/08 Final Proposal Revisions due: ____

   Date offerors notified of the apparently successful offeror: ____

5. If awarded, date awarded and to whom: ____

6. Status of solicitation or contract (withdrawn, cancelled, in performance, suspended, etc.):

   Solicitation is open

7. Is any other litigation pending on this solicitation or contract? no

8. List names, addresses, and fax numbers of parties (protested firm, protestors, etc.) to whom you are sending copies of this response. Also indicate date sent and method (mail, fax, etc.).

   Dcx/chol Enterprises, 1400 E. Centerville Station Rd, Centerville, Oh 45459
   fax 937-436-4589

# Fax Cover Sheet

www.sba.gov

U.S. Small Business Administration

SBA

*Your Small Business Resource*

To: Brenda Noe, C.O.

Organization: DSC-Richmond

Phone: Fax: 804-279-6009

Date: 1-28-2008 Time:

From: Pat Lee

Office: Hearings and Appeals

Phone: 202-401-8200 Fax: 202-205-7059

No. of pages (including this cover sheet) 2

As America's Small Business Resource, the SBA can connect you with a network of services to fit your needs.

We help small businesses:

- Get funding to grow.
- Open doors to contracts.
- Find local resources.
- Recover from disasters.

And more.

**Message:**

CONFIDENTIALITY NOTE: the information contained in this facsimile transmittal sheet and the document(s) that follow are for the exclusive use of the addressee and may contain information protected by the Privacy Act, 5 U.S.C. 552a, or otherwise confidential, privileged, or non-disclosable information. If the recipient of this facsimile is not the addressee or is not the person responsible for delivering this facsimile to the addressee, the recipient may violate the law by reading, photocopying, distributing or otherwise using this facsimile transmission or its contents in any way. If the recipient has received this facsimile transmission in error, call the sending office immediately.



Federal Recycling Program Printed on Recycled Paper

****************** -COMM. JOURNAL- ******************** DATE JAN-30-2008 ** TIME 17:31 ********

MODE = MEMORY TRANSMISSION START=JAN-30 17:30 END=JAN-30 17:31

FILE NO.=532

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
| --- | --- | --- | --- | --- | --- |
| 001 | OK | * | 919374364589 | 002/002 | 00:00:46 |

*************************************** - - ***** - - *********

# FAX

## UNITED STATES DEPT. OF DEFENSE
## DEFENSE SUPPLY CENTER RICHMOND

8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5100

DATE: January 30, 2008
PAGES INCLUDING COVER: 2

BRENDA NOE/PARFK41
ACQUISITION SPECIALIST
PHONE: 804-279-3006
FAX: 804-279-6009

**TO: DCX/Chol Enterprises, Inc.**
**ATTN: Mark Uslan**

**FAX: 937-436-4589**

SUBJECT: NAICS Appeal of Solicitation SPM4A6-08-R-0148

A copy of the response to the Small Business Administration for Docket No. SIZ-2008-01-24-08 is attached for your reference.

# FAX

## UNITED STATES DEPT. OF DEFENSE
## DEFENSE SUPPLY CENTER RICHMOND

8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5100

DATE: January 30, 2008
PAGES INCLUDING COVER: 2

BRENDA NOE/PARFK41
ACQUISITION SPECIALIST
PHONE: 804-279-3006
FAX: 804-279-6009

**TO: DCX/Chol Enterprises, Inc.**
**ATTN: Mark Uslan** **FAX: 937-436-4589**

SUBJECT: NAICS Appeal of Solicitation SPM4A6-08-R-0148

A copy of the response to the Small Business Administration for Docket No. SIZ-2008-01-24-08 is attached for your reference.

# FAX

UNITED STATES DEPT. OF DEFENSE
DEFENSE SUPPLY CENTER RICHMOND
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5100

DATE: January 30, 2008
PAGES INCLUDING COVER: 24

BRENDA NOE/PARFK41
ACQUISITION SPECIALIST
PHONE: 804-279-3006
FAX: 804-279-3377

**TO: U.S. Small Business Administration**
**ATTN: Pat Lee FAX: 202-205-7059**

SUBJECT: NAICS appeal of DCX/Chol Enterprises, Inc. Docket No. SIZ-2008-01-24-08

A copy of the "Fax-back-memo", Request for Proposal SPM4A6-08-R-0148 and Amendment 0001 are attached for your review. The solicitation may be found at https://www.dibbs.bsm.dla.mil/RFP/RfpRecs.asp.

# FAX

## UNITED STATES DEPT. OF DEFENSE
## DEFENSE SUPPLY CENTER RICHMOND

8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5100

DATE: January 30, 2008
PAGES INCLUDING COVER: 24

BRENDA NOE/PARFK41
ACQUISITION SPECIALIST
PHONE: 804-279-3006
FAX: 804-279-3377

**TO: U.S. Small Business Administration**
**ATTN: Pat Lee** **FAX: 202-205-7059**

SUBJECT: NAICS appeal of DCX/Chol Enterprises, Inc. Docket No. SIZ-2008-01-24-08

A copy of the "Fax-back-memo", Request for Proposal SPM4A6-08-R-0148 and Amendment 0001 are attached for your review. The solicitation may be found at https://www.dibbs.bsm.dla.mil/RFP/RfpRecs.asp.

********** - - ***** - - ****************************************

MODE = MEMORY TRANSMISSION START=JAN-30 17:32 END=JAN-30 17:45

FILE NO.=523

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | P-OK | ≡ | 912022057059 | 022/022 | 00:08:47 |

DSCR 86

*************** -COMM. JOURNAL- ******************** DATE JAN-30-2008 ***** TIME 17:45 ********

# United States Small Business Administration
# Office of Hearings and Appeals

NAICS APPEAL OF:

DCX/Chol Enterprises, Inc.

Appellant

Solicitation No. SPM4A6-08-R-0148
Defense Logistics Agency
Defense Supply Center Richmond
Richmond, Virginia

Docket No. NAICS-2008-01-24-08

Issued: February 4, 2008

## ORDER

On January 24, 2008, DCX/Chol Enterprises, Inc. (Appellant) filed a North American Industry Classification System (NAICS) code appeal from the above-referenced solicitation. Appellant alleges the proper NAICS code for the procurement is 336413, Other Aircraft Part and Auxiliary Equipment Manufacturing, with a small business size standard of 1,000 employees.

Appellant argues that the designated NAICS code (335931) is too general and "fails to take into consideration the specialized nature of the item being manufactured." Appeal, at 5. Appellant asserts that 336413 is the more appropriate code because "[t]he function of the product is to serve in a military aircraft (NOT a generalized Current-Carrying Wiring Device, which is NAICS code 335931)." *Id.*

The Contracting Officer (CO) is ORDERED to file a Response to the Appeal Petition, by February 11, 2008. Specifically, the CO should address whether the item in question is a specialized component for the F/A-18 Hornet aircraft.

Thomas B. Pender

THOMAS B. PENDER
Administrative Judge

I hereby certify that, on February 4, 2008, I served the foregoing by facsimile transmission upon the following:

Mark W. Uslan, President
Government Sales Manager
DCX/Chol Enterprises, Inc.
1400 Centerville Station Road
Centerville, OH 45459
Fax (937) 436-4589

Brenda Noe, Contracting Officer
Defense Logistics Agency
Defense Supply Center Richmond
8000 Jefferson Davis Hwy.
Richmond, VA 23297
Fax (804) 279-~~6009~~ 3377

Frank Borchert, Esq.
General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, DC 20416-0005
Fax (202) 205-6846

John W. Klein, Esq.
Associate General Counsel
for Procurement Law
U.S. Small Business Administration
409 Third Street, S.W., 5th Floor
Washington, DC 20416-0005
Fax (202) 205-6873

Sharon Taylor
Program Support Specialist

# FAX

UNITED STATES DEPT. OF DEFENSE
DEFENSE SUPPLY CENTER RICHMOND
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5100

DATE: February 7, 2008
PAGES INCLUDING COVER: 4

BRENDA NOE/PARFK41
ACQUISITION SPECIALIST
PHONE: 804-279-3006
FAX: 804-279-3377

**TO: US Small Business Administration**
**ATTN: Frank Borchert, Esq., General Counsel FAX: 202-205-6846**

SUBJECT: SPM4A6-08-R-0148, NAICS Appeal under Docket No. NAICS-2008-01-24-08

Attached is a copy of the Contracting Officer's response to the ORDER from Judge Pender inquiring as to whether the item in question is a specialized component for the F/A-18 Hornet aircraft.

# FAX

## UNITED STATES DEPT. OF DEFENSE
## DEFENSE SUPPLY CENTER RICHMOND

8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5100

DATE: February 7, 2008
PAGES INCLUDING COVER: 4

BRENDA NOE/PARFK41
ACQUISITION SPECIALIST
PHONE: 804-279-3006
FAX: 804-279-3377

TO: US Small Business Administration, Office of Hearings and Appeals

ATTN: Thomas B. Pender, Administrative Judge

FAX: 202-205-7059

SUBJECT: SPM4A6-08-R-0148, NAICS Appeal under Docket No. NAICS-2008-01-24-08

Attached is a copy of the Contracting Officer's response to the ORDER from Judge Pender inquiring as to whether the item in question is a specialized component for the F/A-18 Hornet aircraft.

# FAX

UNITED STATES DEPT. OF DEFENSE
DEFENSE SUPPLY CENTER RICHMOND
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5100

DATE: February 7, 2008
PAGES INCLUDING COVER: 4

BRENDA NOE/PARFK41
ACQUISITION SPECIALIST
PHONE: 804-279-3006
FAX: 804-279-3377

TO: US Small Business Administration

ATTN: John W. Klein, Esq., Associate General Counsel for Procurement Law
FAX: 202-205-6846

SUBJECT: SPM4A6-08-R-0148, NAICS Appeal under Docket No. NAICS-2008-01-24-08

Attached is a copy of the Contracting Officer's response to the ORDER from Judge Pender inquiring as to whether the item in question is a specialized component for the F/A-18 Hornet aircraft.

# FAX

UNITED STATES DEPT. OF DEFENSE
DEFENSE SUPPLY CENTER RICHMOND
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5100

DATE: February 7, 2008
PAGES INCLUDING COVER: 4

BRENDA NOE/PARFK41
ACQUISITION SPECIALIST
PHONE: 804-279-3006
FAX: 804-279-3377

**TO: DCX/Chol Enterprises, Inc.**
**ATTN: Mark Uslan**

**FAX: 937-436-4589**

SUBJECT: SPM4A6-08-R-0148, NAICS Appeal under Docket No. NAICS-2008-01-24-08

Attached is a copy of the Contracting Officer's response to the ORDER from Judge Pender inquiring as to whether the item in question is a specialized component for the F/A-18 Hornet aircraft.

Brenda - 2/7
Sandi Faxed
everything.

A133

************** -COMM. JOURNAL- ****************** DATE FEB-11-2008 ***** TIME 15:33 ********

MODE = MEMORY TRANSMISSION START=FEB-11 15:32 END=FEB-11 15:33

FILE NO.=598

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | * | 4137 | 006/006 | 00:00:43 |

******************************** - - ***** - - *********

# FAX

## UNITED STATES DEPT. OF DEFENSE
## DEFENSE SUPPLY CENTER RICHMOND

8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5100

DATE: February 11, 2008
PAGES INCLUDING COVER: 6

BRENDA NOE/PARFK41
ACQUISITION SPECIALIST
PHONE: 804-279-3006
FAX: 804-279-3377

TO: Legal
ATTN: **Robert Sebold** FAX: x4137

SUBJECT: SPM4A6-08-R-0148, NAICS appeal under Docket No. NAICS-2008-01-24-08

A copy of the Contracting Officer's response to the ORDER from Judge Pender is attached for your reference.

DSCR-FAKD

February 7, 2008

Honorable Thomas B. Pender
Office of Hearings and Appeals
U.S. Small Business Administration
409 3rd St, SW
Washington, DC 20416

RE: Docket No. NAICS-2008-01-24-08

Dear Judge Pender,

This responds to your February 4, 2008, Order requesting that the Contracting Officer for this procurement address whether the item being procured is a specialized component for the F/A-18 Hornet aircraft.

The required Cable Assembly, Special Purpose, Electrical is used on the F/A 18 Hornet aircraft. All cable assemblies perform the same or similar functions and use similar production processes, but actual design/size/configuration is tailored by the component manufacturer to a specific weapon system. NAICS code 334419, Other Electronic Component Manufacturing, best describes the required item. NAICS code 336413 is appropriate for aircraft assemblies or auxiliary parts unique to aircraft and is typically used for aircraft structural components, propellers, armament racks, and similar items. The solicitation has been amended, to correct the NAICS code from 335931 to 334419, copy attached. The SBA OHA has already reviewed a similar NAICS challenge brought by this company and ruled the agency is using the correct NAICS code. See SBA No. NAICS-4883 (Jan. 28, 2008).

Sincerely,

Ernest Hood

Ernest Hood
Contracting Officer

I hereby certify that, on February 7, 2008, I served the foregoing by facsimile transmission upon the following:

Mark W. Uslan, President
Government Sales Manager
DCX/Chol Enterprises, Inc.
1400 Centerville Station Road
Centerville, OH 45459
Fax (937) 436-4589

Frank Borchert, Esq.
General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, DC 20416-0005
Fax (202) 205-6846

John W. Klein, Esq.
Associate General Counsel
for Procurement Law
U.S. Small Business Administration
409 Third Street, S.W., 5th Floor
Washington, DC 20416-0005
Fax (202) 205-6873

Ernest E Hood

Ernest Hood
Contracting Officer

****************** -COMM. JOURNAL- ********************** DATE FEB-11-2008 ***** TIME 15:31 *********

MODE = MEMORY TRANSMISSION START=FEB-11 15:30 END=FEB-11 15:31

FILE NO.=597

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 6615 | 006/006 | 00:01:18 |

****************************************** - - ***** - - **********

# FAX

## UNITED STATES DEPT. OF DEFENSE
## DEFENSE SUPPLY CENTER RICHMOND

8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5100

DATE: February 11, 2008
PAGES INCLUDING COVER: 6

BRENDA NOE/PARFK41
ACQUISITION SPECIALIST
PHONE: 804-279-3006
FAX: 804-279-3377

TO: Small Business Office
ATTN: **John Henley** FAX: x6615

SUBJECT: SPM4A6-08-R-0148, NAICS appeal under Docket No. NAICS-2008-01-24-08

A copy of the Contracting Officer's response to the ORDER from Judge Pender is attached for your reference.

# FAX

## UNITED STATES DEPT. OF DEFENSE
## DEFENSE SUPPLY CENTER RICHMOND

8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5100

DATE: February 11, 2008
PAGES INCLUDING COVER: 6

BRENDA NOE/PARFK41
ACQUISITION SPECIALIST
PHONE: 804-279-3006
FAX: 804-279-3377

TO: Small Business Office
ATTN: **John Henley** FAX: x6615

SUBJECT: SPM4A6-08-R-0148, NAICS appeal under Docket No. NAICS-2008-01-24-08

A copy of the Contracting Officer's response to the ORDER from Judge Pender is attached for your reference.

# FAX

UNITED STATES DEPT. OF DEFENSE
DEFENSE SUPPLY CENTER RICHMOND
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5100

DATE: February 11, 2008
PAGES INCLUDING COVER: 6

BRENDA NOE/PARFK41
ACQUISITION SPECIALIST
PHONE: 804-279-3006
FAX: 804-279-3377

TO: Legal
ATTN: **Robert Sebold** FAX: x4137

SUBJECT: SPM4A6-08-R-0148, NAICS appeal under Docket No. NAICS-2008-01-24-08

A copy of the Contracting Officer's response to the ORDER from Judge Pender is attached for your reference.

**DCX\Chol Enterprises, Inc.**
DOD Sales Office
1400 E. Centerville Station Road
Centerville, OH 45459

OH - Tel (937) 436-4709 - Fax (937) 436-4589

E-Mail – dcxchol-dodsales@earthlink.net

Tuesday, February 12, 2008

VIA TELEPHONICALLY CONFIRMED
FACSIMILE

Office of Hearings and Appeals
U.S. Small Business Administration
409 3rd St, SW
Washington, DC 20416

Phone: 202-401-8203
Fax: 202-205-7059

ATTN: Docketing Clerk

RE: NAICS Appeal of Solicitation No. SPM4A6-08-R-0148 Amendment 0002
PR 0016122465 - Improper NAICS Code No. 334419

Dear Sir/Madam:

This is a North American Industry Classification System ("NAICS") Appeal of DCX-CHOL on Solicitation No. SPM4A6-08-R-0148 Amendment 0002, NAICS code 334419, pursuant to 15 U.S.C. § 631 et seq. and 13 C.F.R. Parts 121 & 134. The following required information is provided:

(1) On January 24, 2008 we submitted an appeal of the NAICS 335931 incorporated into the subject solicitation. Docket No. NAICS-2008-01-24-08 was assigned to this appeal.

(2) On February 7, 2008 solicitation SPM4A6-08-R-0148 was amended changing the NAICS code to 334419.

(3) On February 7, 2008 the contracting officer, Ernest Hood, responded to the order from Judge Pender stating that the component "is a specialized component of the F/A-18 Hornet aircraft."

(4) The contracting office which designated the incorrect NAICS code is DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297

(5) The solicitation and the name, address and telephone number of the contracting officer is Ernest Hood - DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297 – Tel 804-279-4982 – Fax 804-279-6009 – e-Mail ernest.hood@dla.mil.

The solicitation and the name, address and telephone number of the contracting specialist is Brenda Noe - DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297 – Tel 804-279-3006 – Fax 804-279-6009 – e-Mail brenda.noe@dla.mil .

(6) A full and specific statement as to why the NAICS code designation is in error, with argument supporting such allegations (see below); and

(7) The name, address, telephone number, facsimile number of the appellant is Mark Uslan, Government Sales Manager – DCX\Chol Enterprises, Inc., 1400 E. Centerville Station Rd., Centerville, OH 45459 – Tel: 937-436-4709 – Fax: 937-436-4589 – e-Mail: dcxchol-dodsales@earthlink.net . Appellant's signature is at the conclusion of this letter.

(8) The proper NAICS code is 336413

(9) The Appellant is adversely affected by the Contracting Officer's NAICS code designation since it is not a small business under that code, but is a small business under the proper code, and Appellant seeks to submit an offer in response to this solicitation.

FULL AND SPECIFIC STATEMENT AS TO WHY THE NAICS CODE DESIGNATION IS IN ERROR, WITH ARGUMENT SUPPORTING SUCH ALLEGATIONS

1. NAICS CODES

The Contracting Officer has classified this procurement in NAICS code 334419, which is an improper classification. The proper classification for the work or product in the Solicitation is NAICS 336413.

*NAICS 334419* is identified in the NAICS manual as follows:

334419 Other Electronic Component Manufacturing

This U.S. industry comprises establishments primarily engaged in manufacturing electronic components (except electron tubes; bare printed circuit boards; semiconductors and related

devices; electronic capacitors; electronic resistors; coils, transformers and other inductors; connectors; and loaded printed circuit boards).

*Illustrative Examples:*

Crystals and crystal assemblies, electronic, manufacturing
Printed circuit laminates manufacturing
LCD (liquid crystal display) unit screens manufacturing
Switches for electronic applications manufacturing
Microwave components manufacturing
Transducers (except pressure) manufacturing
Piezoelectric devices manufacturing

NAICS 336413 which is the proper NAICS code, is identified in the NAICS Manual as follows: Other Aircraft Part and Auxiliary Equipment Manufacturing.

336413 Other Aircraft Parts and Auxiliary Equipment Manufacturing

This U.S. industry comprises establishment[s] primarily engaged in (1) manufacturing aircraft parts or auxiliary equipment (except engines and aircraft fluid power subassemblies) and/or (2) developing and making prototypes of aircraft parts and auxiliary equipment. Auxiliary equipment includes such items as crop dusting apparatus, armament racks, inflight refueling equipment and external fuel tanks.

(no illustrative examples)

2. SOLICITATION

The Solicitation at issue is for the following items, and contains the following description or specification

> NSN – 6150-01-304-5490 - (76301) 74A756214-9FAA - Description: Cable Assembly, Special Purpose. Electrical

The referenced NSN / Part number is a component of the F/A 18 Hornet aircraft, specifically the weapons pylon

3. ARGUMENT

NAICS 334419 is a code which can be used to describe any electronic component used in any application from a building wall to aircraft carrier.

NAICS 336413 is a specific code used to describe components used in an aircraft. In this case, the F/A 18 Hornet.

In the response letter dated February 7, 2008, Ernest Hood, agreed stating that the component "is a specialized component of the F/A-18 Hornet aircraft." This is demonstrated by the governments WebFLIS database, a copy of which is attached forthwith.

The Contracting Officer's NAICS code designation is based on a clear error of fact or law. 13 C.F.R. § 134.314. Appellant submits that the preponderance of evidence indicates that this is an improper NAICS code. The correct NAICS code is that which best describes the principal purpose of the product or service being procured. 13 C.F.R. § 121.402(b). Factors considered in the selection of the proper NAICS code include: industry descriptions in the NAICS Manual, the product or service description in the solicitation, the relative weight of each element in the solicitation, the function of the goods or services, previous procurement classifications of the same or similar products or services, and the classification which would best serve the purposes of the Small Business Act. Id. See also Inklings Media Company, LLC, NAICS-4850 (2007). As noted above, this component is a part of a military aircraft. As such, it is most appropriately classified to NAICS 336413 Other Aircraft Part and Auxiliary Equipment Manufacturing.

For these reasons the NAICS code is incorrect. NAICS 334419 is an inappropriate classification because it is a very general one, and fails to take into consideration the specialized nature of the item being manufactured. The function of the product is to serve in a military aircraft (NOT a generalized "Other Electronic Component, which is NAICS 334419). For these reasons, NAICS 336413 is the proper code.

Respectfully submitted,

Mark W. Uslan

Government Sales Manager

Certificate of Service - NAICS Appeal of DCX-CHOL dated: Tuesday, February 12, 2008.

I certify that on February 12, 2008 I caused the foregoing document to be served by sending a copy by e-Mail upon the foregoing persons:

Ernest Hood - DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297 – Ernest.Hood@dla.mil.

Brenda Noe - DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297 – brenda.noe@dla.mil.

John Henley - DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297 – john.henley@dla.mil .

I certify that on February 12, 2008 I caused the foregoing document to be served by sending a copy by facsimile upon the foregoing persons:

John Klein, Esq., U.S. Small Business Administration, Associate General Counsel for Procurement Law, 409 3rd St, SW, Washington, DC 20416, 202-619-1772, fax 202-205-7059.

Mark W. Uslan
Government Sales Manager

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE 1 OF PAGES 1

2. AMENDMENT/MODIFICATION NO. **0002**

3. EFFECTIVE DATE **2008 FEB 07**

4. REQUISITION/PURCHASE REQ. NO. **0016122465**

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE **SPM4A1**

**DEFENSE SUPPLY CENTER RICHMOND**
**AVIATION SUPPLY CHAIN**
**8000 JEFFERSON DAVIS HIGHWAY**
**RICHMOND VA 23297-5770**
**Initiator: Brenda Noe**
**PARFK41 (804)279-3006 / FAX: (804)279-6009**
**E-mail: Brenda.Noe@dla.mil**

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, city, county, State and ZIP Code)*

CODE FACILITY CODE

(X) X 9A. AMENDMENT OF SOLICITATION NO. **SPM4A6-08-R-0148**

9B. DATED *(SEE ITEM 11)* **2008 JAN 23**

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offeror must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the closing hour and date specified.

12. Accounting and Appropriation Data *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc)*. SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**NSN: 6150-01-304-5490**
**The North American Industry Classification System (NAICS) code used in this solicitation is corrected to 334419 in lieu of 335931.**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*

15B. CONTRACTOR/OFFEROR

*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA

BY

*(Signature of Contracting Officer)*

16C. DATE SIGNED

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

JAN-02-1996 04:53 P.02/04

DSCR-FAKD

February 7, 2008

Honorable Thomas B. Pender
Office of Hearings and Appeals
U.S. Small Business Administration
409 3rd St, SW
Washington, DC 20416

RE: Docket No. NAICS-2008-01-24-08

Dear Judge Pender,

This responds to your February 4, 2008, Order requesting that the Contracting Officer for this procurement address whether the item being procured is a specialized component for the F/A-18 Hornet aircraft.

The required Cable Assembly, Special Purpose, Electrical is used on the F/A 18 Hornet aircraft. All cable assemblies perform the same or similar functions and use similar production processes, but actual design/size/configuration is tailored by the component manufacturer to a specific weapon system. NAICS code 334419, Other Electronic Component Manufacturing, best describes the required item. NAICS code 336413 is appropriate for aircraft assemblies or auxiliary parts unique to aircraft and is typically used for aircraft structural components, propellers, armament racks, and similar items. The solicitation has been amended, to correct the NAICS code from 335931 to 334419, copy attached. The SBA OHA has already reviewed a similar NAICS challenge brought by this company and ruled the agency is using the correct NAICS code. See SBA No. NAICS-4883 (Jan. 28, 2008).

Sincerely,

Ernest Hood

Ernest Hood
Contracting Officer

I hereby certify that, on February 7, 2008, I served the foregoing by facsimile transmission upon the following:

Mark W. Uslan, President
Government Sales Manager
DCX/Chol Enterprises, Inc.
1400 Centerville Station Road
Centerville, OH 45459
Fax (937) 436-4589

Frank Borchert, Esq.
General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, DC 20416-0005
Fax (202) 205-6846

John W. Klein, Esq.
Associate General Counsel
for Procurement Law
U.S. Small Business Administration
409 Third Street, S.W., 5th Floor
Washington, DC 20416-0005
Fax (202) 205-6873

Ernest E Hood

Ernest Hood
Contracting Officer

**WebFLIS Home** 2/12/2008 3:59:39 PM

## Web*FLIS* National Stock Number (NSN) Output Data

**Search again?**

| | |
|---|---|
| **NSN:** | 6150013045490 (Warfighter Search) |
| **Item Name:** | CABLE ASSEMBLY,SPEC |
| **Query Type:** | PUBLIC |
| **Date of query:** | 2/12/2008 3:59:39 PM |

### Identification

Back to Top

| FIIG | INC | CRIT CD | II | RPD MRC | DMIL | DMIL INT CD | NIIN ASGMT | PMIC | ADP | ESD EMI | HMIC | HCC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A077A0 | 60148 | X | M | 3 | B | 1 | 1989200 | A | 0 | | N | |

SCHEDULE B: 8543909000

ENAC:

### MOE Rule Coded

Back to Top

| MOE-RL | AMC | AMSC | NIMSC | DT-ASGND | IMC | IMCA | AAC | SUPP-COLLAB | SUPP-RCVR | DSOR |
|---|---|---|---|---|---|---|---|---|---|---|
| N9BG | 1 | C | | 2006121 | Z | KE | | GT KE | | |
| TAN1 | | | | 2000153 | | | | | | |
| ZA01 | | | | 2000001 | | | | | | |
| ZC01 | | | | 2003213 | | | | | | |

### Reference/Part Number

Back to Top

| REF/PN | CAGE-CD | STAT | RNCC | RNVC | DAC | RNAAC | RNFC | RNSC | RNJC | SADC | HCC | MSDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74A756214-9FAA | 19494 | A | 5 | 2 | 5 | ZZ | | | | | | |
| 74A756214-9FAA | 38665 | A | 5 | 2 | 5 | ZZ | | | | | | |
| 74A756214-9FAA | 51880 | A | 5 | 2 | 5 | ZZ | | | | | | |
| 74A756214-9FAA | 76301 | A | 3 | 2 | 1 | KE | | | | | | |
| 74A756214-9FAA | 88314 | F | 5 | 9 | 5 | KE | | B | | | | |

### Management

Back to Top

| EFF-DT | MOE | AAC | SOS | UI | UI PRICE | QUP | CIIC | SLC | REP | USC |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007274 | DN | D | SMS | EA | $18,613.36 | 1 | U | 0 | D | N |
| 2007274 | DS | D | SMS | EA | $18,613.36 | 1 | U | 0 | F | I |

### Freight

Back to Top

| ACTY-CD | NMFC | SUB ITM NBR | UFC-CD-MODF | HMC-CODE | CLASS-RTG | LS-CRLD | RAIL-VARI | WTR-COM | TYP-CGO | SPC-HAND | AIR-DIM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GX | 061130 | X | 34180 | | P | Q | | 743 | Z | 9 | A |

| AIR-CMDTY | INTGTY-CD | FR-DESC |
|---|---|---|
| HZ | | CABLE ASSEMBLIES/HARNESS NOT |

**Characteristics (Decoded)** Back to Top

| MRC | REQUIREMENT STATEMENT | CLEAR TEXT REPLY |
|---|---|---|
| NAME | ITEM NAME | CABLE ASSEMBLY,SPECIAL PURPOSE,ELECTRICAL,BRANCHED |
| AGAV | END ITEM IDENTIFICATION | F/A-18 NON-SHP SUPPORT |

Search Again?

WebFLIS *(For official use only)*

Rev 3.8.1

Customer Service: 1-877-352-2255 or DSN 661-7766 Email:DLIS-Support@dla.mil
Privacy/Security | Accessibility | Contact Webmaster

This Site Reviewed Quarterly
Last Updated: Thursday, January 27, 2005

*************** -COMM. ...RNAL- ******************** DATE FEB-19-2008 ***** TIME 10:57 ********

MODE = MEMORY TRANSMISSION START=FEB-19 10:55 END=FEB-19 10:57

FILE NO.=634

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ≡ | 6615 | 006/006 | 00:01:34 |

************************************ - - ***** - - *********

02/14/2008 12:21 2022057859 SBA HEARINGS/APPEALS

Cite as: *NAICS Appeal of DCX/CHOL Enterprises, Inc.*, SBA No. NAIC:

John
x 6615

**United States Small Business Administration**
**Office of Hearings and Appeals**

| | |
|---|---|
| NAICS APPEAL OF:<br><br>DCX/CHOL Enterprises, Inc.<br><br>Appellant<br><br>Solicitation No. SPM4A6-08-R-0148<br>Defense Logistics Agency<br>Defense Supply Center Richmond<br>Richmond, Virginia | SBA No. NAICS-4893<br><br>Decided: February 13, 2008 |

APPEARANCE

Mark W. Uslan, Government Sales Manager, DCX/CHOL Enterprises, Inc., Centerville, Ohio, for Appellant.

DECISION

PENDER, Administrative Judge:

I. Jurisdiction

This appeal is decided under the Small Business Act of 1958, 15 U.S.C. § 631 *et seq* and 13 C.F.R. Parts 121 and 134. Accordingly, this appeal is properly before SBA's Office for Hearings and Appeals (OHA) for decision.

II. Issue

Whether the Contracting Officer's (CO) designation of North American Industry Classification System (NAICS) code 334419 to a solicitation for supplying a wiring harness for installation in an F/A 18 Hornet aircraft was based upon a clear error of fact or law.

III. Background

A. Facts

1. On January 23, 2008, the Defense Logistics Agency, Defense Supply Center Richmond, Aviation Supply Chain, in Richmond, Virginia (DSCR) issued Request for Proposals SPM4A6-08-R-0148 (RFP) for the purpose of buying twenty-nine National Stock Number

Cite as: *NAICS Appeal of DCX/CHOL Enterprises, Inc.*, SBA No. NAICS-4893 (2008)

**United States Small Business Administration**
**Office of Hearings and Appeals**

NAICS APPEAL OF:

DCX/CHOL Enterprises, Inc.

Appellant

Solicitation No. SPM4A6-08-R-0148
Defense Logistics Agency
Defense Supply Center Richmond
Richmond, Virginia

SBA No. NAICS-4893

Decided: February 13, 2008

APPEARANCE

Mark W. Uslan, Government Sales Manager, DCX/CHOL Enterprises, Inc., Centerville, Ohio, for Appellant.

DECISION

PENDER, Administrative Judge:

I. Jurisdiction

This appeal is decided under the Small Business Act of 1958, 15 U.S.C. § 631 *et seq.* and 13 C.F.R. Parts 121 and 134. Accordingly, this appeal is properly before SBA's Office for Hearings and Appeals (OHA) for decision.

II. Issue

Whether the Contracting Officer's (CO) designation of North American Industry Classification System (NAICS) code 334419 to a solicitation for supplying a wiring harness for installation in an F/A 18 Hornet aircraft was based upon a clear error of fact or law.

III. Background

A. Facts

1. On January 23, 2008, the Defense Logistics Agency, Defense Supply Center Richmond, Aviation Supply Chain, in Richmond, Virginia (DSCR) issued Request for Proposals SPM4A6-08-R-0148 (RFP) for the purpose of buying twenty-nine National Stock Number

(NSN) 6150-01-304-5490, Cable Assembly, Special Purpose, Electrical, for the F/A 18 Hornet aircraft. The CO set the procurement totally aside for small businesses, and designated NAICS code 335931, Current-Carrying Wiring Device Manufacturing, with a small business size standard of 500 employees, as the NAICS code for this procurement. Proposals are due by February 25, 2008.

2. RFP Section B describes the item to be purchased. It identifies the NSN and references various drawings that are applicable to the item. In total, the contractor is to supply twenty-nine production items (twelve in CLIN 0001 and seventeen in CLIN 0002).

3. On January 30, 2008, the CO issued Amendment 0001, which informed interested parties of the appeal and attached a copy of OHA's January 28, 2008 Notice and Order. On February 4, 2008, I ordered the CO to respond to the appeal.

B. Appeal

On January 24, 2008, DCX/CHOL Enterprises, Inc. (Appellant) appealed the CO's NAICS code designation and argued the correct NAICS code should be 336413, Other Aircraft Part and Auxiliary Equipment Manufacturing, with a 1,000 employee size standard. Appellant generally argued NAICS code 336413 is a more specific code to describe items used in an aircraft.

C. CO Response

On February 7, 2008, the CO filed his response and issued Amendment 0002. In Amendment 0002, the CO changed the NAICS code from 335931 to 334419, Other Electronic Component Manufacturing, which also has a size standard of 500 employees. In his written response, the CO wrote:

> The required Cable Assembly, Special Purpose, Electrical is used on the F/A 18 Hornet aircraft. All cable assemblies perform the same or similar functions and use similar production processes, but actual design/size/configuration is tailored by the component manufacturer to a specific weapon system. NAICS code 334419, Other Electronic Component Manufacturing, best describes the required item. NAICS code 336413 is appropriate for aircraft assemblies or auxiliary parts unique to aircraft and is typically used for aircraft structural components, propellers, armament racks, and similar items. . . .

D. Appellant's Response to Amendment 0002

On February 12, 2008, Appellant responded to the CO's designation of NAICS code 334419 in Amendment 0002. In an argument almost identical to its original Appeal, Appellant argued that NAICS code 336413 was a more specific NAICS code and best describes the principal purpose of the procurement. Appellant did not respond to the CO's explanation of why he had chosen NAICS code 334419 cited above.

## IV. Discussion

### A. Introduction

Even though the CO changed his NAICS code designation after Appellant's appeal, the CO's action does not resolve Appellant's appeal. Appellant responded to Amendment 0002 and the CO's designation of NAICS code 334419 and argued that NAICS code 336413, with a larger employee size standard (1000 employees) than NAICS code 334419 is appropriate. Accordingly, I must rule on whether the CO's designation of NAICS code 334419 is based upon a clear error of law or fact.

At the onset, I note that Appellant's appeal, including Appellant's Response to the CO's designation of NAICS code 334419 in Amendment 0002 is close to being insufficient under 13 C.F.R. § 134.305(5), *i.e.*, Appellant must include a full and specific statement as to why the NAICS code designation is in error. The core of Appellant's argument is that the CO chose a non-specific NAICS code (twice) and that the NAICS code Appellant advocates, 336413, is more specific. However, Appellant does not explain why its choice of NAICS code 336413 more specifically describes the purpose of the services being provided than NAICS code 334419. While the lack of specificity in Appellant's appeal materially weakens its appeal, I do not find it is fatal to Appellant's appeal. Accordingly, I will decide the matter on the merits.

### B. Timeliness

Appellant filed the instant appeal within 10 days after DSCR issued the solicitation. Thus, the appeal is timely. 13 C.F.R. §§ 121.1103(b)(1), 134.304(a)(3).

### C. Standard of Review

Appellant must prove the CO's NAICS code designation is based on a clear error of fact or law. 13 C.F.R. § 134.314. The correct NAICS code is that which best describes the principal purpose of the services being procured, in light of the industry description in the *NAICS Manual*,[1] the description in the solicitation, and the relative weight of each element in the solicitation. 13 C.F.R. § 121.402(b).

### D. Analysis

#### 1. NAICS code definitions

NAICS code 334419 covers, "establishments primarily engaged in manufacturing electronic components (except electron tubes; bare printed circuit boards; semiconductors and related devices; electronic capacitors; electronic resistors; coils, transformers and other

---

[1] Executive Office of the President, Office of Management and Budget, *North American Industry Classification System--United States, 2007* (*available at* http://www.census.gov/epcd/naics07/index.html) [hereinafter *NAICS Manual*].

inductors; connectors; and loaded printed circuit boards)." *NAICS Manual, available at* http://www.census.gov/eos/www/naics/htmls/3/334419.htm.

NAICS code 336413 covers, "establishment[s] primarily engaged in (1) manufacturing aircraft parts or auxiliary equipment (except engines and aircraft fluid power subassemblies) and/or (2) developing and making prototypes of aircraft parts and auxiliary equipment. Auxiliary equipment includes such items as crop dusting apparatus, armament racks, inflight refueling equipment, and external fuel tanks." *NAICS Manual, available at* http://www.census.gov/eos/www/naics/htmls/3/336413.htm.

2. The Merits

The issue on appeal is whether NAICS code 334419 best describes the principal purpose of the services being procured, *i.e.*, whether the CO's designation of NAICS code 334419 for a procurement for cable assemblies for an F/A 18 Hornet aircraft is based upon a clear error of fact or law.

Appellant's suggested NAICS code, 336413, does not encompass all specialized components made for aircraft.[2] Rather, the *NAICS Manual* states NAICS code 336413 generally encompasses aircraft parts and components and provides examples. These examples list structural parts applicable to aircraft or aircraft auxiliary equipment, not cable assemblies or electrical components. Therefore, the *NAICS Manual* supports the CO's explanation that NAICS code 336413 applies to aircraft structural components, not cable assemblies.

NAICS code 334419 covers the manufacture of various electronic components. While the *NAICS Manual* does not specifically mention cable assemblies, it does list "Harness assemblies for electronic use manufacturing" as being properly indexed under NAICS code 334419, which supports the CO's designation. Since a harness assembly and a cable assembly are arguably similar, I find this to be probative. Moreover, my own research of the *NAICS Manual* yields no code more applicable than 334419 for aircraft cable assemblies.

Based upon: (1) the information in the *NAICS Manual*; (2) the CO's cogent and credible explanation for designating NAICS code 334419 in Amendment 0002 to the RFP; and (3) Appellant's relatively unspecific appeal, I conclude the CO did not base his designation of NAICS code 334419 on a clear error of fact or law. Therefore, I find NAICS code 334419 best describes the principal purpose of the RFP.

V. Conclusion

For the above reasons, I AFFIRM the CO's NAICS code designation and hold the appropriate NAICS code for this procurement is 334419 and DENY the instant appeal.

---

[2] In contrast, NAICS code 336992 covers specialized components for combat tanks. *See NAICS Appeal of DCX/CHOL Enterprises, Inc.*, SBA No. NAICS-4890 (2008).

NAICS-4893

This is the Small Business Administration's final decision. 13 C.F.R. § 134.316(b).

THOMAS B. PENDER
Administrative Judge

I hereby certify that, on February 13, 2008, I served the foregoing by facsimile transmission upon the following:

Mark W. Uslan, President
Government Sales Manager
DCX/Chol Enterprises, Inc.
1400 Centerville Station Road
Centerville, OH 45459
Fax (937) 436-4589

Brenda Noe, Contracting Officer
Defense Logistics Agency
Defense Supply Center Richmond
8000 Jefferson Davis Hwy.
Richmond, VA 23297
Fax (804) 279-~~6009~~ 3377

Frank Borchert, Esq.
General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, DC 20416-0005
Fax (202) 205-6846

John W. Klein, Esq.
Associate General Counsel
for Procurement Law
U.S. Small Business Administration
409 Third Street, S.W., 5th Floor
Washington, DC 20416-0005
Fax (202) 205-6873

Sharon Taylor
Program Support Specialist