# TAB 6

| U.S. Small Business Administration<br>Office of Hearings and Appeals (OHA)<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 | "FAX-BACK MEMO" |
|---|---|

To: Brenda Noe, Contracting Officer
Defense Logistics Agency
Defense Supply Center Richmond
Richmond, VA

From: Pat Lee, Ass't. Size Specialist, OHA.
Tel. (202) 401-8200 • Fax (202) 205-7059.

Solicitation: SPM4A6-08-R-0148

Subject: NAICS Appeal of DCX/Chol Enterperises, Inc., Docket No. SIZ-2008-01-24-08

**Instructions:**

Please answer the following questions about this solicitation and return ASAP to Ms. Lee by fax. Send a copy to all known parties (protested firm, protestors, etc.) by fax and/or first class mail. If needed, OHA will contact you to request any needed additional documents (award letter, etc.). The CO's office must send OHA a paper copy of the original solicitation and each amendment. If you don't receive the OHA Judge's Notice and Order in a few days, please call.

If you wish to file a substantive response to an appeal, please file it separately. See OHA's rules of practice for information on how to file and serve. The Notice and Order gives the deadline. Our website contains OHA's rules of practice (13 CFR §§ 134.101 - 134.318), a sample certificate of service, much of OHA's caselaw, and other information: **http://www.sba.gov/oha**

1. Issuance Date: 1/23/08 NAICS Code: 335931 Size Standard: 500
2. Purpose of Solicitation: procure 29ea of nsn 6150-01-304-5490
3. If Bid, date of Bid Opening: ____________
4. If Negotiated, date Initial Offers due: 2/25/08 Final Proposal Revisions due: ____________

   Date offerors notified of the apparently successful offeror: ____________
5. If awarded, date awarded and to whom: ____________
6. Status of solicitation or contract (withdrawn, cancelled, in performance, suspended, etc.):

   Solicitation is open
7. Is any other litigation pending on this solicitation or contract? no
8. List names, addresses, and fax numbers of parties (protested firm, protestors, etc.) to whom you are sending copies of this response. Also indicate date sent and method (mail, fax, etc.).

   Dcx/chol Enterprises, 1400 E. Centerville Station Rd, Centerville, Oh 45459
   fax 937-436-4589

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0001 | 2008 JAN 30 | 0016122465 | |

**6. ISSUED BY** CODE SPM4A1

DEFENSE SUPPLY CENTER RICHMOND
AVIATION SUPPLY CHAIN
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5770
Initiator: Brenda Noe
FARFK41 (804)279-3006 / FAX: (804)279-6009
E-mail: Brenda.Noe@dla.mil

**7. ADMINISTERED BY** *(If other than Item 6)* CODE

**8. NAME AND ADDRESS OF CONTRACTOR** *(No., street, city, county, State and ZIP Code)*

CODE FACILITY CODE

| (X) | |
|---|---|
| X | 9A. AMENDMENT OF SOLICITATION NO. SPM4A6-08-R-0148 |
| | 9B. DATED *(SEE ITEM 11)* 2008 JAN 23 |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | 10B. DATED *(SEE ITEM 13)* |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offeror must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the closing hour and date specified.

**12. Accounting and Appropriation Data** *(If required)*

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

NSN: 6150-01-304-5490
This amendment is issued to notify all interested parties that a potential offeror has filed an appeal to the North American Industry Classification System (NAICS) used in this solicitation with the Small Business Administration.

A copy of the Notice and Order from the Small Business Administration is attached to this amendment.

Pursuant to FAR 19.303(c)(5), we reserve the right to award the contract based on the existing NAICS code if SBA OHA does not issue an opinion prior to the closing date.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

# United States Small Business Administration
# Office of Hearings and Appeals

NAICS APPEAL OF:

DCX/Chol Enterprises, Inc.

Appellant

Solicitation No. SPM4A6-08-R-0148
Defense Logistics Agency
Defense Supply Center Richmond
Richmond, Virginia

Issued: January 28, 2008

Docket No. NAICS-2008-01-24-08

## NOTICE AND ORDER

The Office of Hearings and Appeals (OHA) hereby notifies all parties (defined in 13 C.F.R. § 134.101) and other persons (defined in 13 C.F.R. § 134.205(c)) of the January 24, 2008, filing of a North American Industry Classification System (NAICS) code appeal from the above-captioned solicitation.

### I. Instructions to the Contracting Officer

The Contracting Officer who designated the NAICS code in this solicitation MUST:

A. Submit a paper copy of the original solicitation and all amendments to OHA only, as required by 13 C.F.R. § 134.306(b) and FAR § 19.303(c)(4). Also, if the solicitation is posted on the Internet, inform OHA of the URL.

B. Submit to OHA any additional amendments made while this appeal is pending.

C. Notify all who have expressed an interest in the solicitation of the pendency of this appeal, including a copy of this Notice and Order. *See Advanced Systems Technology, Inc. v. United States*, 69 Fed.Cl. 474 (2006). After providing the required notice, attach a list of those notified to the "Fax-Back Memorandum." *See* "D." below.

D. Complete and return the "Fax-Back Memorandum" as soon as possible.

E. File and serve written notice of any contract award (including date awarded and name of awardee), cancellation, stop-work order, or other litigation affecting the procurement.

The Contracting Officer may also respond to the appeal by the close of record.

## II. Responses to the Appeal and Close of Record

Any response to this appeal must be served on all parties to the proceeding or on their attorneys and be **RECEIVED by OHA no later than February 12, 2008.** Except for good cause shown, the record will close on that date.

OHA's rules of practice are at 13 C.F.R. §§ 134.101-317. More information on NAICS code appeals is available at:
www.sba.gov/aboutsba/sbaprograms/oha/ohaappeals/OHA_APPEALS_NAICS.html

## III. Filing and Service Instructions

A party filing any pleading or other submission must include a Certificate of Service stating how and when the party accomplished service. 13 C.F.R. §§ 134.305(d), 134.204(d). The attached Certificate of Service lists all currently known parties (or their representatives), record addresses, and facsimile numbers.

The filing and service requirements for all pleadings and other submissions are at 13 C.F.R. §§ 134.204, 134.305(c), and 134.307. Filing means the **RECEIPT** by OHA of the pleading or other submission. Any filing received by OHA after 5 p.m. eastern time is considered filed on the next day. 13 C.F.R. § 134.204(b). Service means providing a copy of the pleading or other submission to any attorneys or authorized representatives of parties, and to unrepresented parties, at their record addresses. 13 C.F.R. § 134.204(c). All filings must contain the Docket No. and must be faxed (recommended method), personally delivered, commercially delivered, or mailed to:

Office of Hearings and Appeals
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416
ATTENTION: Patricia Lee, Assistant Size Specialist
(Fax) 202-205-7059 (Phone) 202-401-8200

[signature]

THOMAS B. PENDER
Administrative Judge

## INFORMATION TO OFFERORS OR QUOTERS
## SECTION A - COVER SHEET

*Form Approved*
*OMB No. 9000-0002*
*Expires Oct 31, 2004*

The public reporting burden for this collection of information is estimated to average 35 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (9000-0002), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person will be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM TO THE ADDRESS IN BLOCK 4 BELOW.

| 1. SOLICITATION NUMBER | 2. (X one) | | 3. DATE/TIME RESPONSE DUE |
|---|---|---|---|
| SPM4A6-08-R-0148 | | a. INVITATION FOR BID (IFB) | 2008 FEB 25 2:00 PM |
| | X | b. REQUEST FOR PROPOSAL (RFP) | |
| | | c. REQUEST FOR QUOTATION (RFQ) | |

### INSTRUCTIONS

Note: The provision entitled "Required Central Contractor Registration" applies to most solicitations.

1. If you are not submitting a response, complete the information in Blocks 9 through 11 and return to the issuing office in Block 4 unless a different return address is indicated in Block 7

2. Offerors or quoters must include full, accurate, and complete information in their responses as required by this solicitation (including attachments). "Fill-ins" are provided on Standard Form 18, Standard Form 33, and other solicitation documents. Examine the entire solicitation carefully. The penalty for making false statements is prescribed in 18 U.S.C. 1001.

3. Offerors or quoters must plainly mark their responses with the Solicitation Number and the date and local time for bid opening or receipt of proposals that is in the solicitation document.

4. Information regarding the timeliness of response is addressed in the provision of this solicitation entitled either "Late Submissions, Modifications, and Withdrawals of Bids" or Instructions to Offerors - Competitive Acquisition".

| 4. ISSUING OFFICE (Complete mailing address, including Zip Code) | 5. ITEMS TO BE PURCHASED (Brief description) |
|---|---|
| DEFENSE SUPPLY CENTER RICHMOND<br>AVIATION SUPPLY CHAIN<br>8000 JEFFERSON DAVIS HIGHWAY<br>RICHMOND VA 23297-5770 | 6150-01-304-5490<br>CABLE ASSEMBLY,SPEC |

6. PROCUREMENT INFORMATION (X and complete as applicable)

| | |
|---|---|
| | a. THIS PROCUREMENT IS UNRESTRICTED |
| X | b. THIS PROCUREMENT IS 100 % SET-ASIDE FOR SMALL BUSINESS. THE APPLICABLE NAICS CODE IS: 335931 |
| | c. THIS PROCUREMENT IS % SET-ASIDE FOR HUB ZONE CONCERNS. THE APPLICABLE NAICS CODE IS: |
| | d. THIS PROCUREMENT IS RESTRICTED TO FIRMS ELIGIBLE UNDER SECTION 8(a) OF THE SMALL BUSINESS ACT. |

7. ADDITIONAL INFORMATION

8. POINT OF CONTACT FOR INFORMATION

| a. NAME (Last, First, Middle Initial) | | b. ADDRESS (Include Zip Code) |
|---|---|---|
| Brenda Nee, PARFICJ1 | | DEFENSE SUPPLY CENTER RICHMOND<br>AVIATION SUPPLY CHAIN<br>8000 JEFFERSON DAVIS HIGHWAY<br>RICHMOND VA 23297-5770 |
| c. TELEPHONE NUMBER *(Include Area Code and Extension)*<br>(804) 279-3006 | d. E-MAIL ADDRESS<br>Brenda.Nee@dla.mil | |

9. REASONS FOR NO RESPONSE (X all that apply)

| | | | |
|---|---|---|---|
| | a. CANNOT COMPLY WITH SPECIFICATIONS | | d. DO NOT REGULARLY MANUFACTURE OR SELL THE TYPE OF ITEMS INVOLVED |
| | b. UNABLE TO IDENTIFY THE ITEM(S) | | e. OTHER (Specify) |
| | c. CANNOT MEET DELIVERY REQUIREMENT | | |

10. MAILING LIST INFORMATION (X one)

WE [ ] DO [ ] DO NOT DESIRE TO BE RETAINED ON THE MAILING LIST FOR FUTURE PROCUREMENT OF THE TYPE INVOLVED.

| 11a. COMPANY NAME | b. ADDRESS (Include Zip Code) |
|---|---|
| | |

c. ACTION OFFICER

| (1) Typed or Printed Name (Last, First, Middle Initial) | (2) Title | (3) Signature | (4) DATE SIGNED (yyyymmdd) |
|---|---|---|---|
| | | | |

DD FORM 1707, FEB 2002 Previous edition is obsolete.

FOLD

FOLD

FROM

AFFIX STAMP HERE

| SOLICITATION NUMBER | |
|---|---|
| SPM4A6-08-R-0148 | |
| DATE (YYMMDD) | LOCAL TIME |
| 2008 FEB 25 | 2:00 PM |

TO DEFENSE SUPPLY CENTER RICHMOND
AVIATION SUPPLY CHAIN
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5770

## SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) → RATING: DOA1 | PAGE 1 OF PAGES 17

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | SPM4A6-08-R-0148 | ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 2008 JAN 23 | 0016122465 |

7. ISSUED BY CODE SPM4A1
DEFENSE SUPPLY CENTER RICHMOND
AVIATION SUPPLY CHAIN
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5770

8. ADDRESS OFFER TO (If other than Item 7)
DEFENSE SUPPLY CENTER RICHMOND
AVIATION SUPPLY CHAIN
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5770

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

### SOLICITATION

9. Sealed offers in original and ___ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in Reception Area (Bldg. 33) until 2:00 PM (Hour) local time 2008 FEB 25 (Date)

FAX Number(s): (804)279-4165

CAUTION - LATE Submissions, Modifications, and Withdrawals: Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: →
A. NAME: Brenda Noe, PARFK41
B. PHONE / FAX (NO COLLECT CALLS): (804) 279-3006 / FAX: (804)279-6009
C. E-MAIL ADDRESS: Brenda.Noe@dla.mil

11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 7 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | 5 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 6 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 11 |
| X | F | DELIVERIES OR PERFORMANCE | 7 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 12 |
| | H | SPECIAL CONTRACT REQUIREMENTS | | X | M | EVALUATION FACTORS FOR AWARD | 15 |

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE ____ FACILITY ____

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

15B. TELEPHONE NO. (Include area code)

15C. ☐ CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE.

17. SIGNATURE

18. OFFER DATE

15D. FAX NO.

15E. E-MAIL ADDRESS

### AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) → ITEM

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER (Type or print)

27. UNITED STATES OF AMERICA

(Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

NSN 7540-01-152-8064
PREVIOUS EDITION NOT USABLE

PerFORM (DLA)

STANDARD FORM 33 (Rev. 9-97)
Prescribed by GSA
FAR (48 CFR) 53.214(c)

SECTION B

PR: 0016122465
NSN: 6150-01-304-5490

ITEM DESCRIPTION:
CABLE ASSEMBLY, SPECIAL PURPOSE, ELECTRICAL

MIL-STD-130M, DATED 02 DEC 2005.
IDENTIFICATION MARKING OF U.S. MILITARY PROPERTY

1. SAMPLING FOR INSPECTION AND TESTING SHALL BE IAW ANSI/ASQ Z1.4-2003. ANY ALTERNATE PLAN MUST BE APPROVED BY THE PCO. A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS IS REQUIRED.
2. ANY DEFECTIVE ITEM DISCOVERED DURING INSPECTION MAY BE CAUSE FOR REJECTION OF THE ENTIRE CONTRACT QUANTITY.

CRITICAL APPLICATION ITEM

| | | | |
|---|---|---|---|
| SEYER INDUSTRIES, INC. | (19494) | P/N | 74A756214-9FAA |
| MIDCON CABLES LLC | (51880) | P/N | 74A756214-9FAA |
| ~~MCDONNELL DOUGLAS CORPORATION~~ | ~~(76301)~~ | ~~P/N~~ | ~~74A756214-9FAA~~ |

| CLIN | PR | PRLI | U/I | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 0001 | 0016122465 | 0001 | EA | 12 | $ | $ |

| NSN | UPC | SIZE | PGC |
|---|---|---|---|
| 6150013045490 | N/A | N/A | N/A |

DELIVER FOB: See Clause
QTY VARIANCE: PLUS See Clause MINUS See Clause
INSP/ACCEP POINT: See Clause

CONTINUED ON NEXT PAGE

SECTION B

PREP FOR DELIVERY:

PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
QUP = 001: PRES MTHD = 10: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = XX: CUSH/DUNN MAT = XX: CUSH/DUNN THKNESS = X:
UNIT CONT = E9: OPI = O:
INTRMDTE CONT = XX: INTRMDTE CONT QTY = AAA:
PACK CODE = U:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
SPECIAL MARKING CODE: 00 -
PALLETIZATION SHALL BE IN ACCORDANCE WITH MD00100452 REV A
DATED 4090

For all shipments of packaged materiel to the government, which includes either Depot (DLA-Direct) or DVD (Customer-Direct) shipments, both DoD linear and two-dimensional (2D) bar code markings are required on Military Shipping Labels in accordance with MIL-STD-129, Revision P, dated December 15, 2002 (but see DLAD 52.211-9010(D) for exceptions to the requirement for MSL and 2D symbols). See the DLA packaging web site identified in DLAD 52.211-9010(E) for change notices to MIL-STD-129P that apply. 2D bar coding shall be in accordance with ISO/IEC 15438, ISO/IEC 15434 (ANSI MH10.8.3) and DoD 4500.9-R. MSL linear (code 3 of 9 or code 39) bar coding shall be in accordance with ISO/IEC 16388. Shipping label stock quality shall meet MIL-PRF-61002. Bar code print quality shall meet ANSI MH10.8-2000 or ANSI X3.182-1990 (R2000) for applicable 2D and/or linear bar codes. All DVD shipments shall meet additional linear bar coding requirements in DLAD 52.211-9010(C). Except for the Transportation Control Number (TCN), which must always be present on the Military Shipping Label, when the contract/order omits any other data elements as defined in MIL-STD-129P and if the information is not available from the Administrative Contracting Office, then the field is not required as part of the Military Shipping Label and may be left blank. If there are inconsistencies between the schedule and MIL-STD-129P, the schedule takes precedence.

PARCEL POST ADDRESS:

W62G2T
XU DEF DIST DEPOT SAN JOAQUIN
TRANSPORTATION OFFICER
PO BOX 960001
STOCKTON CA 95296-0130
US

CONTINUED ON NEXT PAGE

SECTION D

D47F03 47-3A-90 DSCR FORM P-41 FREIGHT SHIPPING INFORMATION (OCT 1999)

Freight shipping addresses and scheduling instructions, if applicable, are available in the DSCR Aquisition Reference List, Section 3.
http://www.dscr.dla.mil/procurement/mastersol.htm.

SECTION D

D11B03 252.211-7006 RADIO FREQUENCY IDENTIFICATION (FEB 2007) DFARS

(a) Definitions. As used in this clause-
'Advance shipment notice' means an electronic notification used to list the contents of a shipment of goods as well as additional information relating to the shipment, such as order information, product description, physical characteristics, type of packaging, marking, carrier information, and configuration of goods within the transportation equipment.
'Bulk commodities' means the following commodities, when shipped in rail tank cars, tanker trucks, trailers, other bulk wheeled conveyances, or pipelines:
(1) Sand.
(2) Gravel.
(3) Bulk liquids (water, chemicals, or petroleum products).
(4) Ready-mix concrete or similar construction materials.
(5) Coal or combustibles such as firewood.
(6) Agricultural products such as seeds, grains, or animal feed.
'Case' means either a MIL-STD-129 defined exterior container within a palletized unit load or a MIL-STD-129 defined individual shipping container.
'Electronic Product Code: (EPC)' means an identification scheme for universally identifying physical objects via RFID tags and other means. The standardized EPC data consists of an EPC (or EPC identifier) that uniquely identifies an individual object, as well as an optional filter value when judged to be necessary to enable effective and efficient reading of the EPC tags. In addition to this standardized data, certain classes of EPC tags will allow user-defined data. The EPC tag data standards will define the length and position of this data, without defining its content.
'EPCglobal:' means a joint venture between EAN International and the Uniform Code Council to establish and support the EPC network as the global standard for immediate, automatic, and accurate identification of any item in the supply chain of any company, in any industry, anywhere in the world.
'Exterior container' means a MIL-STD-129 defined container, bundle, or assembly that is sufficient by reason of material, design, and construction to protect unit packs and intermediate containers and their contents during shipment and storage. It can be a unit pack or a container with a combination of unit packs or intermediate containers. An exterior container may or may not be used as a shipping container.
'Palletized unit load' means a MIL-STD-129 defined quantity of items, packed or unpacked, arranged on a pallet in a specified manner and secured, strapped, or fastened on the pallet so that the whole palletized load is handled as a single unit. A palletized or skidded load is not considered to be a shipping container. A loaded 463L System pallet is not considered to be a palletized unit load. Refer to the Defense Transportation Regulation, DoD 4500.9-R, Part II, Chapter 203, for marking of 463L System pallets.
'Passive RFID tag' means a tag that reflects energy from the reader/interrogator or that receives and temporarily stores a small amount of energy from the reader/interrogator signal in order to generate the tag response.
(1) Until February 28, 2007, the acceptable tags are-
(i) EPC Class 0 passive RFID tags that meet the EPCglobal Class 0 specification; and
(ii) EPC Class 1 passive RFID tags that meet the EPCglobal Class 1 specification. This includes both the Generation 1 and Generation 2 Class 1 specifications.
(2) Beginning March 1, 2007, the only acceptable tags are EPC Class 1 passive RFID tags that meet the EPCglobal Class 1 Generation 2 specification. Class 0 and Class 1 Generation 1 tags will no longer be accepted after February 28, 2007.
'Radio Frequency Identification (RFID)' means an automatic identification and data capture technology comprising one or more reader/interrogators and one or more radio frequency transponders in which data transfer is achieved by means of suitably modulated inductive or radiating electromagnetic carriers.
'Shipping container' means a MIL-STD-129 defined exterior container that meets carrier regulations and is of sufficient strength, by reason of material, design, and construction, to be shipped safely without further packing (e.g., wooden boxes or crates, fiber and metal drums, and corrugated and solid fiberboard boxes).
(b)(1) Except as provided in paragraph (b)(2) of this clause, the Contractor shall affix passive RFID tags, at the case and palletized unit load packaging levels, for shipments of items that-
(i) Are in any of the following classes of supply, as defined in DoD 4140.1-R, DoD Supply Chain Material Management Regulation, AP1.1.11:
(A) Subclass of Class I - Packaged operational rations.
(B) Class II - Clothing, individual equipment, tentage, organizational tool kits, hand tools, and administrative and housekeeping supplies and equipment.
(C) Class III - Packaged petroleum, lubricants, oils, preservatives, chemicals, and additives.
(D) Class IV - Construction and barrier materials.
(E) Class VI - Personal demand items (non-military sales items).
(F) Subclass of Class VIII - Medical materials (excluding pharmaceuticals, biologicals, and reagents - suppliers should limit the mixing of excluded and non-excluded materials).
(G) Class IX - Repair parts and components including kits, assemblies and subassemblies, reparable and consumable items required for maintenance support of all equipment, excluding medical-peculiar repair parts; and
(ii) Are being shipped to any of the following locations:
(A) Defense Distribution Depot, Susquehanna, PA: DoDAAC W25G1U or SW3124.
(B) Defense Distribution Depot, San Joaquin, CA: DoDAAC W62G2T or SW3224.
(C) Defense Distribution Depot, Albany, GA: DoDAAC SW3121.
(D) Defense Distribution Depot, Anniston, AL: DoDAAC W31G1Z or SW3120.
(E) Defense Distribution Depot, Barstow, CA: DoDAAC SW3215.
(F) Defense Distribution Depot, Cherry Point, NC: DoDAAC SW3113.
(G) Defense Distribution Depot, Columbus, OH: DoDAAC SW0700.
(H) Defense Distribution Depot, Corpus Christi, TX: DoDAAC W45H08 or SW3222.
(I) Defense Distribution Depot, Hill, UT: DoDAAC SW3210.
(J) Defense Distribution Depot, Jacksonville, FL: DoDAAC SW3122.
(K) Defense Distribution Depot, Oklahoma City, OK: DoDAAC SW3211.
(L) Defense Distribution Depot, Norfolk, VA: DoDAAC SW3117.
(M) Defense Distribution Depot, Puget Sound, WA: DoDAAC SW3216.
(N) Defense Distribution Depot, Red River, TX: DoDAAC W45G19 or SW3227.
(O) Defense Distribution Depot, Richmond, VA: DoDAAC SW0400.
(P) Defense Distribution Depot, San Diego, CA: DoDAAC SW3218.
(Q) Defense Distribution Depot, Tobyhanna, PA: DoDAAC W25G1W or SW3114.
(R) Defense Distribution Depot, Warner Robins, GA: DoDAAC SW3119.
(S) Air Mobility Command Terminal, Charleston Air Force Base, Charleston, SC: Air Terminal Identifier Code CHS.
(T) Air Mobility Command Terminal, Naval Air Station, Norfolk, VA: Air Terminal Identifier Code NGU.
(U) Air Mobility Command Terminal, Travis Air Force Base, Fairfield, CA: Air Terminal Identifier Code SUU.
(V) A location outside the contiguous United States when the shipment has been assigned Transportation Priority 1.
(2) The following are excluded from the requirements of paragraph (b)(1) of this clause:
(i) Shipments of bulk commodities.
(ii) Shipments to locations other than Defense Distribution Depots when the contract includes the clause at FAR 52.213-1, Fast Payment Procedures.
(c) The Contractor shall-
(1) Ensure that the data encoded on each passive RFID tag are unique (i.e., the binary number is never repeated on any and all contracts) and conforms to the requirements in paragraph (d) of this clause;
(2) Use passive tags that are readable; and
(3) Ensure that the passive tag is affixed at the appropriate location on the specific level of packaging, in accordance with MIL-STD-129 (Section 4.9.2) tag placement specifications.

CONTINUED ON NEXT PAGE

(d) Data syntax and standards. The Contractor shall encode an approved RFID tag using the instructions provided in the EPC; Tag Data Standards in effect at the time of contract award. The EPC; Tag Data Standards are available at http://www.epcglobalinc.org/standards/.
(1) If the Contractor is an EPCglobal; subscriber and possesses a unique EPC; company prefix, the Contractor may use any of the identity types and encoding instructions described in the most recent EPC; Tag Data Standards document to encode tags.
(2) If the Contractor chooses to employ the DoD Identity Type, the Contractor shall use its previously assigned Commercial and Government Entity (CAGE) Code and shall encode the tags in accordance with the tag identity type details located at http://www.acq.osd.mil/log/rfid/tag_data.htm. If the Contractor uses a third party packaging house to encode its tags, the CAGE code of the third party packaging house is acceptable.
(3) Regardless of the selected encoding scheme, the Contractor is responsible for ensuring that each tag contains a globally unique identifier.
(e) Receiving report. The Contractor shall electronically submit advance shipment notice(s) with the RFID tag identification (specified in paragraph (d) of this clause) in advance of the shipment in accordance with the procedures at http://www.acq.osd.mil/log/rfid/advance_shipment_ntc.htm.

D11C02 52.211-9010 SHIPPING LABEL REQUIREMENTS - MIL-STD-129P (MAY 2006) DLAD

D11C03 52.211-9010 SHIPPING LABEL REQUIREMENTS - MIL-STD-129P (MAY 2006) ALT I (AUG 2005)

D11F39 52.211-9073 PACKAGING AND MARKING REQUIREMENTS (MAR 2004) DSCR

(a) Unless stated otherwise, commercial packaging in accordance with ASTM-D-3951 is required for CONUS shipments from the contractor directly to the customer. Commercial packaging and marking is not sufficient for vendor shipments requiring movement through the Defense Transportation System (also referred to as the Military Distribution System or DLA Depot) as the shipment could ultimately be moved via Military Air.

(b) Higher level packaging in accordance with MIL-STD-2073 is mandatory for all shipments that meet the below criteria:

Movement through the Defense Transportation System including shipments to a Military Distribution facility or depot.

OCONUS shipments
FMS shipments
Hazardous material, as cited in the AID or in the Quality Requirements Matrix.

(c) Materials not considered as HAZMAT for CONUS or OCONUS commercial air shipments may be considered HAZMAT for MILAIR shipments OCONUS. As such, contractors/shippers shall ensure that material meeting HAZMAT definitions in DLAI 4145.3, Preparing Hazardous Materials for Military Air Shipment, is packaged in accordance with that instruction when the consignee is OCONUS and the shipment will be moved through the Defense Transportation System. DLAI 4145.3 is available on the internet at: www.dscc.dla.mil/downloads/packaging/dlai4145_3.pdf.

(d) All items shall be marked in accordance with MIL-STD-129. Hazardous items and shelf life items, as cited in the AID or in the Quality Requirements Matrix, shall be marked in accordance with MIL-STD-129 and the appropriate clauses cited in the appendix to the matrix and the contract. The contractor is required to package material in accordance with Quantity Unit Pack (QUP), specified in MIL-STD-2073 and the Unit of Issue (UI), specified in each delivery order. A packing slip shall be located in a plastic pouch on the outside of the package. For HAZMAT destined OCONUS, a hard copy of the Material Safety Data Sheet (MSDS) must also be included.

(e) In the event of deployments, this clause may be invoked when shipments originally destined for a CONUS location are diverted to OCONUS destinations thereby necessitating movement of the material through the Defense Transportation system. In such an event, contractors will be notified by the Contracting Officer and an equitable adjustment will be made in the contract price as deemed appropriate.

NOTE: Applicable to negotiated solicitations. Offers that do not comply with the packaging and marking requirements as specified in Section D of this solicitation may be subject to rejection as being technically unacceptable.

D47C01 52.247-9012 REQUIREMENTS FOR TREATMENT OF WOOD PACKAGING MATERIAL (WPM) (FEB 2007) DLAD

(a) THIS CLAUSE ONLY APPLIES WHEN WOOD PACKAGING MATERIAL (WPM) WILL BE USED TO MAKE SHIPMENTS UNDER THIS CONTRACT AND/OR WHEN WPM IS BEING ACQUIRED UNDER THIS CONTRACT.
(b) Definition.
Wood packaging material (WPM) means wood pallets, skids, load boards, pallet collars, wooden boxes, reels, dunnage, crates, frame and cleats. The definition excludes materials that have undergone a manufacturing process, such as corrugated fiberboard, plywood, particleboard, veneer, and oriented strand board (OSB).
(c) All Wood Packaging Material (WPM) used to make shipments under DOD contracts and/or acquired by DOD must meet requirements of International Standards for Phytosanitary Measures (ISPM) 15, 'Guidelines for Regulating Wood Packaging Materials in International Trade.' DOD shipments inside and outside of the United States must meet ISPM 15 whenever WPM is used to ship DOD cargo.
(1) All WPM shall comply with the official quality control program for heat treatment (HT) or kiln dried heat treatment (KD HT) in accordance with American Lumber Standard Committee, Incorporated (ALSC) Wood Packaging Material Program and WPM Enforcement Regulations (see http://www.alsc.org/).
(2) All WPM shall include certification/quality markings in accordance with the ALSC standard. Markings shall be placed in an unobstructed area that will be readily visible to inspectors. Pallet markings shall be applied to the stringer or block on diagonally opposite sides of the pallet and be contrasting and clearly visible. All containers shall be marked on a side other than the top or bottom, contrasting and clearly visible. All dunnage used in configuring and/or securing the load shall also comply with ISPM 15 and be marked with an ALSC approved DUNNAGE stamp.
(d) Failure to comply with the requirements of this restriction may result in refusal, destruction, or treatment of materials at the point of entry. The Agency reserves the right to recoup from the Contractor any remediation costs incurred by the Government.

SECTION E

E46A02 52.246-2 INSPECTION OF SUPPLIES--FIXED-PRICE (AUG 1996) FAR

E46A16 52.246-16 RESPONSIBILITY FOR SUPPLIES (APR 1984) FAR

E46B01 252.246-7000 MATERIAL INSPECTION AND RECEIVING REPORT (MAR 2003) DFARS

E46F02 46-8A-9G DSCR NOTE TO CLAUSE 252.246-7000 MATERIAL INSPECTION AND RECEIVING REPORT (MAR 2003)

DSCR NOTES:

In addition to the distribution required in DFARS Appendix F, Tables 1 and 2, a copy of the Material Inspection and Receiving Report is required to the following address:

[x] Defense Supply Center, Richmond 1 CY
8000 Jefferson Davis Highway
Directorate of Business Operations
ATTN: Inventory Control Manager
Richmond, VA 23297-5862

[ ] OTHER: NO. CY(s)

Payment will not be made until a completed Material Inspection and Receiving Report, DD Form 250, is received by the Government. The form shall reflect that a duly authorized Government representative has inspected and accepted the supplies or has otherwise authorized acceptance.

WHEN ORIGIN INSPECTION AND ACCEPTANCE IS SPECIFIED IN THE AWARD, the form shall reflect the signature of a Government Quality Assurance Representative (QAR).

CONTINUED ON NEXT PAGE

WHEN ORIGIN INSPECTION AND DESTINATION ACCEPTANCE IS SPECIFIED IN THE AWARD, the form shall reflect the signatures of both the Government Quality Assurance Representative and the Government consignee's representative.

WHEN DESTINATION INSPECTION AND ACCEPTANCE IS SPECIFIED IN THE AWARD, the form shall reflect the signature of the Government consignee's representative.

EXCEPTION; If the award is for an Indefinite Delivery Contract citing FAR Clause 52.213-1, Fast Payment Procedure, in Section I, the contractor has the option of including on the invoice the information specified in FAR 52.213-1, paragraph (c)(3), rather than submitting a DD Form 250. This option applies only to those delivery orders that specify Fast Pay.

When the DD Form 250, Material Inspection and Receiving Report, is submitted via Wide Area Workflow (WAWF-RA), The contractor is still required to provide a copy of The DD Form 250 in the material shipment itself.

DD Forms 250 are available at: http://www.dtic.mil/whs/directives/infomgt/forms/formsprogram.htm.

DSCR (APR 2004)

E46F33 52.246-9016 INSPECTION AND ACCEPTANCE POINT (FEB 1996) DSCR

Inspection point: [x] Destination [ ] Origin

Acceptance point: [x] Destination [ ] Origin

[ ] Inspection and Acceptance will take place at:

Origin - First Shipment Only
Destination - Subsequent Shipments

SECTION F

F11A06 52.211-16 VARIATION IN QUANTITY (APR 1984) FAR

(b) The permissible variation shall be limited to:

00 % (Percent) Increase 00 % (Percent) Decrease

This increase or decrease shall apply to the quantity at the line item level, or for phased delivery at the sub-clin level, as designated by item number followed by two alphas, i.e. 0001AA. The variation (if any) shall be shipped with the quantity for the line item, or for phased delivery the quantity specified for each sub-clin. Under no circumstances will the contractor ship a variation in quantity against any line item/sub-clin other than as specified in the delivery schedule.

F11A07 52.211-17 DELIVERY OF EXCESS QUANTITIES (SEP 1989) FAR

F11F41 52.211-9052 TIME OF DELIVERY (JAN 1998) DSCR

(a) Delivery is required to be made in accordance with the following schedule:

| ITEM NO. | QUANTITY | TIME OF DELIVERY FOB ORIGIN ON OR BEFORE | TIME OF DELIVERY FOB DESTINATION ON OR BEFORE |
|---|---|---|---|
| 0001 | 29 | n/a | 218 days ADO |

(b) The foregoing delivery requirements are based on the assumption that the Government will make award by n/a Each delivery date in the delivery schedule set forth herein will be extended by the number of calendar days after the above date that the contract is in fact awarded. Attention is directed to Provision 52.214-10 or 52.215-1, Section L, as applicable to the solicitation, which provides that a written award mailed or otherwise furnished to the successful offeror results in a binding contract. Therefore, in computing the available time for performance, the offeror should take into consideration the time required for notice of award to arrive through the ordinary mails.

(c) If award is made for less than the total quantity of any item or sub-item, pro rata delivery based on the applicable delivery schedule will be required except when a single delivery is called for.

F11F42 52.211-9052 TIME OF DELIVERY ALT I (APR 2004) DSCR

F42A02 52.242-15 STOP-WORK ORDER (AUG 1989) FAR

F42A05 52.242-17 GOVERNMENT DELAY OF WORK (APR 1984) FAR

F47A03 52.247-34 F.O.B. DESTINATION (NOV 1991) FAR

F47A10 52.247-58 LOADING, BLOCKING, AND BRACING OF FREIGHT CAR SHIPMENTS (APR 1984) FAR

F47F38 52.247-9611 MANUFACTURER'S LOADING PRACTICES (JAN 1996) DSCR

SECTION I

I02A01 52.202-1 DEFINITIONS (JUL 2004) FAR

I03A01 52.203-3 GRATUITIES (APR 1984) FAR

I03A02 52.203-5 COVENANT AGAINST CONTINGENT FEES (APR 1984) FAR

I03A03 52.203-6 RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (SEP 2006) FAR

I03A05 52.203-7 ANTI-KICKBACK PROCEDURES (JUL 1995) FAR

I03A06 52.203-8 CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) FAR

I03A07 52.203-10 PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) FAR

I03A08 52.203-12 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (SEP 2007) FAR

I03B01 252.203-7001 PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES (DEC 2004) DFARS

I04A04 52.204-4 PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000) FAR

I04A05 52.204-7 CENTRAL CONTRACT REGISTRATION (JUL 2006) FAR

I04B03 252.204-7003 CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992) DFARS

I04B04 252.204-7004 ALTERNATE A, CENTRAL CONTRACTOR REGISTRATION (SEP 2007) DFARS

I08F30 52.208-9001 NOTIFICATION TO GOVERNMENT OF CONTEMPLATED PRODUCTION PHASEOUT (NOV 2006) DSCR

I09A08 52.209-6 PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (SEP 2006) FAR

I09B02 252.209-7004 SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A TERRORIST COUNTRY (DEC 2006) DFARS

I11A01 52.211-5 MATERIAL REQUIREMENTS (AUG 2000) FAR

I11B01 252.211-7005 SUBSTITUTIONS FOR MILITARY OR FEDERAL SPECIFICATIONS AND STANDARDS (NOV 2005) DFARS

SPI Process: ______________________ (Vendor Fill-In)

Facility: ______________________

CONTINUED ON NEXT PAGE

Military or Federal Specification or Standard: ______ (Vendor Fill-in)

Affected Contract Line Item Number, Subline Item Number, Component, or Element: ______ (Vendor Fill-in)

______ (Vendor Fill-in)

I11C01 52.211-9000 GOVERNMENT SURPLUS MATERIAL (APR 2002) DLAD

***

(c) With respect to the surplus material being offered, the Offeror represents that:

(1) The material is new, unused, and not of such age or so deteriorated as to impair its usefulness or safety. ( ) Yes ( ) No (Vendor Fill-in). The material conforms to the technical requirements cited in the solicitation (e.g., Contractor and Government Entity (CAGE) code and part number, specification, etc.). ( ) Yes ( ) No (Vendor Fill-in). The material conforms to the revision letter/number, if any is cited. ( ) Yes ( ) No ( ) Unknown (Vendor Fill-in) If no, the revision offered does not affect form, fit, function, or interface. ( ) Yes ( ) No ( ) Unknown. The material was manufactured by:

Name ______ (Vendor Fill-in)

Address ______ (Vendor Fill-in)

______ (Vendor Fill-in)

(2) The Offeror currently possesses the material. ( ) Yes ( ) No. If no, the Offeror must attach or forward to the Contracting Officer an explanation as to how the offered quantities will be secured. If yes, the Offeror purchased the material from a Government selling agency or other source. ( ) Yes ( ) No. If yes, provide the information below:

Government Selling Agency ______ (Vendor Fill-in)

Contract Number ______ (Vendor Fill-in)

Contract Date (Month/Year) ______ (Vendor Fill-in)

Other Source ______ (Vendor Fill-in)

Address ______ (Vendor Fill-in)

Date Acquired (Month/Year) ______ (Vendor Fill-in)

(3) The material has been altered or modified. ( ) Yes ( ) No (Vendor Fill-in) If yes, the Offeror must attach or forward to the Contracting Officer a complete description of the alterations or modifications.

(4) The material has been reconditioned. ( ) Yes ( ) No. (Vendor Fill-in). If yes, (i) the price offered includes the cost of reconditioning/refurbishment. ( ) Yes ( ) No (Vendor Fill-in); and (ii) the Offeror must attach or forward to the Contracting Officer a complete description of any work done or to be done, including the components to be replaced and the applicable rebuild standard. The material contains cure-dated components. ( ) Yes ( ) No (Vendor Fill-in). If yes, the price includes replacement of cure-dated components. ( ) Yes ( ) No (Vendor Fill-in)

(5) The material has data plates attached. ( ) Yes ( ) No (Vendor Fill-in). If yes, the Offeror must state below all information contained thereon, or forward a copy or facsimile of the data plate to the Contracting Officer.

(6) The offered material is in its original package. ( ) Yes ( ) No (Vendor Fill-in). (If yes, the Offeror has stated below all original markings and data cited on the package; or has attached or forwarded to the Contracting Officer a copy or facsimile of original package markings.)

Contract Number ______ (Vendor Fill-in)

NSN ______ (Vendor Fill-in)

Cage Code ______ (Vendor Fill-in)

Part Number ______

Other Markings/Data ______ (Vendor Fill-in)

(Vendor Fill-in)

(7) The Offeror has supplied this same material (National Stock Number) to the Government before. ( ) Yes ( ) No (Vendor Fill-in). If yes, (i) the material being offered is from the same original Government contract number as that provided previously. ( ) Yes ( ) No; and (ii) state below the Government Agency and contract number under which the material was previously provided:

AgencyContract Number ______ (Vendor Fill-in)

(8) The material is manufactured in accordance with a specification or drawing. ( ) Yes ( ) No. If yes, (i) the specification/drawing is in the possession of the Offeror. ( ) Yes ( ) No (Vendor Fill-in); and (ii) the Offeror has stated the applicable information below, or forwarded a copy or facsimile to the Contracting Officer. ( ) Yes ( ) No (Vendor Fill-in)

Specification/Drawing Number ______ (Vendor Fill-in)

Revision (if any) ______ (Vendor Fill-in)

Date ______ (Vendor Fill-in)

(9) The material has been inspected for correct part number and for absence of corrosion or any obvious defects. ( ) Yes ( ) No. If yes, (i) Material has been re-preserved. ( ) Yes ( ) No (Vendor Fill-in); (ii) Material has been repackaged. ( ) Yes ( ) No (Vendor Fill-in); (iii) Percentage of material that has been inspected is %____ (Vendor Fill-in) and/or number of items inspected is ____ (Vendor Fill-in); and (iv) a written report was prepared. ( ) Yes ( ) No (Vendor Fill-in). If yes, the Offeror has attached it or forwarded it to the Contracting Officer. ( ) Yes ( ) No (Vendor Fill-in)

(d) The Offeror agrees that in the event of award and notwithstanding the provisions of the solicitation, inspection and acceptance of the surplus material will be performed at source or destination subject to all applicable provisions for source or destination inspection.

(e) The Offeror has attached or forwarded to the Contracting Officer one of the following, to demonstrate that the material being offered was previously owned by the Government (Offeror check which one applies):

( ) (Vendor Fill-in) For national or local sales, conducted by sealed bid, spot bid or auction methods, a solicitation/Invitation for Bid and corresponding DRMS Form 1427, Notice of Award, Statement and Release Document.

( ) (Vendor Fill-in) For DRMS Commercial Venture (CV) Sales, the shipment receipt/delivery pass document and invoices/receipts used by the original purchaser to resell the material.

( ) (Vendor Fill-in) For DRMS Recycling Control Point (RCP) term sales, the statement of account or billing document.

( ) (Vendor Fill-in) For property sold under the exchange or sale regulation, conducted by sealed bid, auction or retail methods, a solicitation/Invitation for Bid and corresponding DRMS Form 1427.

( ) (Vendor Fill-in) When the above documents are not available, or if they do not identify the specific NSN being acquired, a copy or facsimile of all original package markings and data, including NSN, Commercial and Government Entity (CAGE) code and part number, and original contract number. (This information has already been provided in paragraph (c)(6) of this clause. ( ) Yes ( ) No.

( ) (Vendor Fill-in) When none of the above are available, other information to demonstrate that the offered material was previously owned by the Government. Describe and/or attach.

______ (Vendor Fill-in)

______ Vendor Fill-in)

(f) This clause only applies to offers of Government surplus material. Offers of commercial surplus, manufacturer's overruns, residual inventory resulting from terminated Government contracts, and any other material that meets the technical requirements in the solicitation but was not previously owned by the Government will be evaluated in accordance with the provision at 52.217-9002.

CONTINUED ON NEXT PAGE

I11C02 52.211-9002 PRIORITY RATING (MAR 2000) DLAD

I11C08 52.211-9014 CONTRACTOR RETENTION OF TRACEABILITY DOCUMENTATION (FEB 2006) DLAD

I11F01 11-20-90 DSCR NOTE TO 52.211-9000 GOVERNMENT SURPLUS MATERIAL (JUL 2002)

For electronic quotes, if the information requested by Clause 52.211-9000 (Section I) cannot be submitted with your offer, it must be submitted off-line to the contracting officer prior to the solicitation closing date.

Awards citing origin inspection that authorize the furnishing of surplus material will contain a Quality Assurance Provision (QAP) S01 in lieu of the QAP (if any) specified in this solicitation. If destination inspection will apply to the award, the QAP cited in the purchase order text will apply.

A copy of surplus QAP S01 is available on the DSCR Acquisition Reference List, Section 2
http://www.dscr.dla.mil/userweb/dscrbat/qaps.htm.
DSCR (SEP 2007)

I15A01 52.215-2 AUDIT AND RECORDS NEGOTIATION (JUN 1999) FAR

I15A05 52.215-8 ORDER OF PRECEDENCE -- UNIFORM CONTRACT FORMAT (OCT 1997) FAR

I15A10 52.215-14 INTEGRITY OF UNIT PRICES (OCT 1997) FAR

I15A11 52.215-14 INTEGRITY OF UNIT PRICES (OCT 1997) ALT I (OCT 1997) FAR

I19A05 52.219-6 NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE (JUN 2003) FAR

I19A10 52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS (MAY 2004) FAR

I19A17 52.219-14 LIMITATIONS ON SUBCONTRACTING (DEC 1996) FAR

I19A21 52.219-28 POST-AWARD SMALL BUSINESS PROGRAM REREPRESENTATION (JUN 2007) FAR

***

(g) If the Contractor does not have representations and certifications in ORCA, or does not have a representation in ORCA for the NAICS code applicable to this contract, the Contractor is required to complete the following rerepresentation and submit it to the contracting office, along with the contract number and the date on which the rerepresentation was completed:

The Contractor represents that it ( ) is ( ) is not a small business concern under NAICS Code
assigned
to contract number
Contractor to sign and date and insert authorized signer's name and title:

Signature:______________________________ (Vendor Fill-in)

Date:______________________________ (Vendor Fill-in)

Title:______________________________ (Vendor Fill-in)

I22A15 52.222-19 CHILD LABOR-COOPERATION WITH AUTHORITIES AND REMEDIES (AUG 2007) FAR

I22A16 52.222-20 WALSH-HEALEY PUBLIC CONTRACTS ACT (DEC 1996) FAR

I22A17 52.222-21 PROHIBITION OF SEGREGATED FACILITIES (FEB 1999) FAR

I22A18 52.222-26 EQUAL OPPORTUNITY (MAR 2007) FAR

I22A22 52.222-35 EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (SEP 2006)

I22A24 52.222-36 AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998) FAR

I22A26 52.222-37 EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (SEP 2006) FAR

I22A34 52.222-39 NOTIFICATION OF EMPLOYEE RIGHTS CONCERNING PAYMENT OF UNION DUES OR FEES (DEC 2004) FAR

I22A35 52.222-50 COMBATING TRAFFICKING IN PERSONS (AUG 2007) FAR

I23A04 52.223-6 DRUG-FREE WORKPLACE (MAY 2001) FAR

I23B03 252.223-7004 DRUG-FREE WORK FORCE (SEP 1988) DFARS

I25A04 52.225-13 RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (FEB 2006) FAR

I25B05 252.225-7012 PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (JAN 2007) DFARS

(a) Definitions. As used in this clause--
(1) 'Component' means any item supplied to the Government as part of an end product or of another component.
(2) 'End product' means supplies delivered under a line item of this contract.
(3) 'United States' means the 50 States, the District of Columbia, and outlying areas.
(4) 'U.S.-flag vessel' means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.
(b) The Contractor shall deliver under this contract only such of the following items, either as end products or components, that have been grown, reprocessed, reused, or produced in the United States:
(1) Food.
(2) Clothing and the materials and components thereof, other than sensors, electronics, or other items added to, and not normally associated with, clothing and the materials and components thereof. Clothing includes items such as outerwear, headwear, underwear, nightwear, footwear, hosiery, handwear, belts, badges, and insignia.
(3) Tents, tarpaulins, or covers.
(4) Cotton and other natural fiber products.
(5) Woven silk or woven silk blends.
(6) Spun silk yarn for cartridge cloth.
(7) Synthetic fabric, and coated synthetic fabric, including all textile fibers and yarns that are for use in such fabrics.
(8) Canvas products.
(9) Wool (whether in the form of fiber or yarn or contained in fabrics, materials, or manufactured articles).
(10) Any item of individual equipment (Federal Supply Class 8465) manufactured from or containing fibers, yarns, fabrics, or materials listed in this paragraph (b).
(c) This clause does not apply:
(1) To items listed in section 25.104(a) of the Federal Acquisition Regulation (FAR), or other items for which the Government has determined that a satisfactory quality and sufficient quantity cannot be acquired as and when needed at U.S. market prices;
(2) To end products incidentally incorporating cotton, other natural fibers, or wool, for which the estimated value of the cotton, other natural fibers, or wool--
(i) Is not more than 10 percent of the total price of the end product; and
(ii) Does not exceed the simplified acquisition threshold in FAR Part 2;
(3) To waste and byproducts of cotton or wool fiber for use in the production of propellants and explosives;
(4) To foods, other than fish, shellfish, or seafood, that have been manufactured or processed in the United States, regardless of where the foods (and any component if applicable) were grown or produced. Fish, shellfish, or seafood manufactured or processed in the United States and fish, shellfish, or seafood contained in foods manufactured or processed in the United States shall be provided in accordance with paragraph (d) of this clause;
(5) To chemical warfare protective clothing produced in the countries listed in subsection 225.872-1 of the Defense FAR Supplement; or
(6) To fibers and yarns that are for use in synthetic fabric or coated synthetic fabric (but does apply to the synthetic or coated synthetic fabric itself), if:
(i) The fabric is to be used as a component of an end product that is not a textile product. Examples of textile products, made in whole or in part of fabric, include:
(A) Draperies, floor coverings, furnishings, and bedding

CONTINUED ON NEXT PAGE

(Federal Supply Group 72, Household and Commercial Furnishings and Appliances);
(B) Items made in whole or in part of fabric in Federal Supply Group 83, textile/leather/furs/apparel/findings/tents/flags, or Federal Supply Group 84, Clothing, Individual Equipment and Insignia;
(C) Upholstered seats (whether for household, office, or other use); and
(D) Parachutes (Federal Supply Class 1670); or
(ii) The fibers and yarns are para-aramid fibers and yarns manufactured in the Netherlands.
(d)(1) Fish, shellfish, and seafood delivered under this contract, or contained in foods delivered under this contract:
(i) Shall be taken from the sea by U.S.-flag vessels; or
(ii) If not taken from the sea, shall be obtained from fishing within the United States; and
(2) Any processing or manufacturing of the fish, shellfish, or seafood shall be performed on a U.S.-flag vessel or in the United States.

I25B06 252.225-7013 DUTY-FREE ENTRY (OCT 2006) DFARS

I25B08 252.225-7014 PREFERENCE FOR DOMESTIC SPECIALTY METALS ALT I (DEVIATION 2007-O0012) OCT 2007 DFARS

(a) Definitions. As used in this clause-
(1) 'Commercially available off-the-shelf item' --
(i) Means any item of supply, including any component, that is -
(A) A commercial item (as defined in FAR 2.101);
(B) Sold in substantial quantities in the commercial marketplace; and
(C) Offered to the Government, without modification, in the same form in which it is sold in the commercial marketplace; and
(ii) Does not include bulk cargo, as defined in section 3 of the Shipping Act of 1984 (46 U.S.C. App. 1702, such as agricultural products and petroleum products.
(2) 'Electronic component' means an item that operates by controlling the flow of electrons or other electrically charged particles in circuits, using interconnections of electrical devices such as resistors, inductors, capacitors, diodes, switches, transistors, or integrated circuits. An item can be an 'electronic component' regardless of the tier of the end product at which it is installed.
(3) 'End product' means supplies delivered under a line item of this contract.
(4) 'Qualifying country' means any country listed in subsection 225.872-1 of the Defense Federal Acquisition Regulation Supplement.
(5) 'Specialty metals' means any of the following:
(i) Steel-
(A) With a maximum alloy content exceeding one or more of the following limits: manganese, 1.65 percent; silicon, 0.60 percent; or copper, 0.60 percent; or
(B) Containing more than 0.25 percent of any of the following elements: aluminum, chromium, cobalt, columbium, molybdenum, nickel, titanium, tungsten, or vanadium;
(ii) Metal alloys consisting of nickel, iron-nickel, and cobalt base alloys containing a total of other alloying metals (except iron) in excess of 10 percent;
(iii) Titanium and titanium alloys.
(iv) Zirconium and zirconium base alloys.
(b) Any specialty metals incorporated in articles delivered under this contract shall be melted or produced in the United States or its outlying areas.
(c) This clause does not apply to specialty metals-
(1) Melted in a qualifying country or incorporated in an article manufactured in a qualifying country
(2) Contained in commercially available off-the-shelf items, acquired either as end items or components; or
(3) Incorporated in a commercially available electronic component, if the value of the specialty metal content in the electronic component does not exceed 10 percent of the overall value of the lowest level electronic component, containing specialty metal; that is -
(i) Produced by the Contractor; or
(ii) If the Contractor does not produce the electronic component, produced by the subcontractor from which the electronic component was acquired.
(d) The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts for items containing specialty metals.

I27A01 52.227-1 AUTHORIZATION AND CONSENT (DEC 2007) FAR

I27A04 52.227-2 NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (DEC 2007) FAR

I29A02 52.229-3 FEDERAL, STATE, AND LOCAL TAXES (APR 2003) FAR

I31B01 252.231-7000 SUPPLEMENTAL COST PRINCIPLES (DEC 1991) DFARS

I32A01 52.232-1 PAYMENTS (APR 1984) FAR

I32A06 52.232-8 DISCOUNTS FOR PROMPT PAYMENT (FEB 2002) FAR

I32A08 52.232-11 EXTRAS (APR 1984) FAR

I32A13 52.232-17 INTEREST (JUN 1996) FAR

I32A19 52.232-23 ASSIGNMENT OF CLAIMS (JAN 1986) FAR
I32A12 52.232-25 PROMPT PAYMENT (OCT 2003) FAR

I32A28 52.232-33 PAYMENT BY ELECTRONIC FUNDS TRANSFER--CENTRAL CONTRACTOR REGISTRATION (OCT 2003) FAR

I32B02 252.232-7003 ELECTRONIC SUBMISSION OF PAYMENT REQUESTS (MAR 2007) DFARS

I32B10 252.232-7010 LEVIES ON CONTRACT PAYMENTS DFARS (DEC 2006)

I33A01 52.233-1 DISPUTES (JUL 2002) FAR

I33A03 52.233-3 PROTEST AFTER AWARD (AUG 1996) FAR

I33A05 52.233-4 APPLICABLE LAW FOR BREACH OF CONTRACT (OCT 2004) FAR

I33C01 52.233-9001 DISPUTES: AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION (JUN 2001) DLAD

(c) If you wish to opt out of this clause, check here ( ) (Vendor fill-in).

I33F01 32-1A-90 DSCR NOTE TO 52.233-1 DISPUTES (JUL 2002) DSCR

DSCR NOTE:

DSCR has in place a process to mediate two types of contract disputes: (1) contract claims filed pursuant to the Contract Disputes Act of 1978, as amended, 41 U.S.C. 601-613, (CDA), prior to issuance of a final decision by the contracting officer, that arise as a result of either a contractor or government claim, except for proposed Terminations for Default, and (2) other contract disputes, resulting from an issue in controversy, that the contracting officer determines suitable for mediation. Mediation involves a neutral, called a mediator, who assists both parties as they try to resolve their dispute voluntarily and produce a solution that is acceptable and beneficial to both. After unassisted negotiations over an issue in controversy have proven ineffective in either situation, the contracting officer will contact the contractor seeking to resolve the dispute through mediation. In either situation, a contractor's decision not to engage in mediation shall be conveyed in writing to the contracting officer.

Mediation undertaken pursuant to this process does not waive the statutory time limitations of the CDA, within which a contracting officer must issue a final decision on a claim filed pursuant to the CDA, as expressed in FAR Clause 52.233-1, Disputes, paragraph (c). If mediation is unsuccessful, the parties retain their existing rights under the CDA. (99140)

I39C01 52.239-9000 Y2K COMPLIANCE NOTICE (JUN 2002) DLAD

I42A08 52.242-13 BANKRUPTCY (JUL 1995) FAR

I43A01 52.243-1 CHANGES -- FIXED PRICE (AUG 1987) FAR

I43B01 252.243-7001 PRICING OF CONTRACT MODIFICATIONS (DEC 1991) DFARS

CONTINUED ON NEXT PAGE

I43B02 252.243-7002 REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998) DFARS

I44A05 52.244-6 SUBCONTRACTS FOR COMMERCIAL ITEMS (MAR 2007) FAR

I44B01 252.244-7000 SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (DOD CONTRACTS) (JAN 2007) DFARS

I46A17 52.246-23 LIMITATION OF LIABILITY (FEB 1997) FAR

I46B05 252.246-7003 NOTIFICATION OF POTENTIAL SAFETY ISSUES (JAN 2007) DFARS

I46F32 52.246-9005 WARRANTY APPOM (APR 2000) DSCR

I46F86 52.246-9033 MISDIRECTED SHIPMENTS (JAN 1996) DSCR

I48A01 52.248-1 VALUE ENGINEERING (FEB 2000) FAR

I49A03 52.249-2 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (MAY 2004) FAR

I49A13 52.249-8 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984) FAR

I49C01 52.249-9000 ADMINISTRATIVE COSTS OF REPROCUREMENT AFTER DEFAULT. (MAY 1988) DLAD

I49F01 49-1-9G DSCR NOTE TO 52.249-9000 ADMINISTRATIVE COSTS OF REPROCUREMENT AFTER DEFAULT (AUG 06)

The contractor and the Government expressly agree that, in addition to any excess costs of repurchase, as provided in Paragraph (b) of the 'Default' clause of the contract, or any other damages resulting from such default, the contractor shall pay, and the Government shall accept, the sum of $385 as payment in full for the administrative costs of such repurchase. This assessment of damages for administrative costs shall apply for any termination for default following which the Government repurchases the terminated supplies or services, regardless of whether any other damages are incurred and/or assessed.

I52A01 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) FAR

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.dla.mil/j-3/j-336/icps.htm

I52A02 52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984) FAR

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter1) clause with an authorized deviation is indicated by the addition of '(DEVIATION)' after the date of the clause.

(b) The use in this solicitation or contract of any DoD FAR Supplement (DFARS) (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of '(DEVIATION)' after the name of the regulation.

I53A01 52.253-1 COMPUTER GENERATED FORMS (JAN 1991) FAR

SECTION K

K04A03 52.204-8 ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2006) FAR

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is____________ 333931

(Vendor Fill-in) [insert NAICS code].

(2) The small business size standard is 500 [insert size standard].

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b)(1) If the clause at 52.204-7, Central Contractor Registration, is included in this solicitation, paragraph (c) of this provision applies.

(2) If the clause at 52.204-7 is not included in this solicitation, and the offeror is currently registered in CCR, and has completed the ORCA electronically, the offeror may choose to use paragraph (c) instead of completing the corresponding individual representations and certifications in the solicitation. The offeror shall indicate which option applies by checking one of the following boxes:

( ) (Vendor Fill-in) (i) Paragraph (c) applies.

( ) (Vendor Fill-in) (ii) Paragraph (c) does not apply and the offeror has completed the individual representations and certifications in the solicitation.

(c) The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below [offeror to insert changes, identifying change by clause number, title, date]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

| FAR Clause # | Title | Date | Change |
|---|---|---|---|
| | | | (Vendor Fill-in) |
| | | | (Vendor Fill-in) |
| | | | (Vendor Fill-in) |
| | | | (Vendor Fill-in) |

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.

K07A01 52.207-4 ECONOMIC PURCHASE QUANTITY - SUPPLIES (AUG 1987) FAR

(a) Offerors are invited to state an opinion on whether the quantity(ies) of supplies on which bids, proposals or quotes are requested in this solicitation is (are) economically advantageous to the Government.

____________ (Vendor Fill-in)

____________ (Vendor Fill-in)

____________ (Vendor Fill-in)

____________ (Vendor Fill-in)

OFFEROR RECOMMENDATIONS

ITEM ____________ (Vendor Fill-in)

QUANTITY ____________ (Vendor Fill-in)

PRICE QUOTATION ____________ (Vendor Fill-in)

TOTAL ____________ (Vendor Fill-in)

K17B01 252.217-7026 IDENTIFICATION OF SOURCES OF SUPPLY (NOV 1995) DFARS

(b) The apparently successful Offeror agrees to complete and submit the following table before award:

TABLE

Commercial

CONTINUED ON NEXT PAGE

| Line Item (1) | NSN (2) | Item (Y or N) (3) | SOURCE OF SUPPLY Company (4) | Address (4) | Part No. (5) | Actual Mfg. (6) |
|---|---|---|---|---|---|---|

________________________________ (Vendor Fill-in)

________________________________ (Vendor Fill-in)

________________________________ (Vendor Fill-in)

K75A01 52.225-18 PLACE OF MANUFACTURE (SEP 2006) FAR

(a) Definitions. As used in this clause:
'Manufactured end product' means any end product in Federal Supply Classes (FSC) 1000-9999, except:
(1) FSC 5510, Lumber and Related Basic Wood Materials;
(2) Federal Supply Group (FSG) 87, Agricultural Supplies;
(3) FSG 88, Live Animals;
(4) FSG 89, Food and Related Consumables;
(5) FSC 9410, Crude Grades of Plant Materials;
(6) FSC 9430, Miscellaneous Crude Animal Products, Inedible;
(7) FSC 9440, Miscellaneous Crude Agricultural and Forestry Products;
(8) FSC 9610, Ores;
(9) FSC 9620, Minerals, Natural and Synthetic; and
(10) FSC 9630, Additive Metal Materials.

'Place of manufacture' means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.

(b) For statistical purposes only, the offeror shall indicate whether the place of manufacture of the end products it expects to provide in response to this solicitation is predominantly:

(1) ( ) [Vendor Fill-in] In the United States (Check this box if the total anticipated price of offered end products manufactured in the United States exceeds the total anticipated price of offered end products manufactured outside the United States); or
(2) ( ) [Vendor Fill-in] Outside the United States.

K25F04 25-3-98 DSCR NOTE TO 252.225-7031 SECONDARY ARAB BOYCOTT OF ISRAEL (JUN 2005) DFARS

DSCR NOTE REGARDING OFFERS FROM THE CANADIAN COMMERCIAL CORPORATION: Pursuant to Defense FAR Supplement 225.770-2, the Canadian Commercial Corporation (CCC) will submit, with other precontractual material, a certification from its proposed subcontractor. The certification shall conform to paragraph (b) of Clause 252.225-7031 above.
DSCR (APR 2003)

X47F30 52.247-9G17 PRODUCTION FACILITIES (AUG 2000) DSCR

Offeror must provide shipping and inspection locations for the supplies. Each location will be provided in the appropriate paragraph below. DO NOT put all location information into one paragraph.

(a) SHIPPING LOCATION: Insert below the location where supplies will be delivered to, or picked-up by, the freight carrier, post office, or small parcel carrier, for final shipment to the consignee.

ITEM NUMBER: ________________ (Vendor Fill-in)
PLANT NAME: ________________ (Vendor Fill-in)
ADDRESS: ________________ (Vendor Fill-in)
STREET: ________________ (Vendor Fill-in)
CITY: ________________ (Vendor Fill-in)
STATE: ________________ (Vendor Fill-in)
ZIP CODE: ________________ (Vendor Fill-in)
PHONE: ________________ (Vendor Fill-in)

(b) LOCATION WHERE THE END ITEMS WILL BE INSPECTED: Insert below the location where the end items (not the packaging) will be inspected.

ITEM NUMBER: ________________ (Vendor Fill-in)
PLANT NAME: ________________ (Vendor Fill-in)
ADDRESS: ________________ (Vendor Fill-in)
STREET: ________________ (Vendor Fill-in)
CITY: ________________ (Vendor Fill-in)
STATE: ________________ (Vendor Fill-in)
ZIP CODE: ________________ (Vendor Fill-in)
PHONE: ________________ (Vendor Fill-in)

(c) LOCATION WHERE PACKAGING/PACKING WILL BE INSPECTED: Insert below the location where the packaging/packing will be inspected.

ITEM NUMBER: ________________ (Vendor Fill-in)
PLANT NAME: ________________ (Vendor Fill-in)
ADDRESS: ________________ (Vendor Fill-in)
STREET: ________________ (Vendor Fill-in)
CITY: ________________ (Vendor Fill-in)
STATE: ________________ (Vendor Fill-in)
ZIP CODE: ________________ (Vendor Fill-in)
PHONE: ________________ (Vendor Fill-in)

## SECTION L

L11A01 52.211-14 NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990) FAR

As cited on the front page of this solicitation.

L14A16 52.214-34 SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE (APR 1991) FAR

L14A18 52.214-35 SUBMISSION OF OFFERS IN U.S. CURRENCY (APR 1991) FAR

L15A01 52.215-1 INSTRUCTIONS TO OFFERORS -- COMPETITIVE ACQUISITION (MAY 2001) FAR

L15A05 52.215-5 FACSIMILE PROPOSALS (OCT 1997) FAR

L15C03 52.215-9008 FACSIMILE BIDS AND PROPOSALS (JUL 2005) DLAD

(a) Facsimile bids, proposals, amendments (including final proposal revisions (FPRs)), and withdrawals will be considered only if authorized in the solicitation by FAR 52.214-31, Facsimile Bids, or 52.215-5, Facsimile Proposals (Sec L). Fax machines should be programmed to include the telephone number as the distant station ID. This information is required to assist in properly documenting receipt.
(b) DLA/DSCC Internet Bid Board System (DIBBS) and Internet Quoting System (IQS). DIBBS and IQS do not permit facsimile proposals. Facsimile proposals in response to DIBBS or IQS solicitations will be rejected and returned to the offeror.
(c) DSC Richmond. The telephone number of the receiving facsimile equipment is 804-279-4165. For bid/proposal security reasons facsimile equipment is not located in the place designated for receipt of offers. Regular interoffice pick-up of facsimile transmissions occurs daily at 10:30 a.m. and 1:30 p.m., Eastern time zone.
(1) Bids, bid amendments, and bid withdrawals received by the facsimile equipment prior to 10:30 a.m. on the day of bid opening will be presumed to have been received on time.
(2) Proposals, amendments to proposals, withdrawals of proposals, and FPRs received by facsimile equipment prior to 1:30 p.m. on the day of closing will be presumed to have been received on time.
(d) DSC Columbus. The telephone number of the receiving facsimile equipment is 614-692-4275.

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM4A6-08-R-0148 | PAGE 13 | OF PAGES 17 |
|---|---|---|---|

(c) DSC Philadelphia. The telephone number of the receiving facsimile equipment is 215-737-9300 / 01.

L15F01 15-5-90 DSCR NOTE TO CLAUSE 52.215-1 INSTRUCTIONS TO OFFERORS - COMPETITIVE ACQUISITION (JAN 2004)

In accordance with paragraph (b), the offeror hereby acknowledges receipt of solicitation amendment(s) by listing the amendment number and date below.

AMENDMENT NO. (Vendor Fill-in)

DATE (Vendor Fill-in)

AMENDMENT NO. (Vendor Fill-in)

DATE (Vendor Fill-in)

AMENDMENT NO. (Vendor Fill-in)

DATE (Vendor Fill-in)

AMENDMENT NO. (Vendor Fill-in)

DATE (Vendor Fill-in)

AMENDMENT NO. (Vendor Fill-in)

DATE (Vendor Fill-in)

Contractors are reminded of the requirements of paragraph (c)(1). The Government will automatically reject and will not consider any submission marked or that appears to be only a quote, whether submitted electronically or in paper media.

DSCR (OCT 2002)

L16A01 52.216-1 TYPE OF CONTRACT (APR 1984) FAR

The Government contemplates award of a
[X] FIRM FIXED PRICE
[ ] FIXED PRICE/ECONOMIC PRICE ADJUSTMENT
[ ] FIXED PRICE/PRICE REDETERMINATION
contract resulting from this solicitation.

L17C01 52.217-7002 CONDITIONS FOR EVALUATION AND ACCEPTANCE OF OFFERS FOR PART NUMBERED ITEMS (JUN 2006) DLAD

(a) The product described in the acquisition identification description (AID) of this solicitation is that product which the Government has determined to be acceptable. All Offerors shall indicate below, or through an alternative means in an electronic quoting system, whether they are offering an 'exact product,' an 'alternate product' (which includes a 'previously reverse-engineered product'), a 'superceding part number,' or a 'previously-approved product;' and shall furnish the data required for whichever is applicable. (To determine which type of product to indicate, Offerors must refer to the criteria in subparagraphs (b)-(e) of this provision, respectively.) Any product offered must be either a product cited in the AID; or be physically, mechanically, electrically, and functionally interchangeable with a product cited in the AID, including additional requirements referred to in the AID, if any.

Exact Product - Applies to CLIN(s):

(Vendor Fill-in)

Alternate/Previously Reverse-Engineered Product - Applies to CLIN(s):

(Vendor Fill-in)

Superceding Part Number - Applies to CLIN(s):

(Vendor Fill-in)

Previously-Approved Product - Applies to CLIN(s):

(Vendor Fill-in)

(b) 'Exact product.'
(1) 'Exact product' means a product described by the name of an approved source and its corresponding part number, as currently cited in the AID; modified (if necessary) to conform to any additional requirements set forth in the AID; and manufactured by, or under the direction of, that approved source. If an Offeror indicates that an 'exact product' is being offered, the Offeror must meet one of the descriptions in subparagraphs (i)-(iv) below. (Any Offeror not meeting one of these descriptions is not considered to be offering 'exact product;' even though the item may be manufactured in accordance with the drawings and/or specifications of an approved source currently cited in the AID.) For any offeror other than the manufacturer cited in the AID, the Contracting Officer may request evidence to demonstrate technical acceptability of the supplies offered. Evidence requested will generally include information tracing the supplies back to the original equipment manufacturer or its authorized distributor. At a minimum, evidence must be sufficient to establish the identity of the product and its manufacturing source. The Contracting Officer determines the acceptability and sufficiency of documentation or other evidence, at his or her sole discretion. If an offeror fails to provide the requested evidence/information or provides information that the Contracting Officer finds unacceptable, its offer may be rejected without further consideration under this solicitation.
(i) An approved source currently cited in the AID offering its corresponding part number as cited in the AID;
(ii) A dealer/distributor offering the product of an approved source that meets the description in subparagraph (i) above;
(iii) A manufacturer who (A) produces the offered item under the direction of an approved source currently cited in the AID; and (B) has authorization from that approved source to manufacture the item, identify it as that approved source's name and part number, and sell the item directly to the Government. If requested by the Contracting Officer, the Offeror must provide documentation to demonstrate such authorization, or other evidence of technical acceptability such as information that traces the supplies back to the original equipment manufacturer. Such evidence could be documentation obtained directly from the approved source or identification on a Web site maintained by the approved source confirming that the manufacturer is an acceptable source for the item identified by that approved source's name and part number. If evidence cannot be obtained directly from the approved source, this does not necessarily preclude acceptance of the offer, if the Offeror provides adequate documentation or other evidence allowing the Contracting Officer to determine the approved source has oversight of and involvement in the manufacturing process.
(iv) A dealer/distributor offering the product of a manufacturer that meets the description in subparagraph (iii) above. If requested by the Contracting Officer, the Offeror/Contractor must provide documentation that demonstrates such authorization or other evidence of technical acceptability such as information that traces the supplies back to the original equipment manufacturer or its authorized distributor. Such evidence could be documentation obtained directly from the approved source or identification on a Web site maintained by the approved source confirming that the item being offered is produced by a manufacturer that is an acceptable source for the item identified by that approved source's name and part number. If evidence cannot be obtained directly from the approved source or manufacturing source, this does not necessarily preclude acceptance of the offer, if the Contracting Officer can adequately document that the approved source has oversight of and involvement in the manufacturing process by other means.
(2) When the AID identified the item being acquired as a critical safety item (CSI), offers of exact product will be evaluated in accordance with 52.211-9005.
(c) 'Alternate product.'
(1) The Offeror must indicate that an 'alternate product' is being offered if the Offeror is any one of the following:
(i) An Offeror who (A) manufactures the item for an approved source currently cited in the AID; and (B) does not have authorization from that approved source to manufacture the item, identify it as the approved source part number, and sell

CONTINUED ON NEXT PAGE

the item directly to the Government;
(ii) A dealer/distributor offering the product of a manufacturer that meets the description in subparagraph (i) above;
(iii) An Offeror of a previously reverse-engineered product that is not currently cited in the AID; or
(iv) Any other Offeror who does not meet the criteria in subparagraphs (b)(2), (d), or (e) of this provision.
(2) If an alternate product is offered, the Offeror shall furnish with its offer legible copies of all drawings, specifications, or other data necessary to clearly describe the characteristics and features of the alternate product being offered. Data submitted shall cover design, materials, performance, function, interchangeability, inspection and/or testing criteria, and other characteristics of the offered product. If the offered product is to be manufactured in accordance with data the Offeror has obtained from elsewhere within the Government, the Offeror shall either furnish the detailed data specified in this paragraph, or supply a description of the data package in its possession; i.e., basic data document and revision, the date the data was obtained and from whom (Government agency/activity). If the Offeror does not furnish the detailed data with its offer, the Contracting Officer will be unable to begin evaluation of the offered product until such time as the detailed data can be obtained from the Government agency/activity possessing the data. If the alternate product is a previously reverse-engineered product, the Offeror shall provide: traceability documentation to establish that the offered item represents the item specified in the AID (i.e., invoice from an approved source or submission of samples having markings of an approved source); number of samples that were examined; the process/logic used; raw data (measurements, lab reports, test results) used to prepare drawings or specifications for the offered item; any additional evidence that indicates the reverse-engineered item will function properly in the end item; and any evidence that life cycle/reliability considerations have been analyzed.
(3) In addition, the Offeror may be required to furnish data describing the 'exact product' cited in the AID. The data required from the Offeror depends on the level of technical data describing the exact product, if any, available to the Government. The possible levels of technical data the Government may have and the corresponding data submission requirements for Offerors are identified in subparagraphs (a)-(d) below. For the item(s) being acquired under this solicitation, the level of data in the Government's possession and the corresponding requirements for data submission are identified in the AID; or, if not specified in the AID, are as follows: a [buyer insert (a), (b), (c), or (d), as applicable, if AID does not identify]. (If the level of data in the Government's possession and Offeror requirements for data submission are not identified in either the AID or in this subparagraph (c)(3), then subparagraph (a) below applies.)
(a) No data: This Agency has no data available for evaluating the acceptability of alternate products offered. In addition to the data required in subparagraph (c)(2) of this provision, the Offeror must furnish drawings and other data covering the design, materials, etc., of the exact product cited in the AID, sufficient to establish that the Offeror's product is equal to the product cited in the AID.
(b) Adequate proprietary (i.e., limited rights) data: This Agency possesses adequate drawings and/or specifications for the exact product as cited in the AID, but such data are proprietary (i.e., limited rights) and shall be used only for evaluation purposes. The Offeror must furnish the data required in subparagraph (c)(2) of this provision, but is not required to submit data on the exact product.
(c) Inadequate data: This Agency does not have adequate data available for evaluating the acceptability of alternate products offered. In addition to the data required in subparagraph (c)(2) of this provision, the Offeror must furnish drawings and other data covering the design, materials, etc., of the exact product cited in the AID, sufficient to establish that the Offeror's product is equal to the product cited in the AID.
(d) Adequate catalog data: This is a commercial off the shelf item. Adequate catalog data are available at the contracting office to evaluate alternate offers. In addition to the data required in subparagraph (c)(2) of this provision, the Offeror must furnish with its offer a commercially-acceptable cross reference list; or legible copies of all drawings, specifications or other data necessary to clearly describe the characteristics and features of the alternate product being offered, sufficient to establish that the Offeror's product is equal to the product cited in the AID. The Offeror is not required to submit data on the exact product.
(4) Except for indefinite delivery purchase orders (IDPOs), if this solicitation is automated (i.e., if the solicitation number begins with SPE; or begins with SPO and contains 'T' or 'U' in the ninth position of the procurement instrument identification number (PIIN)), the Contracting Officer will not evaluate offers of alternate product (which includes offers of previously reverse-engineered product) for the current procurement. Instead, the Offeror shall submit a request to the location below for evaluation of the alternate product's technical acceptability for future procurements of the same item. The request for evaluation shall cite the National Stock Number (NSN) of the exact product and, as identified in this provision, include the applicable level of technical data on the alternate and exact products. All offers of alternate product will be handled in accordance with DLAD 17.7501(b)(4).
(i) For solicitation numbers beginning with SPE7 or SPE9; or beginning with SPO and containing 'T' or 'U' in the ninth position of the PIIN:

Defense Supply Center Columbus
Directorate of Procurement
Alternate Offer Monitor, DSCC-PPPB
P.O. Box 3990
Columbus, OH 43218-3990

(ii) For solicitation numbers beginning with SPE4; or beginning with SPO and containing 'T' or 'U' in the ninth position of the PIIN:

Defense Supply Center Richmond
Office of the Competition Advocate
ATTN: DSCR-DU
8000 Jefferson Davis Highway
Richmond, VA 23297-5100

(iii) For solicitation numbers beginning with SPE5; or beginning with SPO and containing 'T' or 'U' in the ninth position of the PIIN:

Defense Supply Center Philadelphia
ATTN: Richard A. Hynes, DSCP-NASA
700 Robbins Avenue
Philadelphia, PA 19111-5096

(d) 'Superceding part number.'
(1) The Offeror must indicate that a 'superceding part number' is being offered if the offered item otherwise qualifies as an 'exact product,' except that the part number cited in the AID has been superceded. The Offeror may be requested to furnish data, or provide confirmation through some other means, sufficient to establish that there are no changes in the configuration of the part. However, if such data are unavailable, the Offeror may be required to furnish technical data as required in paragraph (c) for 'alternate products.' (If such data indicate there have been changes in the configuration of the part, the offered item must be identified as an 'alternate product.')
(2) For solicitation numbers beginning with SPE, any data to be furnished with an offer of a 'superceding part number' should be mailed to the buyer at the procuring activity address on the solicitation. (Uploading the information with the quotation, or including it in the 'Remarks' section, will make the offer a 'bid with exception,' causing it not to be evaluated.)
(e) 'Previously-approved product.'
(1) If the product offered has previously been furnished to the Government or otherwise previously evaluated and approved, the Offeror shall indicate in the space provided below, or through an alternative means in an electronic quoting system, the contract and/or solicitation number under which the product was furnished or approved.

CLIN NA(s) ______________________ (Vendor Fill-in)

have been previously furnished or evaluated and approved under contract/solicitation number ______________________. (Vendor Fill-In)

(2) If the product was furnished or evaluated and approved by a contracting activity different from the one issuing this solicitation, Offerors are advised that the Contracting Officer may not have access to records of another activity or other information sufficient to reasonably determine the offered product's acceptability. Therefore, in order to ensure that adequate data is available for evaluation, Offerors may elect to furnish with their offer the information requested by subparagraph (b) or (c) of this provision, whichever is applicable for the offered product. Offerors are advised that if the additional data is not furnished, the Government may not be able to evaluate the offer. (For solicitation numbers beginning with SPE, the information should be mailed to the buyer at the procuring activity address on the solicitation. Uploading the information with the quotation, or including it in the 'Remarks' section, will make the offer a 'bid with exception,' causing it not to be evaluated.)
(f) For all types of offers ('exact product,' 'alternate product,' 'superceding part number,' or 'previously-approved product'), Offerors shall provide the Contractor and Government Entity (CAGE) Code of the manufacturer and the part

CONTINUED ON NEXT PAGE

number being offered for each item in the solicitation.
(g) Failure to furnish adequate data and/or information as prescribed in subparagraph (b), (c), (d) or (e) of this provision (when required for the current procurement) within 10 business days or less, or as otherwise required by the Contracting Officer or elsewhere in this solicitation, may preclude consideration of the offer. For automated procurements, it is the responsibility of the Offeror when offering a 'superceding part number' or a 'previously-approved part number' to ensure that supporting documentation arrives at the contracting activity within 2 business days after the data is requested, or the offer may not be considered. The Agency will make every effort to determine, prior to award, the acceptability of the products offered which meet the dollar savings threshold shown below, and/or which have a reasonable chance to receive an award. Generally, the Agency will not evaluate alternate offers not meeting the dollar threshold. The savings potential is based on the cost of evaluation ($200.00 if only a local technical evaluation is involved, plus an additional $1,500.00 for each required Engineering Support Activity evaluation). If the time before proposed award does not permit evaluation and delay of award would adversely affect the Government, alternate offers will not be considered for the current procurement. Instead, they will be evaluated for technical acceptability for future procurements of the same item, if adequate data is submitted as stipulated above. When an alternate offer will not be considered for the current procurement, the Contracting Officer may request that the Offeror, at its discretion, provide a sample product for testing and evaluation in addition to the data required in this provision. Although not mandatory, Offerors are encouraged to provide the sample. This may facilitate the post-award evaluation and, if the alternate product is approved, increase the likelihood of its being added to the acquisition identification description in time for the next acquisition of the item. The Offeror shall not submit a sample product until requested to do so. The testing of the sample product will be done at a testing facility; therefore, the shipping instructions will be provided with the request. Unless otherwise specified in the solicitation, samples shall be submitted at no expense to the Government, may be damaged or destroyed during testing, and consequently may not be returned to the Offeror; samples that are not damaged or destroyed will be returned only at the Offeror's request and expense. For alternate offers not evaluated, the Offeror's complete technical data package will be returned.
(h) If Offerors desire to restrict the Government's use of data submitted for evaluation, the data must bear the appropriate legends as prescribed by FAR 52.215 1(e). In the event an award is made to an Offeror submitting data without the appropriate legend, the Government will have unlimited rights to its use as defined in DFARS 252.227 7013.
(i) It is the Government that determines if the documentation or other evidence furnished by an Offeror is adequate to satisfy the requirements in this provision. The Contracting Officer may at any time, pre-award or post-award, request evidence of the technical acceptability of the supplies offered in response to this solicitation. At a minimum, evidence must be sufficient to establish the identity of the product and its manufacturing source. The Contracting Officer determines the acceptability and sufficiency of documentation or other evidence, at his or her sole discretion. If the Contracting Officer requests evidence from a Contractor who received an award resulting from this solicitation, and the Contracting Officer subsequently finds the evidence to be unacceptable, or if the Contractor fails to provide the requested evidence, the award may be cancelled.

L17C02 52.217-9003 MANUFACTURING OR PRODUCTION INFORMATION (FEB 1996) DLAD

L33A01 52.233-2 SERVICE OF PROTEST (SEP 2006) FAR

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from
Defense Supply Center Richmond
8000 Jefferson Davis Hwy, DSCR-PAHD Mr. E. Hood
Richmond, Va 23297-5848
[Contracting Officer designate the official or location where a protest may be served on the Contracting Officer.]
(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

L33C01 52.233-9000 AGENCY PROTESTS (SEP 1999) DLAD

L33F01 33-3-90 DSCR NOTE TO 52.233-9000 AGENCY PROTESTS (SEP 1999) DLAD

Companies protesting this procurement may file a protest

1. with the contracting officer,
2. with the General Accounting Office, or
3. pursuant to Executive Order No. 12979, with the Agency for a decision by the Activity's Chief of the Contracting Office.

Protests filed with the agency should clearly state that they are an 'Agency Level Protests filed under Executive Order No. 12979.' (Note: DLA procedures for Agency Level Protests filed under Executive Order No. 12979 allow for a higher level decision on the initial protest than would occur with a protest to the contracting officer; this process is not an appellate review of a contracting officer's decision on a protest previously filed with the contracting officer). Absent a clear indication of the intent to file an agency level protest, protests will be presumed to be protests to the contracting officer.

DSCR NOTE:

Executive Order 12979 encourages the use of Alternative Dispute Resolution in resolving Agency-level protests. Therefore, DSCR has in place a process to mediate Agency-level protests filed pursuant to Executive Order 12979. Mediation is a voluntary process where the parties meet with a third party neutral (the mediator) to discuss their positions and open a dialogue. The mediator does not make any decisions on the dispute, but rather helps the parties explore their concerns and possible avenues for solutions. Any mediation will occur at DSCR. A trained DSCR mediator who has not had previous personal involvement in the procurement will conduct the mediation. If resolution of the protest is not reached through the mediation process, the protest will be forwarded to the Chief of the Contracting Office for a written decision on the record. If an offeror wishes to file an Agency-level protest, but does not wish to engage in a mediation, the Agency-level protest should state that the protesting party does not wish to participate in a mediation and would like a decision on the written record.

L52A01 52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998) FAR

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):
http://www.dla.mil/j-3/j-336/icps.htm

L52A02 52.252-5 AUTHORIZED DEVIATIONS IN PROVISIONS (APR 1984) FAR

(a) The use in this solicitation of any Federal Acquisitin regulation (48 CFR Chapter 1) provision with an authorized deviation is indicated by the addition of '(DEVIATION)' after the date of the provision.

(b) The use in this solicitation of any DoD FAR Supplement (DFARS) (48 CFR Chapter 2) provision with an authorized deviation is indicated by the addition of '(DEVIATION)' after the name of the regulation.

SECTION M

M11C01 52.211-9003 CONDITIONS FOR EVALUATION OF OFFERS OF GOVERNMENT SURPLUS MATERIAL (DEC 2004) DLAD

M11C02 52.211-9011 BUSINESS SYSTEMS MODERNIZATION (BSM) DELIVERY TERMS AND EVALUATION (MAY 2006) DLAD

CONTINUED ON NEXT PAGE

SECTION B

FREIGHT SHIPPING ADDRESS

W62G2T
XU DEF DIST DEPOT SAN JOAQUIN
25600 S CHRISMAN ROAD
REC WHSE 10 PH 209 839 4307
TRACY CA 95304-5000
US

NON-MILSTRIP
PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| CLIN | PR | PRLI | U/I | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 0002 | 0016122465 | 0002 | EA | 17 | $ | $ |

| NSN | UPC | SIZE | FGC |
|---|---|---|---|
| 6150013045490 | N/A | N/A | N/A |

DELIVER FOB: See Clause
QTY VARIANCE: PLUS See Clause MINUS See Clause
INSP/ACCEP POINT: See Clause

PREP FOR DELIVERY:

PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
MIL-STD-2073 PACKAGING DATA SAME AS PRIOR LINE

PARCEL POST/FREIGHT ADDRESS:

W25G1U
TRANSPORTATION OFFICER
DDSP NEW CUMBERLAND FACILITY
2001 NORMANDY DRIVE DOOR 113 134
NEW CUMBERLAND PA 17070-5001
US

NON-MILSTRIP
PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# TAB 7

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | PAGE 1 OF 3 PAGES |
| 2. AMENDMENT/MODIFICATION NO. 0001 | 3. EFFECTIVE DATE 2008 JAN 30 |
| 4. REQUISITION/PURCHASE REQ. NO. 0016122465 | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE SPM4A1 | 7. ADMINISTERED BY *(If other than Item 6)* CODE |

DEFENSE SUPPLY CENTER RICHMOND
AVIATION SUPPLY CHAIN
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5770
Initiator: Brenda Noe
PARFK41 (804)279-3006 / FAX: (804)279-6009
E-mail: Brenda.Noe@dla.mil

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, city, county, State and ZIP Code)*

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.
X SPM4A6-08-R-0148
9B. DATED *(SEE ITEM 11)* 2008 JAN 23
10A. MODIFICATION OF CONTRACT/ORDER NO.
10B. DATED *(SEE ITEM 13)*

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offeror must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the closing hour and date specified.

12. Accounting and Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor [ ] is not [ ] is required to sign this document and return copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

NSN: 6150-01-304-5490

This amendment is issued to notify all interested parties that a potential offeror has filed an appeal to the North American Industry Classification System (NAICS)used in this solicitation with the Small Business Administration.

A copy of the Notice and Order from the Small Business Administration is attached to this amendment.

Pursuant to FAR 19.303(c)(5), we reserve the right to award the contract based on the existing NAICS code if SBA OHA does not issue an opinion prior to the closing date.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | |
|---|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>*(Signature of Contracting Officer)* — 16C. DATE SIGNED |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# TAB 8

WebFLIS National Stock Number (NSN) Output Data
**Search again?**

**NSN:** 6150013045490
(Warfighter Search)
**Item Name:** CABLE ASSEMBLY,SPEC
**Query Type:** PUBLIC
**Date of query:** 1/31/2008 11:42:13 AM

Identification Back to Top

| FIIG | INC | CRIT CD | II | RPD MRC | DMIL | DMIL INT CD | NIIN ASGMT | PMIC | ADP | ESD EMI | HMIC | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A077A0 | 60148 | X | M | 3 | B | 1 | 1989200 | A | 0 | | N | |

**SCHEDULE B:** 8543909000
**ENAC:**

Reference/Part Number Back to Top

| REF/PN | CAGE-CD | STAT | RNCC | RNVC | DAC | RNAAC | RNFC | RNSC | RNJC | SADC | HCC | MSD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74A756214-9FAA | 19494 | A | 5 | 2 | 5 | ZZ | | | | | | |
| 74A756214-9FAA | 38665 | A | 5 | 2 | 5 | ZZ | | | | | | |
| 74A756214-9FAA | 51880 | A | 5 | 2 | 5 | ZZ | | | | | | |
| 74A756214-9FAA | 76301 | A | 3 | 2 | 1 | KE | | | | | | |
| 74A756214-9FAA | 88314 | F | 5 | 9 | 5 | KE | | B | | | | |

Management Back to Top

| EFF-DT | MOE | AAC | SOS | UI | UI_PRICE | QUP | CIIC | SLC | REP | USC |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007274 | DN | D | SMS | EA | $18,613.36 | 1 | U | 0 | D | N |
| 2007274 | DS | D | SMS | EA | $18,613.36 | 1 | U | 0 | F | I |

**Search Again?**

**WebFLIS** *(For official use only)*
Customer Service: 1-877-352-2255 or DSN 661-7766 Email:DLIS-Support@dla.mil
Privacy/Security | Accessibility | Contact Webmaster

This Site Reviewed Quarterly
Last Updated: Thursday, January 27, 2005

# TAB 9

DSCR-FAKD

February 7, 2008

Honorable Thomas B. Pender
Office of Hearings and Appeals
U.S. Small Business Administration
409 3rd St, SW
Washington, DC 20416

RE: Docket No. NAICS-2008-01-24-08

Dear Judge Pender,

This responds to your February 4, 2008, Order requesting that the Contracting Officer for this procurement address whether the item being procured is a specialized component for the F/A-18 Hornet aircraft.

The required Cable Assembly, Special Purpose, Electrical is used on the F/A 18 Hornet aircraft. All cable assemblies perform the same or similar functions and use similar production processes, but actual design/size/configuration is tailored by the component manufacturer to a specific weapon system. NAICS code 334419, Other Electronic Component Manufacturing, best describes the required item. NAICS code 336413 is appropriate for aircraft assemblies or auxiliary parts unique to aircraft and is typically used for aircraft structural components, propellers, armament racks, and similar items. The solicitation has been amended, to correct the NAICS code from 335931 to 334419, copy attached. The SBA OHA has already reviewed a similar NAICS challenge brought by this company and ruled the agency is using the correct NAICS code. See SBA No. NAICS-4883 (Jan. 28, 2008).

Sincerely,

Ernest Hood

Ernest Hood
Contracting Officer

# TAB 10

# DCX\Chol Enterprises, Inc.

Government Sales Office

1400 E. Centerville Station Road
Centerville, OH 45459

Tel - 937-436-4709
Fax - 937-436-4589
e-Mail - dcxchol-dodsales@earthlink.net


| | |
|---|---|
| To: PAT LEE | Fax Number: 1-202-205-7059 |
| Company : OHA - US Small Business Admin | Date : 2/12/2008 |

| | |
|---|---|
| From : Mark Uslan | Fax Number : 937-436-589 |
| Company : Government Sales Office | Pages including cover page: 11 |

| |
|---|
| Subject : NAICS Appeal of Solicitation SPM4A6-08-R-0148 Amendment 0002 |

## Comments:

WinFax PRO Cover Page

**DCX\Chol Enterprises, Inc.**
DOD Sales Office
1400 E. Centerville Station Road
Centerville, OH 45459

OH - Tel (937) 436-4709 - Fax (937) 436-4589

E-Mail – dcxchol-dodsales@earthlink.net

Tuesday, February 12, 2008

VIA TELEPHONICALLY CONFIRMED
FACSIMILE

Office of Hearings and Appeals
U.S. Small Business Administration
409 3rd St, SW
Washington, DC 20416

Phone: 202-401-8203
Fax: 202-205-7059

ATTN: Docketing Clerk

RE: NAICS Appeal of Solicitation No. SPM4A6-08-R-0148 Amendment 0002
PR 0016122465 - Improper NAICS Code No. 334419

Dear Sir/Madam:

This is a North American Industry Classification System ("NAICS") Appeal of DCX-CHOL on Solicitation No. SPM4A6-08-R-0148 Amendment 0002, NAICS code 334419, pursuant to 15 U.S.C. § 631 et seq. and 13 C.F.R. Parts 121 & 134. The following required information is provided:

(1) On January 24, 2008 we submitted an appeal of the NAICS 335931 incorporated into the subject solicitation. Docket No. NAICS-2008-01-24-08 was assigned to this appeal.

(2) On February 7, 2008 solicitation SPM4A6-08-R-0148 was amended changing the NAICS code to 334419.

(3) On February 7, 2008 the contracting officer, Ernest Hood, responded to the order from Judge Pender stating that the component "is a specialized component of the F/A-18 Hornet aircraft."

(4) The contracting office which designated the incorrect NAICS code is DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297

(5) The solicitation and the name, address and telephone number of the contracting officer is Ernest Hood - DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297 – Tel 804-279-4982 – Fax 804-279-6009 – e-Mail ernest.hood@dla.mil.

The solicitation and the name, address and telephone number of the contracting specialist is Brenda Noe - DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297 – Tel 804-279-3006 – Fax 804-279-6009 – e-Mail brenda.noe@dla.mil .

(6) A full and specific statement as to why the NAICS code designation is in error, with argument supporting such allegations (see below); and

(7) The name, address, telephone number, facsimile number of the appellant is Mark Uslan, Government Sales Manager – DCX\Chol Enterprises, Inc., 1400 E. Centerville Station Rd., Centerville, OH 45459 – Tel: 937-436-4709 – Fax: 937-436-4589 – e-Mail: dcxchol-dodsales@earthlink.net . Appellant's signature is at the conclusion of this letter.

(8) The proper NAICS code is 336413

(9) The Appellant is adversely affected by the Contracting Officer's NAICS code designation since it is not a small business under that code, but is a small business under the proper code, and Appellant seeks to submit an offer in response to this solicitation.

FULL AND SPECIFIC STATEMENT AS TO WHY THE NAICS CODE DESIGNATION IS IN ERROR, WITH ARGUMENT SUPPORTING SUCH ALLEGATIONS

1. NAICS CODES

The Contracting Officer has classified this procurement in NAICS code 334419, which is an improper classification. The proper classification for the work or product in the Solicitation is NAICS 336413.

*NAICS 334419* is identified in the NAICS manual as follows:

334419 Other Electronic Component Manufacturing

This U.S. industry comprises establishments primarily engaged in manufacturing electronic components (except electron tubes; bare printed circuit boards; semiconductors and related

devices; electronic capacitors; electronic resistors; coils, transformers and other inductors; connectors; and loaded printed circuit boards).

*Illustrative Examples:*

Crystals and crystal assemblies, electronic, manufacturing
Printed circuit laminates manufacturing
LCD (liquid crystal display) unit screens manufacturing
Switches for electronic applications manufacturing
Microwave components manufacturing
Transducers (except pressure) manufacturing
Piezoelectric devices manufacturing

NAICS 336413 which is the proper NAICS code, is identified in the NAICS Manual as follows: Other Aircraft Part and Auxiliary Equipment Manufacturing.

336413 Other Aircraft Parts and Auxiliary Equipment Manufacturing

This U.S. industry comprises establishment[s] primarily engaged in (1) manufacturing aircraft parts or auxiliary equipment (except engines and aircraft fluid power subassemblies) and/or (2) developing and making prototypes of aircraft parts and auxiliary equipment. Auxiliary equipment includes such items as crop dusting apparatus, armament racks, inflight refueling equipment and external fuel tanks.

(no illustrative examples)

2. SOLICITATION

The Solicitation at issue is for the following items, and contains the following description or specification

NSN – 6150-01-304-5490 - (76301) 74A756214-9FAA - Description: Cable Assembly, Special Purpose. Electrical

The referenced NSN / Part number is a component of the F/A 18 Hornet aircraft, specifically the weapons pylon

3. ARGUMENT

NAICS 334419 is a code which can be used to describe any electronic component used in any application from a building wall to aircraft carrier.

NAICS 336413 is a specific code used to describe components used in an aircraft. In this case, the F/A 18 Hornet.

In the response letter dated February 7, 2008, Ernest Hood, agreed stating that the component "is a specialized component of the F/A-18 Hornet aircraft." This is demonstrated by the governments WebFLIS database, a copy of which is attached forthwith.

The Contracting Officer's NAICS code designation is based on a clear error of fact or law. 13 C.F.R. § 134.314. Appellant submits that the preponderance of evidence indicates that this is an improper NAICS code. The correct NAICS code is that which best describes the principal purpose of the product or service being procured. 13 C.F.R. § 121.402(b). Factors considered in the selection of the proper NAICS code include: industry descriptions in the NAICS Manual, the product or service description in the solicitation, the relative weight of each element in the solicitation, the function of the goods or services, previous procurement classifications of the same or similar products or services, and the classification which would best serve the purposes of the Small Business Act. Id. See also Inklings Media Company, LLC, NAICS-4850 (2007). As noted above, this component is a part of a military aircraft. As such, it is most appropriately classified to NAICS 336413 Other Aircraft Part and Auxiliary Equipment Manufacturing.

For these reasons the NAICS code is incorrect. NAICS 334419 is an inappropriate classification because it is a very general one, and fails to take into consideration the specialized nature of the item being manufactured. The function of the product is to serve in a military aircraft ( NOT a generalized "Other Electronic Component, which is NAICS 334419). For these reasons, NAICS 336413 is the proper code.

Respectfully submitted,

Mark W. Uslan

Government Sales Manager

Certificate of Service - NAICS Appeal of DCX-CHOL dated: Tuesday, February 12, 2008.

I certify that on February 12, 2008 I caused the foregoing document to be served by sending a copy by e-Mail upon the foregoing persons:

Ernest Hood - DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297 – Ernest.Hood@dla.mil.

Brenda Noe - DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297 – brenda.noe@dla.mil.

John Henley - DLA/ Defense Supply Center Richmond, 8000 Jefferson Davis Hwy., Richmond, VA 23297 – john.henley@dla.mil .

I certify that on February 12, 2008 I caused the foregoing document to be served by sending a copy by facsimile upon the foregoing persons:

John Klein, Esq., U.S. Small Business Administration, Associate General Counsel for Procurement Law, 409 3rd St, SW, Washington, DC 20416, 202-619-1772, fax 202-205-7059.

Mark W. Uslan
Government Sales Manager

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0002 | 2008 FEB 07 | 0016122465 | |

6. ISSUED BY CODE SPM4A1

DEFENSE SUPPLY CENTER RICHMOND
AVIATION SUPPLY CHAIN
8000 JEFFERSON DAVIS HIGHWAY
RICHMOND VA 23297-5770
Initiator: Brenda Noe
PARFK41 (804)279-3006 / FAX: (804)279-6009
E-mail: Brenda.Noe@dla.mil

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, city, county, State and ZIP Code)*

(X) 9A. AMENDMENT OF SOLICITATION NO.
X SPM4A6-08-R-0148

9B. DATED *(SEE ITEM 11)*
2008 JAN 23

10A. MODIFICATION OF CONTRACT/ORDER NO

10B. DATED *(SEE ITEM 13)*

CODE FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

X The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offeror must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the closing hour and date specified.

12. Accounting and Appropriation Data *(If required)*

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

NSN: 6150-01-304-5490
The North American Industry Classification System (NAICS) code used in this solicitation is corrected to 334419 in lieu of 335931.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR *(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY *(Signature of Contracting Officer)* | 16C. DATE SIGNED |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

DSCR-FAKD

February 7, 2008

Honorable Thomas B. Pender
Office of Hearings and Appeals
U.S. Small Business Administration
409 3rd St, SW
Washington, DC 20416

RE: Docket No. NAICS-2008-01-24-08

Dear Judge Pender,

This responds to your February 4, 2008, Order requesting that the Contracting Officer for this procurement address whether the item being procured is a specialized component for the F/A-18 Hornet aircraft.

The required Cable Assembly, Special Purpose, Electrical is used on the F/A 18 Hornet aircraft. All cable assemblies perform the same or similar functions and use similar production processes, but actual design/size/configuration is tailored by the component manufacturer to a specific weapon system. NAICS code 334419, Other Electronic Component Manufacturing, best describes the required item. NAICS code 336413 is appropriate for aircraft assemblies or auxiliary parts unique to aircraft and is typically used for aircraft structural components, propellers, armament racks, and similar items. The solicitation has been amended, to correct the NAICS code from 335931 to 334419, copy attached. The SBA OHA has already reviewed a similar NAICS challenge brought by this company and ruled the agency is using the correct NAICS code. See SBA No. NAICS-4883 (Jan. 28, 2008).

Sincerely,

Ernest Hood

Ernest Hood
Contracting Officer

I hereby certify that, on February 7, 2008, I served the foregoing by facsimile transmission upon the following:

Mark W. Uslan, President
Government Sales Manager
DCX/Chol Enterprises, Inc.
1400 Centerville Station Road
Centerville, OH 45459
Fax (937) 436-4589

Frank Borchert, Esq.
General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, DC 20416-0005
Fax (202) 205-6846

John W. Klein, Esq.
Associate General Counsel
for Procurement Law
U.S. Small Business Administration
409 Third Street, S.W., 5th Floor
Washington, DC 20416-0005
Fax (202) 205-6873

Ernest Hood
Contracting Officer

WebFLIS Home

2/12/2008 3:59:39 PM

# WebFLIS National Stock Number (NSN) Output Data

**Search again?**

**NSN:** 6150013045490 **(Warfighter Search)**
**Item Name:** CABLE ASSEMBLY,SPEC
**Query Type:** PUBLIC
**Date of query:** 2/12/2008 3:59:39 PM

## Identification

Back to Top

| FIIG | INC | CRIT CD | II | RPD MRC | DMIL | DMIL INT CD | NIIN ASGMT | PMIC | ADP | ESD EMI | HMIC | HCC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A077A0 | 60148 | X | M | 3 | B | 1 | 1989200 | A | 0 | | N | |

SCHEDULE B: 8543909000
ENAC:

## MOE Rule Coded

Back to Top

| MOE-RL | AMC | AMSC | NIMSC | DT-ASGND | IMC | IMCA | AAC | SUPP-COLLAB | SUPP-RCVR | DSOR |
|---|---|---|---|---|---|---|---|---|---|---|
| N9BG | 1 | C | | 2006121 | Z | KE | | GT KE | | |
| TAN1 | | | | 2000153 | | | | | | |
| ZA01 | | | | 2000001 | | | | | | |
| ZC01 | | | | 2003213 | | | | | | |

## Reference/Part Number

Back to Top

| REF/PN | CAGE-CD | STAT | RNCC | RNVC | DAC | RNAAC | RNFC | RNSC | RNJC | SADC | HCC | MSDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74A756214-9FAA | 19494 | A | 5 | 2 | 5 | ZZ | | | | | | |
| 74A756214-9FAA | 38665 | A | 5 | 2 | 5 | ZZ | | | | | | |
| 74A756214-9FAA | 51680 | A | 5 | 2 | 5 | ZZ | | | | | | |
| 74A756214-9FAA | 76301 | A | 3 | 2 | 1 | KE | | | | | | |
| 74A756214-9FAA | 88314 | F | 5 | 9 | 5 | KE | | B | | | | |

## Management

Back to Top

| EFF-DT | MOE | AAC | SOS | UI | UI PRICE | QUP | CIIC | SLC | REP | USC |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007274 | DN | D | SMS | EA | $18,613.36 | 1 | U | 0 | D | N |
| 2007274 | DS | D | SMS | EA | $18,613.36 | 1 | U | 0 | E | I |

## Freight

Back to Top

| ACTY-CD | NMFC | SUB ITM NBR | UFC-CD-MODF | HMC-CODE | CLASS-RTG | LS-CRLD | RAIL-VARI | WTR-COM | TYP-CGO | SPC-HAND | AIR-DIM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GX | 061130 | X | 34180 | | P | O | | 743 | Z | 9 | A |

| AIR-CMDTY | INTGTY-CD | FR-DESC |
|---|---|---|
| HZ | | CABLE ASSEMBLIES/HARNESS NOT |

**Characteristics (Decoded)** Back to Top

| MRC | REQUIREMENT STATEMENT | CLEAR TEXT REPLY |
|---|---|---|
| NAME | ITEM NAME | CABLE ASSEMBLY,SPECIAL PURPOSE,ELECTRICAL,BRANCHED |
| AGAV | END ITEM IDENTIFICATION | F/A-18 NON-SHP SUPPORT |

**Search Again?**

**WebFLIS** *(For official use only)* Rev 3.8.1

Customer Service: 1-877-352-2255 or DSN 661-7766 Email:DLIS-Support@dla.mil
Privacy/Security | Accessibility | Contact Webmaster

This Site Reviewed Quarterly
Last Updated: Thursday, January 27, 2005

# TAB 11

John
x 6615

**United States Small Business Administration**
**Office of Hearings and Appeals**

NAICS APPEAL OF:

DCX/CHOL Enterprises, Inc.

Appellant

Solicitation No. SPM4A6-08-R-0148
Defense Logistics Agency
Defense Supply Center Richmond
Richmond, Virginia

SBA No. NAICS-4893

Decided: February 13, 2008

APPEARANCE

Mark W. Uslan, Government Sales Manager, DCX/CHOL Enterprises, Inc., Centerville, Ohio, for Appellant.

DECISION

PENDER, Administrative Judge:

I. Jurisdiction

This appeal is decided under the Small Business Act of 1958, 15 U.S.C. § 631 *et seq* and 13 C.F.R. Parts 121 and 134. Accordingly, this appeal is properly before SBA's Office for Hearings and Appeals (OHA) for decision.

II. Issue

Whether the Contracting Officer's (CO) designation of North American Industry Classification System (NAICS) code 334419 to a solicitation for supplying a wiring harness for installation in an F/A 18 Hornet aircraft was based upon a clear error of fact or law.

III. Background

A. Facts

1. On January 23, 2008, the Defense Logistics Agency, Defense Supply Center Richmond, Aviation Supply Chain, in Richmond, Virginia (DSCR) issued Request for Proposals SPM4A6-08-R-0148 (RFP) for the purpose of buying twenty-nine National Stock Number

(NSN) 6150-01-304-5490, Cable Assembly, Special Purpose, Electrical, for the F/A 18 Hornet aircraft. The CO set the procurement totally aside for small businesses, and designated NAICS code 335931, Current-Carrying Wiring Device Manufacturing, with a small business size standard of 500 employees, as the NAICS code for this procurement. Proposals are due by February 25, 2008.

2. RFP Section B describes the item to be purchased. It identifies the NSN and references various drawings that are applicable to the item. In total, the contractor is to supply twenty-nine production items (twelve in CLIN 0001 and seventeen in CLIN 0002).

3. On January 30, 2008, the CO issued Amendment 0001, which informed interested parties of the appeal and attached a copy of OHA's January 28, 2008 Notice and Order. On February 4, 2008, I ordered the CO to respond to the appeal.

B. Appeal

On January 24, 2008, DCX/CHOL Enterprises, Inc. (Appellant) appealed the CO's NAICS code designation and argued the correct NAICS code should be 336413, Other Aircraft Part and Auxiliary Equipment Manufacturing, with a 1,000 employee size standard. Appellant generally argued NAICS code 336413 is a more specific code to describe items used in an aircraft.

C. CO Response

On February 7, 2008, the CO filed his response and issued Amendment 0002. In Amendment 0002, the CO changed the NAICS code from 335931 to 334419, Other Electronic Component Manufacturing, which also has a size standard of 500 employees. In his written response, the CO wrote:

> The required Cable Assembly, Special Purpose, Electrical is used on the F/A 18 Hornet aircraft. All cable assemblies perform the same or similar functions and use similar production processes, but actual design/size/configuration is tailored by the component manufacturer to a specific weapon system. NAICS code 334419, Other Electronic Component Manufacturing, best describes the required item. NAICS code 336413 is appropriate for aircraft assemblies or auxiliary parts unique to aircraft and is typically used for aircraft structural components, propellers, armament racks, and similar items. . . .

D. Appellant's Response to Amendment 0002

On February 12, 2008, Appellant responded to the CO's designation of NAICS code 334419 in Amendment 0002. In an argument almost identical to its original Appeal, Appellant argued that NAICS code 336413 was a more specific NAICS code and best describes the principal purpose of the procurement. Appellant did not respond to the CO's explanation of why he had chosen NAICS code 334419 cited above.

## IV. Discussion

### A. Introduction

Even though the CO changed his NAICS code designation after Appellant's appeal, the CO's action does not resolve Appellant's appeal. Appellant responded to Amendment 0002 and the CO's designation of NAICS code 334419 and argued that NAICS code 336413, with a larger employee size standard (1000 employees) than NAICS code 334419 is appropriate. Accordingly, I must rule on whether the CO's designation of NAICS code 334419 is based upon a clear error of law or fact.

At the onset, I note that Appellant's appeal, including Appellant's Response to the CO's designation of NAICS code 334419 in Amendment 0002 is close to being insufficient under 13 C.F.R. § 134.305(5), *i.e.*, Appellant must include a full and specific statement as to why the NAICS code designation is in error. The core of Appellant's argument is that the CO chose a non-specific NAICS code (twice) and that the NAICS code Appellant advocates, 336413, is more specific. However, Appellant does not explain why its choice of NAICS code 336413 more specifically describes the purpose of the services being provided than NAICS code 334419. While the lack of specificity in Appellant's appeal materially weakens its appeal, I do not find it is fatal to Appellant's appeal. Accordingly, I will decide the matter on the merits.

### B. Timeliness

Appellant filed the instant appeal within 10 days after DSCR issued the solicitation. Thus, the appeal is timely. 13 C.F.R. §§ 121.1103(b)(1), 134.304(a)(3).

### C. Standard of Review

Appellant must prove the CO's NAICS code designation is based on a clear error of fact or law. 13 C.F.R. § 134.314. The correct NAICS code is that which best describes the principal purpose of the services being procured, in light of the industry description in the *NAICS Manual*,[1] the description in the solicitation, and the relative weight of each element in the solicitation. 13 C.F.R. § 121.402(b).

### D. Analysis

#### 1. NAICS code definitions

NAICS code 334419 covers, "establishments primarily engaged in manufacturing electronic components (except electron tubes; bare printed circuit boards; semiconductors and related devices; electronic capacitors; electronic resistors; coils, transformers and other

---

[1] Executive Office of the President, Office of Management and Budget, *North American Industry Classification System--United States, 2007* (*available at* http://www.census.gov/epcd/naics07/index.html) [hereinafter *NAICS Manual*].

inductors; connectors; and loaded printed circuit boards)." *NAICS Manual*, *available at* http://www.census.gov/eos/www/naics/htmls/3/334419.htm.

NAICS code 336413 covers, "establishment[s] primarily engaged in (1) manufacturing aircraft parts or auxiliary equipment (except engines and aircraft fluid power subassemblies) and/or (2) developing and making prototypes of aircraft parts and auxiliary equipment. Auxiliary equipment includes such items as crop dusting apparatus, armament racks, inflight refueling equipment, and external fuel tanks." *NAICS Manual*, *available at* http://www.census.gov/eos/www/naics/htmls/3/336413.htm.

2. <u>The Merits</u>

The issue on appeal is whether NAICS code 334419 best describes the principal purpose of the services being procured, *i.e.*, whether the CO's designation of NAICS code 334419 for a procurement for cable assemblies for an F/A 18 Hornet aircraft is based upon a clear error of fact or law.

Appellant's suggested NAICS code, 336413, does not encompass all specialized components made for aircraft.[2] Rather, the *NAICS Manual* states NAICS code 336413 generally encompasses aircraft parts and components and provides examples. These examples list structural parts applicable to aircraft or aircraft auxiliary equipment, not cable assemblies or electrical components. Therefore, the *NAICS Manual* supports the CO's explanation that NAICS code 336413 applies to aircraft structural components, not cable assemblies.

NAICS code 334419 covers the manufacture of various electronic components. While the *NAICS Manual* does not specifically mention cable assemblies, it does list "Harness assemblies for electronic use manufacturing" as being properly indexed under NAICS code 334419, which supports the CO's designation. Since a harness assembly and a cable assembly are arguably similar, I find this to be probative. Moreover, my own research of the *NAICS Manual* yields no code more applicable than 334419 for aircraft cable assemblies.

Based upon: (1) the information in the *NAICS Manual*; (2) the CO's cogent and credible explanation for designating NAICS code 334419 in Amendment 0002 to the RFP; and (3) Appellant's relatively unspecific appeal, I conclude the CO did not base his designation of NAICS code 334419 on a clear error of fact or law. Therefore, I find NAICS code 334419 best describes the principal purpose of the RFP.

V. <u>Conclusion</u>

For the above reasons, I AFFIRM the CO's NAICS code designation and hold the appropriate NAICS code for this procurement is 334419 and DENY the instant appeal.

---

[2] In contrast, NAICS code 336992 covers specialized components for combat tanks. *See NAICS Appeal of DCX/CHOL Enterprises, Inc.*, SBA No. NAICS-4890 (2008).

This is the Small Business Administration's final decision. 13 C.F.R. § 134.316(b).

THOMAS B. PENDER
Administrative Judge

I hereby certify that, on February 13, 2008, I served the foregoing by facsimile transmission upon the following:

Mark W. Uslan, President
Government Sales Manager
DCX/Chol Enterprises, Inc.
1400 Centerville Station Road
Centerville, OH 45459
Fax (937) 436-4589

Brenda Noe, Contracting Officer
Defense Logistics Agency
Defense Supply Center Richmond
8000 Jefferson Davis Hwy.
Richmond, VA 23297
Fax (804) 279-6009 3377

Frank Borchert, Esq.
General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, DC 20416-0005
Fax (202) 205-6846

John W. Klein, Esq.
Associate General Counsel
for Procurement Law
U.S. Small Business Administration
409 Third Street, S.W., 5th Floor
Washington, DC 20416-0005
Fax (202) 205-6873

Sharon Taylor
Program Support Specialist

TOTAL P.06