**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| DCX-CHOL ENTERPRISES, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | CFC No. 08-109C |
| THE UNITED STATES | ) | Judge Lettow |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Rules of the United States Court of Federal Claims, the Plaintiff hereby moves to voluntarily dismiss this action on the grounds that the United States Government has advised Plaintiff that the solicitation underlying this action has been cancelled, thereby rendering all issues and controversies moot.

WHEREFORE, the Plaintiff respectfully requests that the Court dismiss this action with prejudice.

Respectfully submitted,

DATE: March 10, 2008

/s/ Richard D. Lieberman

Richard D. Lieberman
McCarthy, Sweeney & Harkaway, PC
2175 K St., NW, Suite 600
Washington, DC 20037
Tel: 202-775-5560
Fax: 202-775-5574
rlieberman@mshpc.com

Counsel to DCX-CHOL Enterprises, Inc.

Of Counsel
Nicole S. Allen
McCarthy, Sweeney & Harkaway, PC
2175 K St., NW, Suite 600
Washington, DC 20037
Tel: 202-775-5560
Fax: 202-775-5574
nallen@mshpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of this Motion for Voluntary Dismissal to be served on this 10th day of March 2008, by electronic means on the following:

Armando Rodriguez-Feo
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Room 12126
1100 L St, N.W.
Washington, DC 20530
Phone: 202-307-3390
Fax: 202-514-8624
Armando.Rodriguez-Feo@usdoj.gov

_____/s/ Richard D. Lieberman_______

Richard D. Lieberman